United States District Court
Eastern District of Michigan

Tara Miller,

Plaintiff,

v.

Douglas A. Collins, Secretary of Veterans Affairs,

Defendant.

Civil No. 22-12865

Hon. F. Kay Behm
Mag. Judge Kimberly G. Altman

---

# Index of Exhibits

---

1. Deposition of Miller
2. Hiring Form
3. Formal Complaint
4. Deposition of Osterbeck
5. Deposition of Bethany
6. Bethany Hiring Form
7. Report of Contact
8. Thompson Hiring Form
9. Deposition of Render
10. January 13 Email to Osterbeck
11. January 7 Email to Berry
12. Deposition of Berry
13. January 27 Email to Bukowsky
14. January 20 Email to Osterbeck
15. January 25 Email to Lee

16. Termination Letter
17. Declaration of Gonzales
18. February 23 Email to Miller
19. OPF Access Report
20. Notice of Acceptance
21. Final Agency Decision