Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MILLER, TARA DARNELL | [redacted] | 07/[redacted]1969 | 04/01/2020 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 170 | EXC APPT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| WUM | SCH A, 213.3102(U). |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

**15. TO: Position Title and Number**

HUMAN RES ASST (REC/PLAC)

PD: 01944A

POSITION: 91444148

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0203 | 07 | 01 | $47,492.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $37,301.00 | $10,191.00 | $47,492.00 | $0 |

22. Name and Location of Position's Organization

VETERANS HEALTH ADMINISTRATION
HUMAN RESOURCES

DETROIT MI USA

## EMPLOYEE DATA

23. Veterans Preference: 2
(1 - None; 2 - 5-Point; 3 - 10 Point/Disability; 4 - 10-Point/Compensable; 5 - 10 Point/Other; 6 - 10-Point/Compensable/30%)

24. Tenure: 2
(0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

25. Agency Use:

26. Veterans Pref for RIF: YES [ ] NO [X]

27. FEGLI: C0 BASIC ONLY

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: KF FERS FRAE AND FICA (FULL)

31. Service Comp. Date (Leave): 04/01/2020

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 1
(1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career)

35. FLSA Category: N
(E - Exempt; N - Nonexempt)

36. Appropriation Code: 8431-2573

37. Bargaining Unit Status: 1272

38. Duty Station Code: 26-1260-163

39. Duty Station (City - County - State or Overseas Location): DETROIT MI

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 553 | | | | |

45. Remarks

TOUR OF DUTY: MONDAY THRU FRIDAY 8:00 AM TO 4:30PM SUBJECT TO COMPLETION OF TWO YEAR TRIAL/PROBATIONARY PERIOD COMMENCING: 4.1.2020

THIS APPOINTMENT IS INTENDED TO CONTINUE FOR 2 YEARS. UPON SATISFACTORY COMPLETION OF 2-YEAR TRIAL PERIOD, YOU WILL BE NONCOMPETITIVELY CONVERTED TO CAREER-CONDITIONAL OR CAREER APPOINTMENT. IF PERFORMANCE IS NOT SATISFACTORY, OR YOU FAIL TO SATISFACTORILY COMPLETE PROGRAM, EMPLOYMENT WILL BE TERMINATED.

FULL PERFORMANCE LEVEL OF EMPLOYEE'S POSITION IS GS7

APPOINTMENT AFFIDAVIT EXECUTED 4.1.2020

SERVICE COUNTING TOWARD CAREER TENURE FROM 4.1.2020

CONTINUED EMPLOYMENT IN THIS POSITION IS CONDITIONED UPON FAVORABLE ADJUDICATION OF APPLICABLE BACKGROUND INVESTIGATION OR NATIONAL AGENCY CHECK WITH WRITTEN INQUIRIES (NACI).

FROZEN SERVICE: NONE

CREDITABLE MILITARY SERVICE:

PREVIOUS RETIREMENT COVERAGE: NONE

Remarks continued on second page

46. Employing Department or Agency: VETERANS HEALTH ADMINISTRATION

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| VATA | 1301 | 04/02/2020 |

50. Signature/Authentication and Title of Approving Official

ELECTRONICALLY SIGNED BY:
ERIC J. OSTERBECK
ACTING HUMAN RESOURCES OFFICER

TURN OVER FOR IMPORTANT INFORMATION

5-Part

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236