COMPLAINT CASE NUMBER:

OMB NO.: 2900-0716
EXPIRATION DATE: DEC 31, 2019
RESPONDENT BURDEN: 30 Min.

Department of Veterans Affairs

# COMPLAINT OF EMPLOYMENT DISCRIMINATION

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

1. NAME (Last, first, middle initial)(Please print): Miller, Tara D.

2. EMAIL ADDRESS: [redacted]

3. MAILING ADDRESS: [redacted]

4a. WORK TELEPHONE NUMBER (Include Area Code): [redacted]

4b. PRIMARY TELEPHONE NUMBER (Include Area Code): [redacted]

5. ARE YOU:
- ☐ A VA EMPLOYEE
- ☐ AN APPLICANT FOR EMPLOYMENT
- ☒ A FORMER VA EMPLOYEE

6a. JOB TITLE, SERIES AND GRADE: HR Generalist GS-7

6b. SERVICE/SECTION/PRODUCT LINE: 0203

7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED: 4646 John R. Street Detroit, MI 48201

**NOTE:** For each employment related matter that you believe was discriminatory you must list the basis *(list one or more of the following)*: **Race** *(Specify)*, **Color** *(Specify)*, **Religion** *(Specify)*, **Sex** *(Male or Female)*, **National Origin** *(Specify)*, **Age** *(Provide date of birth)*, **Disability** *(Specify)*, **Genetic Information** *(including family medical history)*, and/or **Reprisal** for participating in the EEO process or opposing unlawful discrimination.

| 8. BASIS | 9. CLAIM(S) (What employment related claim(s) - personnel action(s), incident(s), or event(s) caused you to file this complaint? Briefly state the specific claim, personnel action and/or event that caused you to file this complaint. Use an additional sheet of paper if necessary. You should not include information that violates the Privacy Act of 1974 and the Health Insurance Portability and Accountability Act (HIPAA). Some examples are patient medical records, personal records of other VA-employees, etc.) | 10. DATE OF OCCURRENCE (Include the most recent date(s)) |
|---|---|---|
| Age | 7[redacted]1969 | July 2020 - Feb 2021 |
| Race | African-American | April 2020 - Feb 2021 |
| Sex | Female | April 2020 - Feb 2021 |
| Disability | Psychological Disability | October 2020 - Feb 2021 |
| Sexual Harassment | Sexual innendos (Candyman) | April 2020 |
| | *Please See Attached Statement.* | |

11. REMEDIES SOUGHT (Use an additional sheet of paper if necessary.): Mediation.

12a. DO YOU HAVE A REPRESENTATIVE? ☐ YES ☒ NO

12b. IF "YES," IS HE OR SHE AN ATTORNEY? ☐ YES ☐ NO

12c. PROVIDE THE NAME AND ADDRESS OF YOUR REPRESENTATIVE:

12d. TELEPHONE NUMBER (Include Area Code):

12e. EMAIL ADDRESS:

13a. HAVE YOU CONTACTED AN EEO COUNSELOR? ☑ YES ☐ NO

13b. NAME OF EEO COUNSELOR: Mr. Jason McElroy

13c. DATE OF INITIAL CONTACT WITH ORM: 2/25/2021

14. *If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 10, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (Use an additional sheet of paper, if necessary.)*

15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE? ☐ YES ☒ NO

15b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED: I was told I could not join.

16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE? ☑ YES ☐ NO

16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED: Wrongful termination 2/25/2021

17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE? ☒ YES ☐ NO

17b. IF "YES," PROVIDE THE NAME AND ADDRESS: Merit Protection Board System

18. SIGNATURE OF COMPLAINANT (Do not print): Tara D. Miller

19. DATE: 3/31/2021

VA FORM MAR 2017 **4939**

SUPERSEDES VA FORM 4939, MAR 2013, WHICH SHOULD NOT BE USED.