Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296−33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BETHANY, ERICA M | [redacted] | [redacted]/1982 | 05/10/2020 |

## FIRST ACTION

| 5−A. Code | 5−B. Nature of Action |
|---|---|
| 002 | CORRECTION |
| **5−C. Code** | **5−D. Legal Authority** |
| | |
| **5−E. Code** | **5−F. Legal Authority** |
| | |

## SECOND ACTION

| 6−A. Code | 6−B. Nature of Action |
|---|---|
| 500 | CONV TO CAREER APPT |
| **6−C. Code** | **6−D. Legal Authority** |
| BLM | CS RULE 6.7-VA AGR. |
| **6−E. Code** | **6−F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
ADV MED SUPPORT ASSISTANT
PD: 000074
POSITION: 91321128

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0679 | 06 | 06 | $49,861.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $39,162.00 | $10,699.00 | $49,861.00 | $0 |

**14. Name and Location of Position's Organization**
VETERANS HEALTH ADMINISTRATION
CLINICAL SUPPORT

DETROIT MI USA

**15. TO: Position Title and Number**
HUMAN RESOURCES ASSISTANT
PD: 91065A
POSITION: 91444147

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0203 | 06 | 06 | $49,861.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $39,162.00 | $10,699.00 | $49,861.00 | $0 |

**22. Name and Location of Position's Organization**
VETERANS HEALTH ADMINISTRATION
ADM SVCS HUMAN RESOURCES MANAG

CINCINNATI OH USA

## EMPLOYEE DATA

**23. Veterans Preference:** 2
1 − None; 2 − 5−Point; 3 − 10−Point/Disability; 4 − 10−Point/Compensable; 5 − 10−Point/Other; 6 − 10−Point/Compensable/30%

**24. Tenure:** 1
0 − None; 1 − Permanent; 2 − Conditional; 3 − Indefinite

**25. Agency Use:** A

**26. Veterans Preference for RIF:** X YES | NO

**27. FEGLI:** X0 BASIC + OPTION B (5X) + OPTION A

**28. Annuitant Indicator:** 9 NOT APPLICABLE

**29. Pay Rate Determinant:** 0

**30. Retirement Plan:** K FERS AND FICA

**31. Service Comp. Date (Leave):** 09/16/2007

**32. Work Schedule:** F FULL TIME

**33. Part−Time Hours Per Biweekly Pay Period:**

## POSITION DATA

**34. Position Occupied:** 1
1 − Competitive Service; 2 − Excepted Service; 3 − SES General; 4 − SES Career Reserved

**35. FLSA Category:** N
E − Exempt; N − Nonexempt

**36. Appropriation Code:** 8431-2570

**37. Bargaining Unit Status:** 8888

**38. Duty Station Code:** 26-1260-163

**39. Duty Station (City − County − State or Overseas Location):** DETROIT MI

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 487AJ | | | | |

**45. Remarks**
CORRECTS ITEM 5A, 5B FROM 721, REASSIGNMENT (NOA) CORRECTS ITEM 5C, 5D, FROM N3M, REG 335.102 (LEGAL AUTHORITY) CORRECTS ITEM 15 FROM HR ASST (REC/PLACE). CORRECTS ITEM 37 FROM 1272
SELECTED FROM 10787972 DATED 04-06-2020
FULL PERFORMANCE LEVEL OF EMPLOYEE'S POSITION IS GS-07
COMPLETED SERVICE REQUIREMENT FOR CAREER TENURE FROM 03-02-2008 TO 03-02-2011.
POSITION HAS KNOWN PROMOTION POTENTIAL. DETERMINATION ON PROMOTION TO NEXT HIGHER GRADE TO BE MADE BY 05-10-2021

**46. Employing Department or Agency**
VETERANS HEALTH ADMINISTRATION

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| VATA | 1562 | 06/05/2020 |

**50. Signature/Authentication and Title of Approving Official**
ELECTRONICALLY SIGNED BY:
ROBERT E. CAGLE
HUMAN RESOURCES OFFICER