**Department of Veterans Affairs**

# REPORT OF CONTACT

*NOTE: As appropriate, once this form is completed it becomes a permanent record in the veteran's folder. Please do not use a pencil to complete this form.*

| | |
|---|---|
| VA OFFICE<br>Department of Veterans Affairs<br>John D. Dingell Medical Center<br>Detroit, MI 48201 | **IDENTIFICATION NOS.** (C.XC. SS. XSS. V. K. etc.) |
| LAST NAME-FIRST NAME-MIDDLE NAME OF VETERAN *(Type or print)*<br>**MILLER, TARA D.** | DATE OF CONTACT<br>08/11/2020 |
| ADDRESS OF VETERAN<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48201 | TELEPHONE NO. OF VETERAN *(Include Area Code)*<br>(313) 576-1288 |
| PERSON CONTACTED<br>ERICA BETHANY | TYPE OF CONTACT *(check one)*<br>☒ PERSONAL ☐ TELEPHONE |
| ADDRESS OF PERSON CONTACTED<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48201 | TELEPHONE NO. OF PERSON CONTACTED *(Include Area Code)*<br>(313) 576-3692 |
| PERSON WHO CONTACTED YOU | TYPE OF CONTACT *(check one)*<br>☐ PERSONAL ☐ TELEPHONE |
| ADDRESS OF PERSON WHO CONTACTED YOU<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48 | TELEPHONE NO. OF PERSON WHO CONTACTED YOU *(Include area code)* |

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN *(Continue on page 2 if needed)*

On August 11th, 2020, there were four clients that visited the HR Department at various times. A couple of the clients had Benefits Appointments, and two of the clients were walk-ins. When I walked to Erica Bethany's desk area to ask if she could assist Ms. Green's with her concerns, she said,"Why can't she schedule an appointment with you at a later date?" Before, I could respond, Erica raised her voice at me, and said "Its alright Tara!" I then walked away from Erica, not saying a word. Also, again on August 11th, 2020, around 1:15pm, a client named Lauren called to find out how she could increase her Life Insurance Policy Coverage, and I directed her call to Erica because I had several clients that where in the office, and here again, Erica stated, "I was wondering why you refer Loren to me. She stated that she was working with you. I feel that since she started off working with you that she could continue with you. I don't like to go behind when I don't know what's going on. I have provided her contact information for you to contact her @313-433-221. Please contact her. I am currently busy with some very important actions that need to get done."

On August 7th, 2020, Ms. Browder one of Erica Bethany's (NEO 8/3/2020) Clients made an in office appointment with me to sign up, for benefits. I assisted the client with Health, and Life Insurance Benefits, faxed the documents to the provider, gave the client copies of her benefits' documents, and her faxed confirmation sheet. The client asked me, "When will my benefits go into affect?" I stated, "Lets contact the customer service provider, for an exact date, so you can have a peace of mind." Before I could pick up the phone, Erica Bethany yells out, "Tara, her benefits will go into affect on August 16th, 2020." I questioned myself, if Erica is very busy as she says she is, then why is she answering the client's question?"

I realize sometimes when I have projected the dates, for Health Benefits to go into effect, the date may not be as accurately, so I like to reassure the clients with a follow-up call to the providers. If Erica provided the verbal information, then she could have taken her initial client who she asked to report to the HR Department the same week that she conducted the NEO Workshop. I prepared Benefits Documents, for both the Psychology Interns, and Erica's clients the week of August 3rd, 2020. When I ask Erica, for assistance regarding a Client, I receive the same statements, "I am swamped with things, I need to get done and catch up." In addition to the aforementioned statement, she raises her voice, and she has a very rude, disrespectful disposition. At the present time, I do not want to engage in any form of communication with her.

| | |
|---|---|
| DIVISION OR SECTION<br>Human Resources Department | EXECUTED BY *(Signature and title)*<br>TARA D MILLER 3416784 Digitally signed by TARA D MILLER 3416784<br>Date: 2020.08.12 12:[illegible] -04'00' |

VA FORM
SEP 1997 (R) **119**