Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296−33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| THOMPSON, ANGELA D | [redacted] | [redacted]/1971 | 03/01/2020 |

## FIRST ACTION

| 5−A. Code | 5−B. Nature of Action |
|---|---|
| 721 | REASSIGNMENT |
| **5−C. Code** | **5−D. Legal Authority** |
| N2M | VA HR MODERNIZATION/SSU DATED 10-3-18 |
| **5−E. Code** | **5−F. Legal Authority** |
| | |

## SECOND ACTION

| 6−A. Code | 6−B. Nature of Action |
|---|---|
| | |
| **6−C. Code** | **6−D. Legal Authority** |
| | |
| **6−E. Code** | **6−F. Legal Authority** |
| | |

7. FROM: Position Title and Number
HUMAN RES SPEC (INFO SYS)
PD: 910560
POSITION: 91191588

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0201 | 11 | 01 | $70,286.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $55,204.00 | $15,082.00 | $70,286.00 | $0 |

14. Name and Location of Position's Organization
VETERANS HEALTH ADMINISTRATION
HUMAN RESOURCES
DETROIT MI USA

15. TO: Position Title and Number
HUMAN RESOURCES SPEC
PD: 99996A
POSITION: 91191588

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0201 | 11 | 01 | $70,286.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $55,204.00 | $15,082.00 | $70,286.00 | $0 |

22. Name and Location of Position's Organization
VETERANS HEALTH ADMINISTRATION
ADM SVCS HUMAN RESOURCES MANAG
CINCINNATI OH USA

## EMPLOYEE DATA

23. Veterans Preference: 1
1 − None; 2 − 5−Point; 3 − 10−Point/Disability; 4 − 10−Point/Compensable; 5 − 10−Point/Other; 6 − 10−Point/Compensable/30%

24. Tenure: 1
0 − None; 1 − Permanent; 2 − Conditional; 3 − Indefinite

25. Agency Use:

26. Veterans Preference for RIF: YES [ ] NO [X]

27. FEGLI: R4 BASIC + OPTION B (3X) + OPTION A + OPTION C (4X)

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0

30. Retirement Plan: K FERS AND FICA

31. Service Comp. Date (Leave): 05/13/2005

32. Work Schedule: F FULL TIME

33. Part−Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 1
1 − Competitive Service; 2 − Excepted Service; 3 − SES General; 4 − SES Career Reserved

35. FLSA Category: E
E − Exempt; N − Nonexempt

36. Appropriation Code: 8431-2570

37. Bargaining Unit Status: 8888

38. Duty Station Code: 26-1260-163

39. Duty Station (City − County − State or Overseas Location): DETROIT MI

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 487AJ | | | | |

45. Remarks
VISN 10 HR MODERNIZATION

46. Employing Department or Agency
VETERANS HEALTH ADMINISTRATION

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| VATA | 1562 | 03/11/2020 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
ERIC GONZALES
VISN 10 HRO