**From:** Miller, Tara D. <Tara.Miller2@va.gov>
**Sent:** Wednesday, January 13, 2021 9:59 AM
**To:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Subject:** Mediation Follow-up Conversation/Veteran's Leave/COVID19 Award

Greetings, Mr. Osterbeck:

I am following up with you in reference to the verbal meeting that we had on January 6th, 2021 at 2:30pm in your office as it related to schedul(ing) a mediation session between myself, and Angela Denise Thompson. I wanted to know if you contacted Fred Harris, or Zenia Berry to serve as the mediators as of yet. Also, could we revisit my Veteran's Leave status as well; I have future VA Medical appointments that I have to attend soon, and I wanted to make certain that I can utilize my Veteran's Leave Time as opposed to my Sick Leave. Lastly, will I receive a COVID-19 Award in 2021 since I was not awarded a payment in July 2020?

Please advise.

Very respectfully,

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)
PH:313-576-1288| Fax: 313 576-1150

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan
https://www.visn10.va.gov/

Please let me know how my service has been by clicking on HR Quick Card
https://survey.htm.va.gov/Perseus/se/2EA0F67955DDF53B