**RE: [EXTERNAL] Re: Ms. Berry...**

taramiller2005@.../Inbox

**Berry, Zenia Q.** <zenia.berry@va.gov>
To: Tara Miller <taramiller2005@yahoo.com>

Jan 7 at 9:39 AM

Good morning Ms. Miller,

As explained in the past, Fred and I are not present for official EEO mediations; we are a neutral office. However, if you have decided that you would like to participate in Alternative Dispute Resolution (ADR) Mediation with Ms. Thompson or Mr. Osterbeck, I will need a few dates from you a couple of weeks out so that I can secure all parties and mediators for a mutually agreeable date and time. If you have other questions/concerns, you may reach me by phone at x61798 upon your return. Please also contact me by e-mail if you do not reach me by phone as I am not always on-station. I am again attaching information regarding the EEO complaint process, ADR mediation, and your available avenues of redress.

Very Respectfully,

*Zenia Q. Berry, LLMSW*
*EEO Specialist*
*John D. Dingell VAMC*
*4646 John R. Street*
*Detroit, MI 48201*
*Office Phone: 313-576-1798*
*Fax: 313-576-1118*
*Email:* Zenia.Berry@va.gov

*NOTE: If you are not the intended recipient, any dissemination or duplication of this e-mail is prohibited by law. If you received this e-mail in error, please permanently delete and contact the sender by e-mail.*

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Thursday, January 7, 2021 9:00 AM
**To:** Berry, Zenia Q. <Zenia.Berry@va.gov>
**Subject:** [EXTERNAL] Re: Ms. Berry...

Sent from Yahoo Mail on Android

On Thu, Jan 7, 2021 at 7:00 AM, Tara Miller
<taramiller2005@yahoo.com> wrote:

> Good morning, Ms. Berry:
>
> I was called into Mr. Osterbeck's office on 1/6/2021 regarding an allegation made by Angela Denise Thompson a GS 12 as it related to an action she deemed I performed wrong.
>
> Mr. Osterbeck asked me what do I think would be a good suggestion to help him to help me do my job error free; I stated, "Angela and I should have a mediation with you and Fred."
>
> Even though Angela's allegations were falsely made, I am tired of the foolishness, so I believe it's time to put the concerns on the table to present viable solutions.
>
> I also, need to share my findings with you verbally, per our conversation two weeks ago. I am currently on the road heading to GA to Military Drill. I will return to the VA on 1//13/21.
>
> Thank you.
>
> Tara Miller
> 404-447-0392
>
> Sent from Yahoo Mail on Android
>
> On Tue, Aug 18, 2020 at 9:25 AM, Berry, Zenia Q.
> <Zenia.Berry@va.gov> wrote:
>
> > Good morning Ms. Miller,
> >
> > This is a follow-up e-mail to our telephone discussion on today, August 18, 2020. During the meeting, you expressed concerns with the conduct/behavior (e.g. demeaning tone, disrespectful comments, etc.) of a co-worker in your service area and the response received from your supervisor, Mr. Eric Osterbeck, after reporting your concerns. You further expressed that you would give Mr. Osterbeck about another week to address your concerns and would contact this office if you feel your concerns have not been resolved. I provided you with more information regarding your available avenues of redress. As a reminder, contact with the EEO Office does not mean you have filed a formal complaint; your contact was informal. Should you decide to begin the process of filing a formal complaint, you must contact the Office of Resolution Management (ORM) within 45 calendar days of the date of the alleged incident(s). **You may at any time contact ORM at 1-888-566-3982 (TDD- 1-888-626-9008) to speak with an ORM Counselor and begin the traditional EEO complaint process.** Additionally, should you decide you would like to participate in Alternative Dispute Resolution (ADR) Mediation, please notify myself or Mr. Harris. Attached you will find information regarding ORM's complaint process, ADR Mediation, additional avenues of redress, and the EEO contact form.
> >
> > Very Respectfully,
> >
> > *Zenia Q. Berry, LLMSW*
> > *EEO Specialist*

RE: [EXTERNAL] Re: Ms. Berry... - Yahoo Mail Page 2 of 2

*John D. Dingell VAMC*
*4646 John R. Street*
*Detroit, MI 48201*
*Office Phone: 313-576-1798*
*Fax: 313-576-1118*
*Email:* Zenia.Berry@va.gov

*NOTE: If you are not the intended recipient, any dissemination or duplication of this e-mail is prohibited by law. If you received this e-mail in error, please permanently delete and contact the sender by e-mail.*

**7 Files** 4.8MB

- EEO_Tri-Fold_Updated_Jan_2018.pdf
  557kB
- EEO_Discrimination_Complaint_Process_Poster_18x24_01_18.pdf
  2MB
- ORMADR_Trifold.pdf
  585kB
- ORMMediation_Trifold_Layout_HQ.pdf
  256kB
- Sexual Harassment is Against the Law! 04-2018.pdf
  1MB
- HPP Poster, 2019.pdf
  555kB
- Available Avenues of Redress for VA Employees Regarding Employment.pdf
  81kB