RE: [EXTERNAL] Cancel Harassment Complaint - Yahoo Mail Page 1 of 3

**RE: [EXTERNAL] Cancel Harassment Complaint**

taramiller2005@.../Inbox

BO **Bukowsky, Cindy (ORMDI)** <cindy.bukowsky@va.gov>
To: Tara Miller <taramiller2005@yahoo.com>

Jan 27 at 11:14 AM

Oh I'm really sorry to hear they continued down that path. Was hoping for your sake that he would show up as a neutral party. Yes, do continue to document, and hoping you can get out of there. Hopefully you won't have a need to contact me back. ☺

Cindy

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Wednesday, January 27, 2021 9:50 AM
**To:** Bukowsky, Cindy (ORMDI) <Cindy.Bukowsky@va.gov>
**Subject:** RE: [EXTERNAL] Cancel Harassment Complaint

Hi, Cindy:

No, I was told, I could not have a representative with me, but when I arrived to the mediation. Yet, my supervisor showed up in support of my colleague.

I am just going to try to find another job; while I continue to document any harrassing behavior in the HR Department. I may need to contact you in the very near future, but I hope not.

Thank you.

Tara Miller
404-447-0392.

Sent from Yahoo Mail on Android

On Wed, Jan 27, 2021 at 9:04 AM, Bukowsky, Cindy (ORMDI)
<Cindy.Bukowsky@va.gov> wrote:

> Hi Tara - Great news. Glad to hear you all were able to work towards some resolution. Did you end up having a rep with you? I will get your complaint withdrawn. Sorry for the delayed response. I had been out of the office for a couple days.
>
> Cindy
>
> **Cindy A. Bukowsky**
>
> **Cindy A. Bukowsky**
> **HP Program Specialist/Certified Mediator/Facilitator**
> **Department of Veterans Affairs**
> **Office of Resolution Management Diversity & Inclusion**
> **Office: 1-888-566-3982, select option 1 and enter x10055**
> **Fax: (314) 845-5045**
>
> ***NOTICE: ORM-DI is operating in a 100% telework environment. ORM-DI does not have the capability to send and/or receive hardcopy documents at this time. In order to be more responsive, we ask that if you have previously sent documents to us via U.S. Mail or other delivery services, please resend those documents to us electronically. All meetings, interviews, and mediation sessions will be conducted in a virtual capacity (i.e. telephonic, skype, video conference etc.). Your patience is appreciated during the COVID-19 Pandemic.***
>
> Choose VA
>
> *VA Core Values:* Integrity Commitment Advocacy Respect Excellence
> *VA Core Characteristics:* Trustworthy | Accessible | Quality | Innovative | Agile | Integrated
>
> ***Thank you for contacting the Office of Resolution Management. Our goal is to provide you with exceptional customer service. Please take a moment to complete a very brief survey to let us know how my service was today.***
>
> *NOTE: If you are not the intended recipient, any dissemination or duplication of this e-mail is prohibited by law. If you received this e-mail in error, please permanently delete it and contact the sender by e-mail.*
>
> **From:** Tara Miller <taramiller2005@yahoo.com>
> **Sent:** Tuesday, January 26, 2021 4:33 PM
> **To:** Bukowsky, Cindy (ORMDI) <Cindy.Bukowsky@va.gov>
> **Subject:** [EXTERNAL] Cancel Harassment Complaint
>
> Greetings, Ms. Bukowsky:
>
> I attended a mediation session with my supervisor, and co-worker. We were able to communicate after 6 months of conflict, so I am going to try to work with the new suggestions that were given to us to implement in the office.
>
> Also, hopefully in two weeks, I will have transferred into a new position.

<Cindy.Bukowsky@va.gov> wrote:

Hi Tara - Great news. Glad to hear you all were able to work towards some resolution. Did you end up having a rep with you? I will get your complaint withdrawn. Sorry for the delayed response. I had been out of the office for a couple days.

Cindy

**Cindy A. Bukowsky**

Cindy A. Bukowsky
HP Program Specialist/Certified Mediator/Facilitator
Department of Veterans Affairs
Office of Resolution Management Diversity & Inclusion
Office: 1-888-566-3982, select option 1 and enter x10055
Fax: (314) 845-5045

***NOTICE: ORM-DI is operating in a 100% telework environment. ORM-DI does not have the capability to send and/or receive hardcopy documents at this time. In order to be more responsive, we ask that if you have previously sent documents to us via U.S. Mail or other delivery services, please resend those documents to us electronically. All meetings, interviews, and mediation sessions will be conducted in a virtual capacity (i.e. telephonic, skype, video conference etc.). Your patience is appreciated during the COVID-19 Pandemic.***

Choose VA

*VA Core Values:* Integrity Commitment Advocacy Respect Excellence
*VA Core Characteristics:* Trustworthy | Accessible | Quality | Innovative | Agile | Integrated

***Thank you for contacting the Office of Resolution Management. Our goal is to provide you with exceptional customer service. Please take a moment to complete a very brief survey to let us know how my service was today.***

*NOTE: If you are not the intended recipient, any dissemination or duplication of this e-mail is prohibited by law. If you received this e-mail in error, please permanently delete it and contact the sender by e-mail.*

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Tuesday, January 26, 2021 4:33 PM
**To:** Bukowsky, Cindy (ORMDI) <Cindy.Bukowsky@va.gov>
**Subject:** [EXTERNAL] Cancel Harassment Complaint

Greetings, Ms. Bukowsky:

I attended a mediation session with my supervisor, and co-worker. We were able to communicate after 6 months of conflict, so I am going to try to work with the new suggestions that were given to us to implement in the office.

