**Miller, Tara D.**

**Subject:** FW: email etiquette

**From:** Miller, Tara D.
**Sent:** Wednesday, January 20, 2021 4:06 PM
**To:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Subject:** RE: email etiquette

Mr. Osterbeck:

Did I do something wrong as it relates to responding to an E-mail out of courtesy to Mr. Eric Gonzales, and the initial target population in which he sent the context of the E-mail communication? Yes, Sir, I recalled you sent me an E-mail, on 1/14/2021 which stated:

"Tara- I know you like to be efficient but it is not necessary to respond to every email and include all with simple replies such as thank you, roger, etc... everyone receives way too many emails-"

"Just a thought"

Mr. Osterbeck with all due respect to you: It is my understanding that when an electronic communication is sent to a "said person, or personnel" that out of courtesy the recipient may respond in a professional manner. The message that was conveyed entailed treat(ing) each other with respect, "As we reflect on today's Inauguration, we remain focused on the work each of us do in service to our Veterans. I am reminded how important it is that we conduct this work in an environment of inclusion, respect, compassion and integrity. I am reminded that our diversity is our strength and each day we will conduct our work open to each other's ideas with accountability and contributing to solutions to any health care challenge put before us."

"Our Veterans deserve no less!"

Sir, I enjoyed the positive message that was written by RimaAnn O. Nelson, and shared by Mr. Gonzales via E-mail. I deserve to be treated with respect, integrity, and as a valued employee/veteran by you, and by the rest of my colleagues, and you deserve the same treatment as well from me, and others within the HR Department, and beyond. Lastly, all the veterans that we serve deserve excellent care, and treatment as well.

My apologies, if I offended you by shar(ing) my voice of approval. Finally, to answer your question, yes, I read the E-mail that Glenn Belcher wrote about receiv(ing) excessive E-mails that do not involve ER/LR business.

Thank you, very respectfully.

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)
PH:313-576-1288| Fax: 313 576-1150

www.va.gov