**From:** Lee, Earl L. 487AJ
**To:** Leyland, Amanda J.
**Subject:** FW: Requesting Disciplinary Action
**Date:** Thursday, January 28, 2021 2:55:34 PM
**Attachments:** PRINT FROM DETPT-VAMC553-02.pdf
Miller, Tara 1-21-21 meeting notes.docx
RE training.msg
RE training.msg

---

Amanda,

I am assigning this to you but do not put this on the tracker as this is a VISN employee. We can talk about this removal tomorrow.

Earl

Note: This conversation is restricted, so you might not be able to cut or copy from it. See the information above the To line for more details. Also, while the conversation is restricted, the conversation owner can send the message to other people.
-----Original Message-----
From: Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
Sent: Monday, January 25, 2021 9:17 AM
To: Lee, Earl L. 487AJ <Earl.Lee5@va.gov>
Subject: Requesting Disciplinary Action

Earl,

I am requesting a probationary removal for SBU HRA Generalist Tara D. Miller
She was hired in April 2020 as a Schedule A hire and she is serving a two year probationar

There are four documents attached

The first contains two issues
1- Tara made errors with two JDDVAMC employees health benefits and upon discovery of the error she refused to follow the instructions of VISN 10 PIV Chief Charles Sharkey as well as the guidance of SBU Staffing Specialist Angela Thompson. She also failed to follow the instructions given by me to Tara Miller through Angela and Charles.

2- I sent an email to all Human Resources Staff on Friday January 15, 2021, regarding email etiquette and the importance of not Replying All on messages; Tara proceeded to Reply All to an email message that Eric Gonzales sent out to every VISN 10 HR employee (approximately 390 employee) by stating "You're Welcome". This was in direct violation of the guidance I provided to the HR employees. Tara was the ONLY VISN 10 HR employee to do this.

The second document is my meeting notes / statement

The only person

The third and fourth documents are evidence that I had the EEO department provide training to both HRA Generalists Tara Miller and Erica Bethany.

Additionally, I have a mediation scheduled for tomorrow with two independent mediators for Tara Miller and Angela Thompson. Unfortunately, Tara continues to have interpersonal issues with several of her coworkers. She is the common denominator in all interpersonal issues within the department. She causes tension, friction and animosity for the entire team. I cannot have this type of cancer in the small Detroit SBU unit.

Again, I am requesting to terminate the employment of Tara D. Miller,

I Asked Eric Osterbeck to schedule the mediation meeting, so Angela and I could have effective communication in the work place; it was not his idea. Also, I basically remained quiet, and worked in si[illegible]. I never caused a Cancerous Cancer type of environment in the work place in the HR Dept, nor on the SBU team

Any questions or if you need any more information please contact me

Thank you

Eric J. Osterbeck
Senior Strategic Business Partner
VISN 10 Human Resources
Detroit VA Medical Center
Ph:313-576-3939 | Fax:313-576-1150

Servicing Ohio, Indiana and Michigan
Visit us at https://www.visn10.va.gov/

How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.