United States District Court
Eastern District of Michigan

Tara Miller,

Plaintiff,

v.

Douglas A. Collins, Secretary of Veterans Affairs,

Defendant.

Civil No. 22-12865

Hon. F. Kay Behm
Mag. Judge Kimberly G. Altman

---

# Declaration of Eric Gonzales

---

I, Eric Gonzales, hereby make the following declaration with respect to the above-captioned matter:

1. In February 2021, I was a Human Resources Officer at the VA's VISN 10 Regional Office.

2. At that time, I was the second-line supervisor for HR Generalist Tara Miller.

3. At that time, Ms. Miller's first-line supervisor was Eric Osterbeck.

4. On or about February 19, 2021, I learned that Mr. Osterbeck sought to terminate Ms. Miller's probationary employment based on her repeated failures to follow directions.

5. On February 23, 2021, Mr. Osterbeck notified me that Ms. Miller had improperly accessed her coworkers' personnel files for non-business reasons. This was a serious breach of protocol for an employee trusted with access to personnel files.

6. Based on these infractions, I made the decision to terminate Ms. Miller's probationary employment on February 24, 2021.

7. Before making the decision to terminate Ms. Miller's probationary employment, I was not aware of her having made any complaints about discrimination based on her race, age, sex, or disability status.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

ERIC GONZALES Digitally signed by ERIC GONZALES Date: 2025.02.27 08:09:43 -05'00'

s/
Eric Gonzales

Executed on this __ day of February, 2025.