From: Osterbeck, Eric J. <Eric.Osterbeck@va.gov>

Sent: Tuesday, February 23, 2021 7:49 AM

To: Miller, Tara D. <Tara.Miller2@va.gov>

Subject: Name

Tara,

Yesterday in the morning when I spoke to you about Employee [redacted] you stated Angela's given name of Angela Denise Thompson

I need to know the following

1. How do you know her middle name>

2. What source did you access to find out her middle name>

Her name in VA systems is Angela D. Thompson

Please respond by COB today

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.