Department of Veterans Affairs

# REPORT OF CONTACT

*NOTE: As appropriate, once this form is completed it becomes a permanent record in the veteran's folder. Please do not use a pencil to complete this form.*

| | |
|---|---|
| VA OFFICE | IDENTIFICATION NOS. (C,XC, SS, XSS, V, K, etc.) |
| LAST NAME-FIRST NAME-MIDDLE NAME OF VETERAN *(Type or print)*<br>Osterbeck, Eric J | DATE OF CONTACT<br>02/23/2021 |
| ADDRESS OF VETERAN<br>4646 John R Street<br>Detroit, MI 48201 | TELEPHONE NO. OF VETERAN *(Include Area Code)*<br>(313) 576-3939 |
| PERSON CONTACTED<br>Self | TYPE OF CONTACT *(check one)*<br>☒ PERSONAL ☐ TELEPHONE |
| ADDRESS OF PERSON CONTACTED | TELEPHONE NO. OF PERSON CONTACTED *(Include Area Code)* |
| PERSON WHO CONTACTED YOU | TYPE OF CONTACT *(check one)*<br>☐ PERSONAL ☐ TELEPHONE |
| ADDRESS OF PERSON WHO CONTACTED YOU | TELEPHONE NO. OF PERSON WHO CONTACTED YOU *(Include area code)* |

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN *(Continue on page 2 if needed)*

On February 23, 2021, I, as the Senior Strategic Business Partner for the VISN 10 Detroit Strategic Business Unit had reason to believe that my employee Tara D. Miller may have improperly and without any authorization accessed personal records in the eOPF system for her fellow employees. Ms. Miller by way of her position has access to the eOPF records of all VISN 10 employees; however, she is only responsible for and should only be accessing employee records for Detroit Station #553 employees and strictly for business purposes. There is no legitimate business reason as to why Ms. Miller would ever access a record for a VISN 10 Station 487 employee. As a manager I accessed the eOPF system along with Charles Sharkey as a witness to review the specific records for my employees, Angela Thompson, Erica Bethany, George London, Gary Hollenquest, as well as my own record to run a report showing who accessed these records. By running these reports in the eOPF system it was determined that Tara Miller accessed Angela Thompson's eOPF on 12/22/20 and on 1/21/21 and reviewed a total of nine records. Tara Miller accessed Erica Bethany's eOPF on 6/18/20 and 1/21/21 and reviewed four records. Tara Miller accessed my record (Eric Osterbeck) in eOPF on 1/21/21 and reviewed one record. Tara Miller accessed George London's eOPF on 12/30/20 and reviewed three records. Tara Miller accessed Gary Hollenquest's eOPF on 2/12/21 and reviewed thirteen records.

I consider this to be a serious data breach as there is no business purpose or reason for Ms. Miller to access the eOPF of any of the aforementioned employees. Specifically, when she looked in my record; she accessed an individual cash award that I received from Covid related work. Ms. Miller when accessing Erica Bethany's eOPF looked at Erica's appointment , reassignment, individual cash award as well as her security clearance investigation. Ms. Miller when accessing Angela Thompson's eOPF looked at Angela's appointment, transfer, her DG-05, promotion record, transcripts, three individual cash awards, and performance review. Ms. Miller when accessing George London's record looked at George's reassignment action, promotion action and an individual cash award. Ms. Miller when accessing Gary Hollenquest's record looked at eight benefit records, three exception reports, his realignment action, and a personnel action. It is important to note that employee Gary Hollenquest passed away in August of 2020. There is no reason for her to access the records of a deceased individual.

| | |
|---|---|
| DIVISION OR SECTION<br>Senior Strategic Business Partner | EXECUTED BY *(Signature and title)*<br>ERIC J. OSTERBECK 1588135 Digitally signed by ERIC J. OSTERBECK 1588135 Date: 2021.02.24 07:11:25 -05'00' |

VA FORM SEP 1997 (R) **119**

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN

Ms. Miller while acccesing the records of the five VISN 10 HR employees actually modified the records of three individuals. Ms. Miller modified Angela Thompson's DG-05 record dated 1/10/08. Ms. Miller modified Erica Bethany's DG-04 record dated 11/5/20. Ms. Miller modified Gary Hollenquest's SF-1150 dated 9/30/20 and his LW 13/22 dated 111/18/20. Ms. Miller has no authorization to modify any record for a VISN 10 HR employee. The VISN has a specific team that handles all VISN 10 Personnel actions. Ms. Miller is not assigned to that team; she is only assigned to handle Detroit Station #553 employees.

There is no ethical reason as to why Ms. Miller accessed these eOPF records. At this time along with this report I am submitted the eOPF reports that clearly show the dates that Ms. Miller accessed the eOPF's along with whose eOPF she accessed and they outline the data she viewed. it is unknown whether or not Ms. Miller printed this information and it is also unknown if this information has already been used for something or what the intended use of this information would garner.

To reiterate, Ms. Miller had no legitimate business reason to go into these eOPF records.