Case 4:22-cv-12865-FKB-KGA ECF No. 39-17, PageID.670 Filed 03/31/25 Page 1 of 3

Ex 1

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

DEPARTMENT OF VETERANS AFFAIRS
VETERANS INTEGRATED SERVICE NETWORK 10
SERVING INDIANA, MICHIGAN, AND OHIO
4646 JOHN R. ST
DETROIT, MI 48201

February 19, 2021

In Reply Refer To: 487-NF

Tara Miller
Human Resources, SSBU
4646 John R. Street
Detroit, MI 48201

SUBJECT: Termination during Trial Period

1. At the time of your career-conditional appointment on April 1, 2020, as a Human Resources Assistant, you were informed that your first two years of employment would be subject to a trial period. The trial period is an important part of the hiring process and during this time, supervisors are required to study an employee's potential closely to determine whether s/he is suited for successful government work. When it becomes apparent that an employee's conduct, general character traits or capacity do not meet the requirements for satisfactory service, the supervisor is required to initiate action to separate the employee.

2. Your supervisor, Eric Osterbeck, has recommended that you be terminated from your position for failure to qualify during your trial period. Your termination is due to failure to follow direction.

3. The effective date of your termination will be at February 24, 2021. You must properly clear the facility, turn in any government property and clear any indebtedness prior to the release of your final paycheck.

4. You will be retained in an active duty status during the advance notice period.

5. You may seek review of this action. Such reviews include:

Inspector General 800-424-9121 202-653-7200

a) Appealing this action to the Merit Systems Protection Board (MSPB) if you allege you were discriminated against due to marital status or partisan political reasons or your removal was not effected in accordance with the procedural requirements of 5 CFR 315.805*; or

North Eastern office.

b) seeking corrective action before the U.S. Office of Special Counsel (OSC); or

c) pursuing a discrimination complaint with the Office of Resolution Management (ORM).

An appeal, complaint, or review concerning this action may not be filed with more than one administrative body. You shall be deemed to have exercised your option to appeal this action at such time as your timely initiate action to appeal to MSPB. If you believe that this action constitutes a prohibited personnel practice under 5 U.S.C. § 2302(b), including retaliation for protected whistleblowing, you may elect to file an appeal to

MSPB, or seek corrective action from OSC, and your election is based on which election you file first. If you believe that this action was taken against you for discriminatory reasons, see paragraph six of this memorandum.

6. Equal Employment Opportunity Commission (EEOC): If you believe this action is based on discrimination based on race, color, religion, sex, national origin, age or disabling condition, you may file a complaint of discrimination. If you elect to file a complaint of discrimination, you may do so by contacting the Office of Resolution Management (ORM) at 1-888-566-3982. Your complaint will be processed in accordance with EEOC regulations at 29 C.F.R., Part 1614. Your initial contact with the ORM office must be done within 45 calendar days of the effective date of this action.

7. Merit Systems Protection Board (MSPB if applicable): If you appeal to the MSPB, your appeal may be submitted by mail, facsimile, by commercial overnight delivery, by electronic filing the MSPB Appeal Form (https://e-appeal.mspb.gov), or in person at any time after you receive this letter, but not later than 30 calendar days after the separation has been effected, or 30 calendar days after the date of the your receipt of this decision, whichever is later. The address to mail your appeal is:

Central Regional Office
U.S. Merit Systems Protection Board
230 S. Dearborn Street, Room 3100
Chicago, IL 60604-1669.

You must submit an original and one copy of both your appeal and all attachments. If you do not submit an appeal within the time set by statute, regulation, or order of a judge, it will be dismissed as untimely filed unless a good reason for the delay is shown. The judge will provide you an opportunity to show why the appeal should not be dismissed as untimely. A copy of the form is available by request if you are unable to access it at the MSPB website. Please refer to the MSPB website (www.mspb.gov) for information regarding the appeals process and procedures that must be followed. You may be represented by an attorney or other representative of your choice. If you decide to file an appeal with MSPB, you should notify the Board that the agency's point of contact for this appeal is:

Kristi Glavich, Deputy Chief Counsel
Office of General Counsel Midwest District East
477 Michigan Avenue, Room 1460
Detroit MI 48226
TEL: (313) 471-3649
EMAIL: kristi.glavich@va.gov

8. Office of Special Counsel (OSC): If you elect to seek corrective action by the OSC's Complaints Examining Unit (OSC Appeal Form) (https://osc.gov/), your complaint will be limited to a determination as to whether the agency took one or more personnel actions against you in violation of 5 USC 2302(b) (prohibited personnel practices). This can include but is not limited to claims of reprisal for whistleblowing and/or engaging in

protected activity. If you are making a claim of retaliation for engaging in one or more protected activities and OSC dismisses your claim, you may have the right to file an individual right of action (IRA) appeal to the MSPB, but such an appeal will be limited to an adjudication of whether you proved that your protected activity was a contributing factor in the effected action.

9. Whichever option you may choose to pursue regarding this action (*an appeal to the MSPB, a request for corrective action to OSC, or a discrimination complaint*), shall be considered an election by you to proceed under that appeal process. However, you may concurrently file a corrective action to OSC and a discrimination complaint.

10. If you have any questions concerning this matter or the rights described above, or if you need assistance or additional information, please contact Amanda J. Leyland, Human Resource Specialist (Employee/Labor Relations), at 734-222-7410.

ERIC GONZALES 402923 Digitally signed by ERIC GONZALES 402923 Date: 2021.02.24 07:38:53 -05'00'

Eric Gonzales
Human Resources Officer

Acknowledgement of Receipt: ______________________ Date:______________

2/24/21 - Employee Tara Miller refused to sign this letter at 8:35am

- SSBP Eric J. Osterbeck