Ex. 2

UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF MICHIGAN

TARA D. MILLER,

Plaintiff,

vs.

DENIS MCDONOUGH,
Secretary
U.S. Department of Veteran Affairs
Agency

Defendants

Case No. 22-cv-12865

Hon. F. Kay Behm
Mag. Judge Kimberly G. Altman

---

# DECLARATION OF TARA D. MILLER

I, TARA D. MILLER, hereby, am competent to testify on personal knowledge to the following facts and upon being sworn as a witness can competently testify to the facts stated in the Declaration, and shall testify as follows:

1. Plaintiff, Tara Miller was born July 8, 1969. I joined the United States Army on May 9, 2011 and continue to serve the country as a Sargent First Class in the U.S. Army Reserves Unit. I re-enlisted in the Army Reserves twice: in 2017, and the second time in June 2024.

2. Unfortunately, during Tara Miller's service, she was violently physically sexually assaulted by male soldiers twice. The first sexual assault occurred in 2014 at Fort Gillem, Georgia, and the second one occurred in 2015 while she was on duty in Kuwait.

3. In a *Military Mental Health* article entitled: "Sexual Assault in the Military," the authors state in part:

> Sexual assault remains a persistent problem in the military, with an estimated **20,000 active duty service members experiencing unwanted sexual contact in 2014 [1•], and sexual assaults even occurring in combat environments [2]. Estimates of sexual assaults that occur during military service range from 9.5 to 43% among women and 1–12 % among men** [3]. In the most recent survey of sexual assault in the military, 4.9 %
>
> * * *
>
> The impact of sexual assaults on victims can be devastating, affecting their psychological and physical health, military career, and success once leaving the military. **Sexual assaults are a major contributing cause to post-traumatic stress**

> **disorder (PTSD) in female service members and veterans [13, 14]. Depression, substance abuse, and eating disorders likewise have been linked to sexual assault in military and civilian populations** [15–19]. A wide range of medically unexplained physical symptoms have also been associated with sexual assault [17, 19–21]. **Sexual assaults are a major reason that some female service members leave the military [22, 23]. As a result of military-related sexual trauma, many female veterans struggle transitioning back into civilian life, with some ending up homeless**. (Emphasis added)

4. As a result of the two sexual assaults suffered by me, I was awarded a "70%" service-connected psychiatric disability for PTSD with a history of MST [Military Sexual Trauma]."

5. I specifically sought government employment to keep from being terminated during the times of deployment overseas or for training in the state. I had been told by others that doing volunteer work for the VA would increase my chances of being offered a full-time position.

6. So, on February 4, 2020, I began working at the VA in Detroit as a "volunteer" in the Human Resources Department as a receptionist, despite my resume, which included two doctorate degrees and former position of Human Resources Specialist in the U.S. Army.

7. On March 31, 2020, Eric Osterbeck a supervisor in the Human Resources department hired me as a full-time Human Resources Assistant at a G7 pay scale to start on April 1, 2020. At the time I was hired, Osterbeck knew from my application that I was a Scheduled "A" hiring with a "severe physical, intellectual

cognitive or psychiatric disability. Osterbeck told me, I was would be under a "two year probationary period and could be terminated at his discretion." However, during my orientation with Osterbeck, he purposely did not tell me that I had the right to join the union. In fact, I was told the opposite by several HR administrators.

8. Despite Supervisor Osterbeck's knowledge that I had a severe psychiatric disability, he immediately subjected me to unwelcomed sexual advances and sexual innuendos, causing me to immediately relive the two violent sexual assaults. I was undergoing psychiatric treatment for PTSD and MST.

9. On April 15, 2020, just 14 days after being hired, Osterbeck called me into his office. At the conclusion of the meeting regarding his expectations, Osterbeck stated: "You may help yourself to any candy, and Rice Krispy treats in my office at any time." He then said with a flirtatious smile: "Because around here they call me the Candy Man."

10. In an instant, my brain retriggered to the sexual assaults; I he did not see Osterbeck, I saw the two soldiers who sexually assaulted me. I was extremely uncomfortable with his comment because she knew that the expression "Candy Man" has a sexual connotation in that "Candy" refers to a man's "penis." That is why Osterbeck's statement immediately retriggered the trauma of the two sexual

assaults she encountered in the Army. However, I masked my emotions and anger because I needed a government job.

11. Federal agencies are one of few employers who will allow military reservists to return to the position they would have had they not been deployment or on training missions.

12. Not wanting to risk losing my newly acquired VA job, I remained silent, disgusted, and shocked as I thought to myself: "Here I go again with same uncouth sexual innuendos."

13. Undeterred by my silence at his unwelcomed "Candy Man" comment, Osterbeck thought he would give it another try.

14. On April 21, 2020 as Osterbeck and I were walking past each other in the office hall-way, Osterbeck began ogling my body from my hips to my breast. And when he reached me he stated with a flirtatious grin: "You look nice!"

15. The way Osterbeck was staring at my body made me feel as though he was looking through my cloths. I thought to myself: "Here we go again with female body objectification," which again, immediately sent my mind back to Fort Gordon, Georgia and Camp Arifjan, Kuwait.

16. I decided to take the risk of making a stronger non-verbal resistance to Osterbeck's *second* unwelcomed sexual advance. I made sure this time, he saw a

look of disgust and shock on my face, as I loudly sighed, and rushed away from him.

17. As a result, of my strong expression of opposition to Osterbeck's unwelcomed sexual advances, decided that he had to get rid of me. He, therefore, decided surreptitiously to retaliate against me by structuring a hostile work environment that was designed and intended to cause me to either quit, or lead to her unlawful firing.

18. The first step was to hire someone who Osteerbeck believed would "play his sexual games." That individual was Erica Bethany, a substantially younger woman in her 30's with a turbulent VA work history. Osterbeck faced a difficult roadblock.

19. To hire Bethany, protocol required that a panel would review Bethany's work history, as compared to the other possible candidates.

20. A member of the HR department hiring panel, Glen Belcher told me the panel would have never approved Bethany's hiring. Therefore, Osterbeck violated protocol, a serious infraction of regulations in order to hire someone who would "play his sexual games." He was successful in implementing his plan. Bethany was hired and was to report to work on May 19, 2020 as a Human Resource Generalist G-6. She reported late the first day of work and continued to be late virtually every day thereafter.

21. As Osterbeck expected, Bethany immediately acceded to his sexual advances, sexual banter and sexual innuendos by engaging in flirtatious behavior along with Osterbeck's assistant, Angela Thompson. They would often continue their flirtatious behavior while following him into his office and closing the door. Osterbeck would claim they were having a "office" meeting, but I was always excluded. Another way they played Osterbeck's sexual games was by spewing the "F" word and wearing extremely tight fitting and sexually provocative clothing. On one occasion, Bethany stated to me: "You just have to play the game."

22. Osterbeck rewarded Bethany for being willing to "play the game" by giving her favorable treatment that included: (1) being allowed to report late for work 3-4 times a week which unfairly increased my workload; (2) being provided the proper and complete training required to successfully perform the HR job duties that Osterbeck repeatedly denied me; (3) allowing Bethany and Angela Denise Thompson to wear inappropriate sexually provocative cloths in violation of the dress code; (4) giving Bethany and Thompson COVID awards, while denying same to me even though I also worked at the COVID screening station in July 2020; (5) allowing Bethany and Thompson to be hostile, belligerent, and disrespectful to Plaintiff; (6) allowing Bethany to be hostile, belligerent, and disrespectful to VA patients and VA employees; (7) allowing Bethany to use vulgar and profane language in the office including the F word and N word.

23. Bethany and Plaintiff's job duties as Human Resource Generalist assigned to them by supervisor Osterbeck, included the following:

> To write Employee Verification Letters, for VA personnel, and Standard Operation Procedures, edited memorandums, write advertisement slogans for VA "Open Season" Health Care Marketing pitches, conduct research to assist all potential new hires with employment at the VA, host New Employee Orientation Workshops to onboard new hires, arrange "Open Season" Health Care Fairs, for VA Employees, provide direct coverage to HR Department front desk office, consulted with new hires about selected Health Care coverage, and benefits, prepare New Employee Orientation folders, for medical and non-clinical personnel, assisted retirees and those who resigned with their clearance requirements, prepare Transmittal Forms, for Employee Drug Testing, and Employee Health Physical appointments, assist all Detroit VA Medical Center personnel internally, and externally with Thrift Saving Plan inquiries, provide guidance to VA Employees on how to complete Family Medical Leave Act Plans, and Loan Forgiveness Forms, Verified VA Employment Status, assist with Death Gratuities and Physician Bonuses, track and input Detroit VA Employees' service-time on an Excel Spread-sheet to track their years of service, distribute all in-coming mail to Human Resource Managers and HR personnel, receive data and update the VA Transit Subsidy Excel spread sheets, for employees who utilized public transportation, research and extract personnel information in HR Smart, USA Staffing, Electronic Office Personnel Manager (eOPF), and Veterans Health Information Systems and Technology Architecture (VISTA) to assist VA Employees with benefits information, or other miscellaneous requests, code personnel

> Actions in the HR Smart System based on the Guide to Process Personnel Actions, process close to 2700 Telework Agreements throughout the John D. Dingell VA facility between August 5, 2020 through February 24, 2021.

24. Osterbeck knew from the HR Specialist's job description that allowing Bethany to be consistently late for work virtually every day would create a hostile work environment by unfairly increasing my workload in her absence, resulting in significant stress and anxiety and a altering of the terms and conditions of my employment.

25. Osterbeck lied as to the reason he allowed the obvious mistreatment of me by Bethany's excessive lateness. He testified that the reason he allowed such a self-evident work rule violation was because Bethany was a *single* parent who was caring for a disabled child. However, Bethany testified at her deposition that was not true. The child was cared for by his father during the workweek and she had custody on Saturdays and Sundays.

26. Supervisor Osterbeck also personally participated in the creation of a hostile and toxic work environment designed to force me to quit or be fired, by the following actions: (1) failing to inform me of my right to join the union; (2) failing to provide me with the proper training required to successfully perform her job duties and responsibilities that he had his assistant Angela Thompson only provide to Bethany; and then refused to allow other knowledgeable HR personnel to assist

and provide the training I needed; (3) allowing Bethany to be consistently late for work on a near daily basis in order to give me a heavier work load; (4) falsely accusing me of wrongdoing and of mistreatment of customers; (5) yelling, berating, and belittling of Plaintiff for minor errors that were also committed by Bethany and others, and threatening to terminate her employment; (6) mocking, demeaning and ridiculing my psychiatric disability by referring to me as "crazy," and repeatedly telling me she has "no common sense;" that I lacked the "mental" ability to "complete simple" tasks, "follow simple" directions, that he had "never supervised a person like her," and repeatedly telling me, I "skating on thin ice," and constantly reminding Plaintiff that she was a 2-year probationary employee who could be terminated at his discretion. He also, punished me for exercising rights as a disabled veteran to attend medical appointment; and (7) soliciting customers to file false complaints against me, but Roberta Jenkins and her husband told me they refused to do so.

27. The unbearable hostile work environment placed me in a perilous contradiction. Because I needed government employment, I could not simply quit, which is what Osterbeck intended. That left me with no other choice then to file complaints against my co-workers and Osterbeck to try to end the harassment and hostile work environment

28. In August 2020, my first complaint was filed against my co-workers only. The complaint was assigned to VA harassment and hostile work environment investigator, Zenia Berry who informed Osterbeck about the complaint. Osterbeck retaliated by continuing to allow Bethany to report to work late, and he continued to falsely accuse me of minor errors caused by his refusal to provide me with the proper training needed to perform my job.

29. On December 17, 2020, *just two months* before Osterbeck recommended my termination on February 19, 2021, he demonstrated animus towards my known service-connected psychological disability. Osterbeck knowingly lied in claiming he did not know that I had a "service-connected" disability in order to require me to use up her "sick time" instead, of using the 104 hours leave benefit provided to disabled veterans. Osterbeck, subsequently admitted to the EEO Agency that he knew the day he hired me that I was a "Schedule A" disabled veteran.

30. In other words, Osterbeck lied to me in order to retaliate against me for rebuffing his sexual advances and refusing to join Bethany and Thompson in playing his sexual games. As a result, I was wrongfully denied the 104 hours I was entitled to use for my medical appointments.

31. Instead of quitting, on December 28, 2020, I contacted VA's Equal Employment Opportunity Specialist, Donald Scott to seek help in my fight against Osterbeck's sex, age and disability based harassment. I specifically informed Scott

of Osterbeck's sexual advances, including, the "Candy Man" comment. Scott told me that because I was a probationary employee that my supervisor may retaliate by firing me.

32. January 21, 2021, Ostebeck yelled at me while falsely accusing me of making errors, he mocked and ridiculed my psychological disability, and then threatened to fire me. Osterbeck also falsely accused me of intentionally failing to comply with his instruction about "mass-email" communications.

33. On January 21, 2021, I emailed Dr. Pamela Reeves, the Director of the John D. Dingell VAMC, pleading for her help. In a lengthy email, I informed Director Reeves of the severe and pervasive hostile work environment created by my co-workers and by my supervisor, Eric Osterbeck.

34. On January 21, 2021, VA Harassment Prevention Program Specialist, Cindy Bukowsky responded to my continuous complaints of severe and unrelenting harassment, and of Osterbeck's retaliation for making the sexual harassment complaint against him. Bukowsky told me that I needed to take my complaints against my supervisor to the VA Office of Accountability and Whistleblower Protection Office, which I immediately did. I never received a response.

35. On January 22, 2021, I informed Bukowsky, once again of the severe and pervasive harassment I continued to be subjected to, not only, from my co-

workers, but also, from my supervisor, Eric Osterbeck. I also expressed my concern of being terminated in retaliation for my complaints. I told Bukowsky that Osterbeck's harassment included sexual advances, and the "Candy Man" comment.

36. On January 25 and January 26, 2021, Jerald Rushing, a VA Employee and Labor Relations Investigator left a voice-message for me to call him to discuss the harassment complaint I lodged against Osterbeck. Rushing also stated he had received the complaint from Harassment Specialist Cindy Bukowsky.

37. On January 25, 2021, Dr. Reeves, the head of VA Detroit Medical Center brushed off my complaint of being subjected to a serve and pervasive hostile work environment that significantly affected the conditions of my employment by stating in an email: "You should not try to have areas of conflict with your boss…You can only change your actions, not theirs."

38. On January 25, 2021, Osterbeck sent an e-mail communication to Earl Lee of the ER/LR department in Cleveland, Ohio, informing him of his desire to terminate me for not being a "satisfactory" fit in the department.

38. On January 26, 2021, Plaintiff, along with Angela Thompson and supervisor Osterbeck attended the hostile work environment mediation meeting. Thompson is one of the co-workers who along with Bethany and supervisor Osterbeck created a severe and pervasive hostile work environment. Osterbeck was not neutral. He completely supported Thompson's position by falsely accusing me

of harassing her co-workers, insubordination, and telling the mediators that I was the person creating the hostile work environment.

39. On January 27, 2021, Plaintiff complained to Harassment Specialist Cindy Bukowsky about how Osterbeck unfairly represented Angela Thompson in mediation meeting. I also told Bukowsky that my request to have a representative was denied by the Mediation panel members.

40. On January 28, 202, Osterbeck sent another e-mail to Employee and Labor Relations Manager, Earl Lee expressing his desire to terminate me because he was not satisfied with my performance.

41. On January 29, 2021, a VA customer Michael Jenkins informed me that Osterbeck and Angela Thompson asked him and his wife Roberta Jenkins to make a false complaint against me and they refused to do so.

42. On February 2, 2021, Labor Management representative Jerold Rushing sent Osterbeck an email stating he wanted to meet and discuss the harassment complaint I had made against Osterbeck. Rushing testified that such complaints could result in the supervisor being terminated.

43. On February 19, 2021, just 17 days after Osterbeck was informed that he was being investigated for misconduct could result in his termination, Osterbeck's supervisor Eric Gonzalez made the decision to terminate my employment. The reason given was "due to failure to follow direction." Nowhere in the letter does it

state what specific direction I "failed to follow." The reason is because there is no lawful "direction" that I, as a 10-year U.S. Army veteran with the rank of Staff Sargent, would refuse to follow.

44. On February 22, 2021, I called Osterbeck's immediate supervisor, Eric Gonzalez, to complain about Osterbeck's harassment but he did not answer his telephone. I left a message for Gonzalez to call me back, but he never did.

45. In the early morning of February 23, 2021, I received an email from Ostebeck asking how did she did know that Angela Thompson's middle name is "Denise." I told him we talked previously about her being named after an actress "Denise Nichols.

46. On February 23, 2021, Ostebeck called the VA Police Chief to have me apprehend and interrogated for "identity theft" and stealing checks. I was taken from my desk to the VA police department located in the basement and questioned. When I was released I was told by Osterbeck to go home, and the police never charged with "identity theft" or stealing checks because both accusations were false and Osterbeck knew they were untrue. This was done in retaliation for my complaints against him to several EEO personnel.

47. On February 24, 2021, I informed HR Harassment Specialist Bukowsky that Osterbeck continued to harass me by having me taken from her desk by the

VA police to be interrogated on the knowingly false charge of "identity theft." A few hours I was told by Osterbeck to leave the building, which I immediately did.

48. After my employment ended, Bethany was immediately promoted to replace me as a G-7.

49. On March 31, I filed a formal complaint of employment discrimination with the Department of Veteran Affairs. In a letter to Plaintiff dated April 27, 2021, the EEO Counselor stated:

> 5. We have determined your claim of harassment passes the **severe or pervasive requirement for further processing. The above-identified events establish a pattern of conduct that could create a hostile work environment and/or that could interfere with the job performance of a reasonable person**. (Emphasis added)

50. This EEO finding is supported by my EEO affidavit, and my medical records showing the worsening of my PTSD, MST, panic disorders, extreme anxiety and depression and the need for ongoing psychiatric treatment.

51, I, experienced humiliation, disdain, depression, anxiety, nightmares, PTDS Triggers and flashbacks due to Eric Osterbeck's brazen harassment, labelling, intimidation tactics, hostile leadership style, abusive verbal practices, and profiling. I was hired as a Human Resources Generalist on March 31, 2020, by February 24, 2021, my mental health diminished more after I started to work under

Eric Osterbeck's leadership. Erica Bethany along with Angela Thompson also caused me great mental anguish because they were Eric Osterbeck's eyes, ears, and legs when he was absent from the office; they kept him informed about what I said, and whatever actions I performed in the office when I reported to work. I had nightmares about Eric Osterbeck, Corba Snakes, and Erica Bethany; I dreamt about the hostile office setting repeatedly, and I would wake up from my sleep in a cold sweat. I experienced tremors, panic attacks, and heart palpitations before, during, after work, and today. Eric Osterbeck tried to force me to quit, but since I did not; he fired me because I rebuffed his initial sexual banters towards me. My mental health is damaged to the point that I am always looking for my current supervisor to micro-manage me, disrespect me, ask me "Are you crazy" like Eric Osterbeck did in July 2020, or when he told me in January 2021, "tell me your way of thinking because you do not think like everyone else in the office," or ask other employees to watch me. My PTSD and depression has become worse as a result of the hostile work environment in the Human Resources Department under the leadership of Eric Osterbeck at the John D. Dingell VA Mental Center. Today, I continue to seek mental health counseling as it relates to vivid flashbacks, nightmares, trauma, anxiety, stress, crying spells, and the constant hostile human resources scenes repeatedly replaying over and over in mind. Although Eric Bethany told me in June 2020, "Tara, just play the game." There is no game worth

playing when it comes to my mental health and peace of mind. Please see the timelines in which my mental health was diminished due to exposure to sexual harassment, hostile work environment, bullying, humiliation, distain, and workplace harassment trauma exhibited by Eric Osterbeck, Erica Bethany Angela Thompson.

52. I also experienced discriminatory and retaliatory treatment when Osterbeck claimed I was not entitled to a COVID award that he said was given only to employees who volunteered to work overtime at the COVID at the desk screening people for COVID. Although I did volunteer and worked at the COVID screening station, he said I did not qualify for the award.

**I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my ability.**

Executed on: 5/21/2025

By: Tara D. Miller
TARA D. MILLER