RCN : 913430

Ex. 3

[redacted]

PMOSC42A

# ENLISTMENT/REENLISTMENT DOCUMENT
# ARMED FORCES OF THE UNITED STATES

## PRIVACY ACT STATEMENT

**AUTHORITY:** 5 U.S.C. 3331; 10 U.S.C. 113, 136, 502, 504, 505, 506, 507, 508, 509, 510, 513, 515, 516, 518, 519, 972, 978, 2107, 2107a, 3253, 3258, 3262, 5540, 8252, 8253, 8257, 8258, 12102, 12103, 12104, 12105, 12106, 12107, 12108, 12301, 12302, 12304, 12305, 12405; 14 USC 351, 632; 32 U.S.C. 301, 302, 303, 304; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

## A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

**1. NAME** *(Last, First, Middle)*
MILLER TARA DARNELL

**2. SOCIAL SECURITY NUMBER**
[redacted]

**3. HOME OF RECORD** *(Street, City, County, State, Country, ZIP Code)*
3725 PEBBLE BEACH DR COLLEGE PARK, GA 30349

**4. PLACE OF ENLISTMENT/REENLISTMENT** *(Mil. Installation, City, State)*
FORT GILLAM USARC FORT GILLEM, GA 30297

**5. DATE OF ENLISTMENT/ REENLISTMENT** *(YYYYMMDD)*
20180809

**6. DATE OF BIRTH** *(YYYYMMDD)*
19690708

| 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. TOTAL ACTIVE MILITARY SERVICE | | | |
| b. TOTAL INACTIVE MILITARY SERVICE | | | |

## B. AGREEMENTS

8. I am enlisting/reenlisting in the United States *(list branch of service)* ARMY RESERVE this date for 6 years and 0 weeks beginning in pay grade E5 of which 0 years and 0 weeks is considered an Active Duty Obligation, and 6 years and 0 weeks will be served in the Reserve Component of the Service in which I have enlisted. If this is an initial enlistment, I must serve a total of eight (8) years, unless I am sooner discharged or otherwise extended by the appropriate authority. This eight year service requirement is called the Military Service Obligation. The additional details of my enlistment/ reenlistment are in Section C and Annex(es) *(list name of Annex(es) and describe)*
ANNEX A

**a. FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):**
I understand that I am joining the DEP. I understand that by joining the DEP I am enlisting in the Ready Reserve component of the United States *(list branch of service)* ______ for a period not to exceed 365 days, unless this period of time is otherwise extended by the Secretary concerned. While in the DEP, I understand that I am in a nonpay status and that I am not entitled to any benefits or privileges as a member of the Ready Reserve, to include, but not limited to medical care, liability insurance, death benefits, education benefits, or disability retired pay if I incur a physical disability. I understand that the period of time while I am in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that the period of time while I am in the DEP is counted toward fulfillment of my military service obligation described in paragraph 10, below. While in the DEP, I understand that I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, qualifications, and mailing address. I understand that I WILL be ordered to active duty unless I report to the place shown in item 4 above by *(list date (YYYYMMDD))* ______ for enlistment in the Regular component of the United States *(list branch of service)* ______ for not less than ______ years and ______ weeks.

**b. REMARKS:** *(If none, so state.)*
REENL TPU IAW AR 140-111, CHAP 6.

BONUS CONTROL #: F02F01806586

I UNDERSTAND THAT THE EFFECTIVE DATE OF MY REENLISTMENT IS ONE DAY FOLLOWING MY CURRENT ETS DATE OF 20180809, THEREFORE THE EFFECTIVE DATE IS 20180810. I FURTHER UNDERSTAND THAT ANY REENLISTMENT BONUS PAYMENTS WILL BEGIN ON THE EFFECTIVE DATE.

THIS CONTRACT EXPIRES ON (ETS) 20240809.

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
*(Initials of Enlistee/Reenlistee)* T.D.Miller

*(Continued on Page 2)*

RCN : 1476576 9566

# OATH OF EXTENSION OF ENLISTMENT OR REENLISTMENT

For use of this form, see AR 140-111 *(USAR)*, and NGR 600-200 *(ARNG)*
the proponent agencies are DCS, G-1 and Chief, National Guard Bureau.

**DATA REQUIRED BY THE PRIVACY ACT 1974** *(5 USC 552a)*

**AUTHORITY:** Title 10, USC, Sec 509, Title 32, USC Sec 302(c).

**PRINCIPLE PURPOSE(s):** To be used when a member of the ARNG or USAR extends a current enlistment/reenlistment agreement *(NGR 600-200/Chapter 3, AR 140-111)*

**ROUTINE USES:** Confirmation of obligation and participation requirements, and as a basis for non-participation action if the individual fails to meet participation requirements.

**DISCLOSURE:** Voluntary, however if member refuses to provide the requested information and sign the form, the member will be released upon normal ETS date. A copy of this form will be retained by the individual.

**EXTENSION PROCESSING DATA**

1. THIS IS AN EXTENSION OF ENLISTMENT/REENLISTMENT OF A CURRENT MEMBER OF
   - ☐ ARMY NATIONAL GUARD AND A RESERVE OF THE ARMY
   - ☑ A TROOP PROGRAM UNIT OF THE US ARMY RESERVE
   - ☐ USAR-ACTIVE GUARD/RESERVE
   - ☐ INDIVIDUAL READY RESERVE
   - ☐ INDIVIDUAL MOBILIZATION AUGMENTEE

| 2. NAME *(Last, First, MI)* | 3. GRADE | 4. DATE *(YYYYMMDD)* |
|---|---|---|
| MILLER TARA DARNELL | E6 | 20240531 |

5. UNIT OF ASSIGNMENT *(Include unit designation, address, UIC and ZIP Code)*

W87HAA, 1 BN 347 RGT FT GILLEM ENCLAVE, GA 30297

6. CURRENT *(Latest)* DD FORM 4-SERIES

a. DATE *(YYYYMMDD)* 20180809 b. TERM OF SERVICE *(Years)* 6

c. NUMBER OF EXTENSIONS PREVIOUSLY GRANTED TO CURRENT DD FORM 4 1

d. ETS 20250809 e. BASIC PAY ENTRY DATE *(YYYYMMDD)* 20110503

7. PROVISIONS AND COMPUTATION OF THIS EXTENSION

| | (Day) | (Month) | (Year(s)) |
|---|---|---|---|
| a. CURRENT ETS *(Extracted from item 6d above)* | 09 | 08 | 2025 |
| b. PERIOD OF THIS EXTENSION | | 11 | 1 |
| c. NEW ETS *(Sum of a and b above)* | 9 | 7 | 2027 |

8. AUTHORITY AND REASON FOR THIS EXTENSION

TABLE 3-1 RULE AA ☑ *(AR 140-111)* ☐ *(NGR 600-200)*

**OATH OF EXTENSION**

I do hereby acknowledge this 31 day of May , 2024 , that I have voluntarily extended my current enlistment/reenlistment agreement of 09 day of August , 2018 , for the period indicated in item 7b above. I agree to remain a member of the *(Army National Guard of* United States Army Reserve *and as a Reserve of the Army) (United States Army Reserve )* during the entire period of this extension. I understand this extension will establish my Expiration Term of Service *(ETS)* date as shown in item 7c.

| SIGNATURE | DATE *(YYYYMMDD)* |
|---|---|
| [signature] | 20240531 |

**OFFICER CERTIFICATION**

I certify that the above Oath of Extension was subscribed and duly sworn before me on this 31 day of May , 2024

| TYPED NAME, GRADE, AND BRANCH OF COMMISSIONED OFFICER* | SIGNATURE OF COMMISSIONED OFFICER* |
|---|---|
| JOHNSON ANDRE D., O3, MP | [signature] |

* Or warrant officer, or any other person so designated to administer oaths under State law, for member of the Army National Guard

***NOTE***

ARNG: Original to soldier, 1 copy to State AG *(Title 10 AGR Soldiers are responsible for sending a copy to State AG for PERMS).*

USAR: *(Unit member) Original to appropriate Regional Support Command (RSC)* to HRC-Ft. Knox, AHRC-EPF-RR, 1600 Spearhead Division Avenue, Ft. Knox, KY 40122, 1 copy attached to current DD Form 4-series and filed in AMHRR, 1 copy to Defense Joint Military Systems *(DJMS)*, copy for unit member.

*(IRR or IMA member)* Original to HRC-Ft. Knox, AHRC-EPF-RR, 1600 Spearhead Division Avenue, Ft. Knox, KY 401221 copy for IRR or IMA member

*(AGR member)* Original to HRC-Ft. Knox, AHRC-EPF-RR, 1600 Spearhead Division Avenue, Ft. Knox, KY 401221, 1 copy for AGR member.

**DEPARTMENT OF THE ARMY**
HEADQUARTERS III CORPS AND FORT HOOD
FORT HOOD TEXAS 76544-5056

NATO TRAVEL ORDER / ORDRE DE MISSION OTAN

COUNTRY OF ORIGIN: USA
PAYS DE PROVENANCE: USA

ORDER NUMBER: HO-146-0005(N)
NUMERO DE SERIE: HO-146-0005(N)

1. The bearer (and group as shown hereon or on attached list)
Le porteur (et personnel porte ci-dessus ou sur la liste jointe)

| Social Security Number/No Mle | Grade of Rank/Grade | Name/Nom |
|---|---|---|
| [redacted] | SGT | MILLER, TARA DARNELL |

2. Will travel from United States
Fera mouvement de United States

TO/A ALBANIA, BELGIUM, BULGARIA, CANADA, CROATIA, CZECH REPUBLIC, DENMARK, ESTONIA, FRANCE, GERMANY, GREECE, HUNGARY, ICELAND, ITALY, LATVIA, LITHUANIA, LUXEMBOURG, NETHERLANDS, NORWAY, POLAND, PORTUGAL, ROMANIA, SLOVAKIA, SLOVENIA, SPAIN, TURKEY, UNITED KINGDOM, UNITED STATES

| | | | |
|---|---|---|---|
| Date of Expected Return: | 06 June 2016 | Date of Departure: | 15 June 2015 |
| Date Probable de Retour: | 06 June 2016 | Date du Depart: | 15 June 2015 |

3. Authority is granted to posses and carry arms.
Autorisation de port d'armes accordee.

4. I hereby certify that this individual is a member of a Force as defined in the NATO Status of Forces Agreement, and that this is an authorized move under the terms of this agreement.

Je soussigne certifie que le personnel vise appartient a une armee telle que definie dans l'Accord OTAN sur le statut des Forces armees et que ce deplacement est officiel selon les termes de cet Accord.

5. This travel order is to be produced to civil and military authorities on request.
Cet ordre de mission devra etre presente sur demande des autorites civiles et miltaires.

FOR THE COMMANDER

JAMES E. LEWIS
INSTALLATION ADJUTANT GENERAL

26 May 2015

(Officer authorizing movement)
(Officier autorisant le mouvement)

(Date of issue)
(Date de l'autorisation)


• This is an official order generated in DAMPS-OCOTCS •

# ENLISTMENT/REENLISTMENT DOCUMENT
# ARMED FORCES OF THE UNITED STATES

## PRIVACY ACT STATEMENT

**AUTHORITY:** 5 U.S.C. 3331; 10 U.S.C. 113, 136, 502, 504, 505, 506, 507, 508, 509, 510, 513, 515, 516, 518, 519, 972, 978, 2107, 2107a, 3253, 3258, 3262, 8540, 8252, 8253, 8257, 8258, 12102, 12103, 12104, 12105, 12106, 12107, 12108, 12301, 12302, 12304, 12305, 12405; 14 USC 351, 632; 32 U.S.C. 301, 302, 303, 304; *and* Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

## A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

| | |
|---|---|
| 1. NAME *(Last, First, Middle)*<br>MILLER<br>TARA DARNELL | 2. SOCIAL SECURITY NUMBER<br>[redacted] |
| 3. HOME OF RECORD *(Street, City, County, State, Country, ZIP Code)*<br>49 BLVD 636, ATLANTA,<br>(FULTON), GA, US, 30312-6498 | 4. PLACE OF ENLISTMENT/REENLISTMENT *(Mil Installation, City, State)*<br>A20<br>FORT GILLEM, GA 30297-5000 |

| 5. DATE OF ENLISTMENT/ REENLISTMENT *(YYYYMMDD)* | 6. DATE OF BIRTH *(YYYYMMDD)* | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 20110309 | 19630708 | a. TOTAL ACTIVE MILITARY SERVICE | | | |
| | | b. TOTAL INACTIVE MILITARY SERVICE | | | |

## B. AGREEMENTS

8. I am enlisting/reenlisting in the United States *(list branch of service)* ARMY RESERVE this date for 8 years and 0 weeks beginning in pay grade E-4 of which 0 years and 0 weeks is considered an Active Duty Obligation, and 6 years and 0 weeks will be served in the Reserve Component of the Service in which I have enlisted. If this is an initial enlistment, I must serve a total of eight (8) years, unless I am sooner discharged or otherwise extended by the appropriate authority. This eight year service requirement is called the Military Service Obligation. The additional details of my enlistment/reenlistment are in Section C and Annex(es) *(list name of Annex(es) and describe)*
A

a. **FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):**
I understand that I am joining the DEP. I understand that by joining the DEP I am enlisting in the Ready Reserve component of the United States *(list branch of service)* ____________ for a period not to exceed 365 days, unless this period of time is otherwise extended by the Secretary concerned. While in the DEP, I understand that I am in a nonpay status and that I am not entitled to any benefits or privileges as a member of the Ready Reserve, to include, but not limited to medical care, liability insurance, death benefits, education benefits, or disability retired pay if I incur a physical disability. I understand that the period of time while I am in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that the period of time while I am in the DEP is counted toward fulfillment of my military service obligation described in paragraph 10, below. While in the DEP, I understand that I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, qualifications, and mailing address. I understand that I WILL be ordered to active duty unless I report to the place shown in item 4 above by *(list date (YYYYMMDD))* ____________ for enlistment in the Regular component of the United States *(list branch of service)* ____________ for not less than ____________ years and ____________ weeks.

b. **REMARKS:** *(If none, so state.)* NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.
*(Initials of Enlistee/Reenlistee)* **Biometrically Signed**

*(Continued on Page 2)*