Ex. 5

**DEPARTMENT OF VETERANS AFFAIRS**
**John D. Dingell Medical Center**
**4646 John R**
**Detroit, MI 48201-1916**

**February 20, 2020**

**To Whom It May Concern:**

This letter serves as certification that Tara Darnell Miller is an individual with a severe physical, intellectual, or psychological disability that qualifies her for consideration under 5CFR 213.3102(u), Schedule A hiring authority, Non-Competitive Appointment for Persons with Disabilities.

Tara Darnell Miller is job ready, and likely to succeed in performing the position she is currently seeking in an office, or field setting. You may contact me at (313) 576-3099 if you have any additional questions or concerns.

Sincerely,

Sarah Nowitzke, LMSW
Program Supervisor
Transition & Care Management

Carol Bobak, LLMSW
Case Manager
Transition & Care Management