Ex. 6

# TARA D. MILLER

20159 Gallagher
Detroit, Michigan 48234
Email: tara.miller2@va.gov/
taramiller2005@yahoo.com
Phone number: (404)-447-0392

---

Department of Veteran Affairs Detroit Medical Center
Human Resource Department
**Human Resources Assistant/Receptionist Volunteer**

**Detroit, MI**
**30 Hours a Week**
**Salary: 0.00**
**2/4/2020-Current**

- Assist with preparing New Orientation folders, for New Hires
- Direct Veteran Affairs employees to HR Counselors, for assistance with their benefits
- Prepare Administrative Investigative Board Training folders, for VA Staff Meetings
- Answer in-coming calls to be routed to VA Counselors
- Provide VA employee with Family and Medical Leave Act, Loan Forgiveness, Work Verification and, Request for Family/ Medical Leave Act Forms
- Input Detroit VA Employees' service-time on an Excel Spread-sheet to track their years of service
- Attend monthly HR Staff Meetings

United States Army
1/289TH Task Force Conquer
3/45TH Task Support Battalion
**Human Resources/infantry (E-6)**

**Fort Bliss, TX**
**60 Hours a Week**
**Salary: 68,000.00**
**12/1/2018-12/14/2019**

- Edited and wrote memorandum correspondences, for the Brigade Commander's signature
- Resolved controversial internal and external staffing problems with pay and placement
- Processed personnel actions, for Soldiers such as Life Insurance Policies, and benefits
- Edited and wrote Awards, for Soldiers as it related to their End of Tour Mobilizations
- Assisted Enlisted Soldiers, and Officers with payment discrepancies
- Helped Soldiers with their Promotion Packets, wrote the Chain of Command Ceremony Scripts
- Articulated and communicated Army assignments, projects, problem solving actionable events to Soldiers, met deadlines & time frames, for mission accomplishments, and wrote performance evaluations, for subordinate Soldiers
- Served as a **payroll** consultant, and provided guidance to Soldiers
- Taught Weapon Operation System courses to Air Force, Navy, Army, and Marine Soldiers
- Trained over 30, 000 Soldiers with their weapon systems before going on deployments

Herzing University
Department Chair
**General Studies**

**Atlanta, GA**
**40 Hours a Week/FT**
**Salary: 70,000.00**
**7/16/16-11/30/2018**

- Supervised a faculty of 22 personnel
- Evaluated Applications/Resumes for new hirers, processed **payroll**, and health benefit packets
- Taught humanities, and English Composition courses

- Interviewed New Hires, and facilitate New Hire Orientation Workshops
- Wrote proposals for innovative Academic Retention Programs such as the Academic Excellence Centers, and Move-On- When Ready Programs
- Assigned courses to faculty members, and work with the registrar personnel to assign classrooms
- Evaluated faculty academic performance in the classroom, wrote vacancy announcements
- Trained New Hires on how to operate Blackboard, and Beacon Alert systems
- Attended weekly faculty, and academic meetings

United States Army
Army Reserve Careers Division, Headquarters
Human Resource Personnel

**Forest Park, GA**
**40 Hours a Week/FT**
**Salary: 55,000.00**
**5/15/2014-10/31/2014**

- Edited all Awards, and Personnel Action Forms
- Edited the *ARCD Magazine*, researched military topics, and wrote articles
- Introduced guest speakers at ceremonial events
- Prepared ARCD Headquarter' s Roster to disburse to the Command Group
- Updated the ARCD Morning Report
- Wrote event scripts, for selected ceremonies, and presentation deliveries
- In-processed and Out-processed Soldiers arriving and departing from ARCD
- Researched pertinent information that is viable to ARCD to prepare reports
- Stored records of Soldiers' personnel files
- Provided technical assistance, for Soldiers regarding HR operations
- Extracted data from the Award's Tracker to prepare written guidelines, and recommendations, for personnel regarding Awards requirements policies

United States Army
***Human Resource Specialist* (E-5)**

**Forest Park, GA**
**20 Hours a Month/PT**
**Salary: 3,000.00**
**10/1/2011-11/30/2018**

- In-processed soldier's Personnel Data Forms
- Reviewed Promotion Packets before they are submitted to the Army Board
- Edited Army Newsletter for 3rd BN 3/345th Unit
- Conducted audits and variance analyses for Soldiers' Personnel Data
- Prepared memorandums for the Sergeant Major, and the LT Colonel
- Edited Non-Commission Officer's Evaluations.
- Researched Army Regulation Requirements for best HR practices
- Updated and organize accurate inventories.
- Trained and motivate Soldiers to complete their duties and tasks
- Maintained Life Insurance In-processing data forms
- Created benchmark in achieving short, and long-term Soldier recruitment outcomes

## Teaching and Service

Morehouse College-English Department
***Assistant Professor of English***

**Atlanta, GA**
**40 Hours a Week/FT**
**Salary: 55,000.00**
**8/15/2006-5/31/2013**

- Taught 101/102 English Composition to students
- Published and presented papers at academic conferences

- Academically advised, and counseled students
- Served on Campus-wide and Departmental committees
- Created diagnostic Grammar and Research documentation tests for the English Department
- Proctored exams for students
- Implemented and analyzed activities a comprehensive program of assessments for the college

Victim Witness Assistance Program — **Atlanta, GA**
***Executive Assistant/Human Resources Representative*** — **40 Hours a Week/FT**
**Salary: 40,000.00**
**4/17/2001-7/25/2003**

- Wrote speeches for City Officials
- Edited internal and external office correspondences
- Wrote letters of recommendation for employees
- Advocated Human Resource policy changes where necessary
- Researched funding opportunities for the VWAP Agency
- Kept records of expenditure reports on Excel spreadsheets
- Conducted employments interviews as well as exit interviews
- Managed multidisciplinary groups as it related to performance and procedures
- Processed account payable billing
- Prepared **payroll** and employee Annual Performance Evaluations
- Coordinated special events for the VWAP Agency
- Prepared Workman's Compensation claims
- Provided assistance to employees with **payroll**, tax, or employee related problems

Florida A&M University-Division of Sponsored Research — **Tallahassee, FL**
***Post Award Administrator*** — **40 Hours a Week/FT**
**Salary: 45,000.00**
**4/25/1993-8/25/1995**

- Managed, analyzed, and coordinated grants for federal government agencies
- Researched funds allocated for grants
- Prepared budget analysis
- Reviewed and processed budget amendments
- Informed Principle Investigators about their financial grant status
- Supervised employees
- Prepared written correspondence, and other documents

## Computer Skills

- Software (Apple and MAC environments): Microsoft Window, WordPerfect, PowerPoint,
- Template formatting, Blackboard, Beacon, TigerNet, Banner, Canvass, eMILPO, RLAS, and Excel

## Education

**Clark Atlanta University**
Doctor of Philosophy in Humanities, May 2017
**City of Atlanta**
Notary Public, November 2017
**Clark Atlanta University**
**United States Army**
Certificate in Human Resources, May 2011
Doctor of Arts in Women's Studies, July 2007

**Florida A&M University**
Master of Science in English Education, August 1997
**Florida A&M University**
Bachelor of Science in Broadcast Journalism, April 1996

**References Furnished upon Request**

# FW: Erica will be late today

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Tuesday, October 6, 2020, 10:34 AM MDT

---

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Tuesday, October 6, 2020 7:29 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Subject:** Erica will be late today

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

# FW: Erica will be late today

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Wednesday, October 21, 2020, 11:01 AM MDT

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Thursday, October 15, 2020 8:23 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Subject:** Erica will be late today

Looking for a volunteer onsite to cover the front desk until approx. 900am

Thank you

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

# FW: Erica will late

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Thursday, November 19, 2020, 06:39 AM MST

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Thursday, November 19, 2020 7:59 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Subject:** Erica will late

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

# FW: Erica will be a bit late this morning

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Wednesday, December 9, 2020, 10:01 AM MST

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Thursday, December 3, 2020 8:05 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Subject:** Erica will be a bit late this morning

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.