Ex. 7

WIKIPEDIA
The Free Encyclopedia

# Candyman (Christina Aguilera song)

"**Candyman**" is a song written and performed, by American singer Christina Aguilera from the second disc of her fifth studio album, *Back to Basics* (2006). "Candyman" was planned to be released as the second single from *Back to Basics*; however, RCA Records decided to release "Hurt" instead. Subsequently, the track was released on November 19, 2006, as the third single from the album. "Candyman" is described as a pop and jazz song that imitates swing music whose lyrics are about sex.

"Candyman" received praise for its musical style while some criticized the sexual references. Commercially, the single peaked within the top 10 in Australia, Canada, Croatia, Hungary, Italy, Luxembourg, New Zealand and Romania, as well as the top 20 in Austria, Belgium, Denmark, Germany, Ireland, the Netherlands, Switzerland, and the United Kingdom. In the United States, it peaked at number 25 on the *Billboard* Hot 100 chart and was certified platinum by the Recording Industry Association of America for selling one million copies in the country. "Candyman" is also certified gold and platinum in more countries.

A music video for the song was co-directed by Aguilera and Matthew Rolston. The video received an MTV Video Music Award nomination for Best Direction at the 2007 award ceremony. The single achieved a Grammy Award nomination for Best Female Pop Vocal Performance at the 2008 ceremony. The song was on the setlist of Aguilera's Back to Basics Tour (2006–2008) and has been covered by Alexandra Burke and the *Glee* cast.

**"Candyman"**




**Single by Christina Aguilera**
**from the album *Back to Basics***

| | |
|---|---|
| **Released** | February 20, 2007 |
| **Recorded** | 2006 |
| **Studio** | Kung Fu Gardens (North Hollywood, CA)[1] |
| **Genre** | Pop · jazz · blues |
| **Length** | 3:14 |
| **Label** | RCA |
| **Songwriter(s)** | Christina Aguilera · Linda Perry |
| **Producer(s)** | Linda Perry |

**Christina Aguilera singles chronology**

| | | |
|---|---|---|
| "Tell Me" (2006) | **"Candyman" (2007)** | "Slow Down Baby" (2007) |

**Music video**

"Candyman" (https://www.youtube.com/watch?v=-ScjucUV8v0) on YouTube

"Candyman" (2007)

## Music and lyrics

"Candyman" was described as a pop song by Leah Greenblatt from *Entertainment Weekly*;[2] Stylus Magazine's Thomas Inskeep opined that it imitated