Also, hopefully in two weeks, I will have transferred into a new position.

I would like to not move forward with my initial claim.

Thank you.

Tara Miller
404-447-0392

Sent from Yahoo Mail on Android

On Fri, Jan 22, 2021 at 5:31 PM, Tara Miller
<taramiller2005@yahoo.com> wrote:

Hello, Cindy:

Thank you.

Tara Miller
404-447-0392

Sent from Yahoo Mail on Android

On Fri, Jan 22, 2021 at 4:49 PM, Bukowsky, Cindy (ORMDI)
<Cindy.Bukowsky@va.gov> wrote:

Hey Tara – just letting you know that your harassment complaint has been entered and that the case # for that complaint is 3157. Please reference this number when contacting myself or a member of my team with questions or concerns about the process etc. You will be assigned to myself or one of my co-workers for the monitoring and tracking portion of this complaint process so whoever that is should reach out to you and let you know. We have no enforcement authority over the agency, but do try to ensure they do what is expected and that's to conduct the fact finding and inform you of the outcome within 30 days.

You should hear from the assigned fact finder within 10 days. At that time, you can provide the fact finder with any names of witnesses or documentation you have kept.

Thank you.

Tara Miller
404-447-0392.

Sent from Yahoo Mail on Android

On Wed, Jan 27, 2021 at 9:04 AM, Bukowsky, Cindy (ORMDI)
<Cindy.Bukowsky@va.gov> wrote:

> Hi Tara - Great news. Glad to hear you all were able to work towards some resolution. Did you end up having a rep with you? I will get your complaint withdrawn. Sorry for the delayed response. I had been out of the office for a couple days.
>
> Cindy
>
> **Cindy A. Bukowsky**
>
> **Cindy A. Bukowsky**
> **HP Program Specialist/Certified Mediator/Facilitator**
> **Department of Veterans Affairs**
> **Office of Resolution Management Diversity & Inclusion**
> **Office: 1-888-566-3982, select option 1 and enter x10055**
> **Fax: (314) 845-5045**
>
> ***NOTICE: ORM-DI is operating in a 100% telework environment. ORM-DI does not have the capability to send and/or receive hardcopy documents at this time. In order to be more responsive, we ask that if you have previously sent documents to us via U.S. Mail or other delivery services, please resend those documents to us electronically. All meetings, interviews, and mediation sessions will be conducted in a virtual capacity (i.e. telephonic, skype, video conference etc.). Your patience is appreciated during the COVID-19 Pandemic.***
>
> ChooseVA
>
> *VA Core Values:* Integrity Commitment Advocacy Respect Excellence
> *VA Core Characteristics:* Trustworthy | Accessible | Quality | Innovative | Agile | Integrated
>
> ***Thank you for contacting the Office of Resolution Management. Our goal is to provide you with exceptional customer service. Please take a moment to complete a very brief survey to let us know how my service was today.***
>
> *NOTE: If you are not the intended recipient, any dissemination or duplication of this e-mail is prohibited by law. If you received this e-mail in error, please permanently delete it and contact the sender by e-mail.*
>
> **From:** Tara Miller <taramiller2005@yahoo.com>
> **Sent:** Tuesday, January 26, 2021 4:33 PM
> **To:** Bukowsky, Cindy (ORMDI) <Cindy.Bukowsky@va.gov>
> **Subject:** [EXTERNAL] Cancel Harassment Complaint
>
> Greetings, Ms. Bukowsky:
>
> I attended a mediation session with my supervisor, and co-worker. We were able to communicate after 6 months of conflict, so I am going to try to work with the new suggestions that were given to us to implement in the office.
>
> Also, hopefully in two weeks, I will have transferred into a new position.
>
> I would like to not move forward with my initial claim.
>
> Thank you.
>
> Tara Miller
> 404-447-0392
>
> Sent from Yahoo Mail on Android
>
> On Fri, Jan 22, 2021 at 5:31 PM, Tara Miller
> <taramiller2005@yahoo.com> wrote:
>
> > Hello, Cindy:
> >
> > Thank you.
> >
> > Tara Miller
> > 404-447-0392
> >
> > Sent from Yahoo Mail on Android
> >
> > On Fri, Jan 22, 2021 at 4:49 PM, Bukowsky, Cindy (ORMDI)
> > <Cindy.Bukowsky@va.gov> wrote: