Ex. 9

VA U.S. Department of Veterans Affairs

**MEMORANDUM**

Date: July 23, 2020

From: Eric Osterbeck

Subj: Written Counseling

To: Eric Bethany, HR Generalist, Strategic Business Unit

1. I have reviewed your attendance and leave record for the period of 5/19/2020 through 7/20/2020. This review reflects the following about your use of unplanned/unscheduled sick leave, annual leave in lieu of sick leave and/or leave without pay in lieu of sick leave:

| Date | # Hours | Type of Leave | Comments |
|---|---|---|---|
| 5/19/2020 | 30 Minutes | Annual Leave | Call-In |
| 6/03/2020 | 15 Minutes | Annual Leave | Call-In |
| 6/15/2020 | 15 Minutes | Annual Leave | Call-In |
| 6/24/2020 | 1 Hour | Annual Leave | Call-In |
| 7/07/2020 | 45 Minutes | Annual Leave | Call-In |
| 7/15/2020 | 8 Hours | Annual Leave | Call-In |
| 7/17/2020 | 8 Hours | Sick Leave | Call-In |
| 7/20/2020 | 30 Minutes | Annual Leave | Call-In |
| 7/21/2020 | 1 Hour | Annual Leave | Call-In |

2. This letter of counseling is to inform you that this type of performance is unacceptable and will not be tolerated. Any future incidents involving this type of conduct may lead to disciplinary action being taken against you.

3. You are a valued employee of Human Resources and the Strategic Business Unit. I am certain that this is an isolated incident and will not occur again. If I can be of any assistance in this matter, please feel free to contact me.

4. If a personal, medical, family, or other situation is affecting your performance on the job, you may call the employee assistance program (EAP), ESPYR by calling (800) 869-0276 or by visiting the VA Detroit Healthcare System's EAP website at www.espyr.com. Log in using your password: detvamc2020.

5. A copy of this counseling letter may be retained by me for a period of one year or it may be withdrawn and destroyed after six months depending entirely on your future conduct.

Eric J. Osterbeck

Eric Osterbeck
Strategic Business Partner
VISN 10 Human Resources

Acknowledgment of receipt: [signature] Employee Name 7-23-20 Date

# FW: Erica will be late today

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Tuesday, October 6, 2020, 10:34 AM MDT

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Tuesday, October 6, 2020 7:29 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Subject:** Erica will be late today

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

# FW: Erica will be late today

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Wednesday, October 21, 2020, 11:01 AM MDT

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Thursday, October 15, 2020 8:23 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Subject:** Erica will be late today

Looking for a volunteer onsite to cover the front desk until approx. 900am

Thank you

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

# FW: Erica will late

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Thursday, November 19, 2020, 06:39 AM MST

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Thursday, November 19, 2020 7:59 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Subject:** Erica will late

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

# FW: Erica will be a bit late this morning

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Wednesday, December 9, 2020, 10:01 AM MST

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Thursday, December 3, 2020 8:05 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Subject:** Erica will be a bit late this morning

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center

Ph:313-576-3939 | Fax:313-576-1150

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan

Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

**Department of Veterans Affairs**

# REPORT OF CONTACT

*NOTE: As appropriate, once this form is completed it becomes a permanent record in the veteran's folder. Please do not use a pencil to complete this form.*

| | |
|---|---|
| VA OFFICE<br>Department of Veterans Affairs<br>John D. Dingell Medical Center<br>Detroit, MI 48201 | IDENTIFICATION NOS. (C, XC, SS, XSS, V, K, etc.) |
| LAST NAME-FIRST NAME-MIDDLE NAME OF VETERAN (Type or print)<br>**MILLER, TARA D.** | DATE OF CONTACT<br>08/11/2020 |
| ADDRESS OF VETERAN<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48201 | TELEPHONE NO. OF VETERAN (Include Area Code)<br>(313) 576-1288 |
| PERSON CONTACTED<br>ERICA BETHANY | TYPE OF CONTACT (check one)<br>☒ PERSONAL ☐ TELEPHONE |
| ADDRESS OF PERSON CONTACTED<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48201 | TELEPHONE NO. OF PERSON CONTACTED (Include Area Code)<br>(313) 576-3692 |
| PERSON WHO CONTACTED YOU | TYPE OF CONTACT (check one)<br>☐ PERSONAL ☐ TELEPHONE |
| ADDRESS OF PERSON WHO CONTACTED YOU<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48 | TELEPHONE NO. OF PERSON WHO CONTACTED YOU (Include area code) |

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN (Continue on page 2 if needed)

On August 11th, 2020, there were four clients that visited the HR Department at various times. A couple of the clients had Benefits Appointments, and two of the clients were walk-ins. When I walked to Erica Bethany's desk area to ask if she could assist Ms. [redacted] with her concerns, she said,"Why can't she schedule an appointment with you at a later date?" Before, I could respond, Erica raised her voice at me, and said "Its alright Tara!" I then walked away from Erica, not saying a word. Also, again on August 11th, 2020, around 1:15pm, a client named [redacted] called to find out how she could increase her Life Insurance Policy Coverage, and I directed her call to Erica because I had several clients that where in the office, and here again, Erica stated, "I was wondering why you refer [redacted] to me. She stated that she was working with you. I feel that since she started off working with you that she could continue with you. I don't like to go behind when I don't know what's going on. I have provided her contact information for you to contact her [redacted]. Please contact her. I am currently busy with some very important actions that need to get done."

On August 7th, 2020, Ms. [redacted] one of Erica Bethany's [redacted] Clients made an in office appointment with me to sign up, for benefits. I assisted the client with Health, and Life Insurance Benefits, faxed the documents to the provider, gave the client copies of her benefits' documents, and her faxed confirmation sheet. The client asked me, "When will my benefits go into affect?" I stated, "Lets contact the customer service provider, for an exact date, so you can have a peace of mind." Before I could pick up the phone, Erica Bethany yells out, "Tara, her benefits will go into affect on August 16th, 2020." I questioned myself, if Erica is very busy as she says she is, then why is she answering the client's question?"

I realize sometimes when I have projected the dates, for Health Benefits to go into effect, the date may not be as accurately, so I like to reassure the clients with a follow-up call to the providers. If Erica provided the verbal information, then she could have taken her initial client who she asked to report to the HR Department the same week that she conducted the NEO Workshop. I prepared Benefits Documents, for both the Psychology Interns, and Erica's clients the week of August 3rd, 2020. When I ask Erica, for assistance regarding a Client, I receive the same statements, "I am swamped with things, I need to get done and catch up." In addition to the aforementioned statement, she raises her voice, and she has a very rude, disrespectful disposition. At the present time, I do not want to engage in any form of communication with her.

| | |
|---|---|
| DIVISION OR SECTION<br>Human Resources Department | EXECUTED BY (Signature and title)<br>TARA D MILLER 3416784 [illegible] |

VA FORM SEP 1997 (R) **119**

**From:** Miller, Tara D. <Tara.Miller2@va.gov>
**Sent:** Wednesday, January 13, 2021 9:59 AM
**To:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Subject:** Mediation Follow-up Conversation/Veteran's Leave/COVID19 Award

Greetings, Mr. Osterbeck:

I am following up with you in reference to the verbal meeting that we had on January 6th, 2021 at 2:30pm in your office as it related to schedul(ing) a mediation session between myself, and Angela Denise Thompson. I wanted to know if you contacted Fred Harris, or Zenia Berry to serve as the mediators as of yet. Also, could we revisit my Veteran's Leave status as well; I have future VA Medical appointments that I have to attend soon, and I wanted to make certain that I can utilize my Veteran's Leave Time as opposed to my Sick Leave. Lastly, will I receive a COVID-19 Award in 2021 since I was not awarded a payment in July 2020?

Please advise.

Very respectfully,

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)
PH:313-576-1288| Fax: 313 576-1150

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan
https://www.visn10.va.gov/

Please let me know how my service has been by clicking on HR Quick Card
https://survey.htm.va.gov/Perseus/se/2EA0F67955DDF53B

March 1st, 2021

Janice Simon's Statement

To Whom It May Concern:

My interactions with Eric Osterbeck were filled with confusion, and disorientation to say the least. He was very non-communicative with me as an employee. In my honest opinion, he was very misogynistic towards me as a HR Receptionist, which created a hostile environment, for me. Also, when he communicated with me it was ambiguous, and when I asked questions for clarification, he became combative in his responses. Upon his arrival in August 2018, he was very vague with his communication with me, new policies regarding Hospital Communications were implemented by the former HR Director, but because of tensions among other staff members they wanted the "we don't want any changes here attitude approach."

Further, I answered the HR phone lines based on Dr. Pamela Reeves' directives, for all staff regarding etiquettes and phone protocol. Yet, on one occasion, I given a statement by Mr. Osterbeck to read to the Nursing Staff about Pay rates and hours. One nurse wanted to see Mr. Osterbeck because she did not believe what I had told her. When Eric and another staff member spoke to her, and reassured her that the information that I shared was correct, I said to her "see what I told you was accurate." I was then silenced by Eric and told not to speak to employees. Eric reprimanded me verbally in front of the customer, and before other employees. Eric Osterbeck's tone towards me was intimidating, his approach was threatening, and non-corporative. So, I went to the Union Office in October 2018, and spoke with Benjamin Mahan the Union President, and expressed my concerns. I also, spoke with Zenia Berry, and Fred Harris the EEO personnel about how to file a complaint against Eric Osterbeck, for age, gender, and race discrimination. I truly believe Eric is prejudice against Blacks, and women in authoritative positions. He is a bully, intimidating, and he did not follow the directive 6500, for standard policies that should be implemented in the HR Department at the VAMC.

To conclude, Eric Osterbeck waited until the New Mission Policy Act went into effect to dismiss me inappropriately without merit. As such he terminated me on January 3rd, 2019 at 3pm, and I was reinstated at 3:45pm by Michelle Werner the Assistant Director of the John Dingell VAMC due to wrongful termination by Eric. His behavior was disparaging, unlawful, and very racist towards me. I have documentations that supports my claim; please contact me at [redacted] or at [redacted] for additional information.

Thank you.

Sincerely,

Janice Simon

**DEPARTMENT OF VETERANS AFFAIRS**
**John D. Dingell Medical Center**
**4646 John R**
**Detroit, Michigan 48201**

[redacted]

May 21, 2012

In Reply Refer To: 553/11MH

Erica Bethany
Mental Health Service
VA Medical Center
4646 John R. Street
Detroit, MI 48201

SUBJ: Reprimand

1. In connection with the letter dated April 18, 2012, in which you were given advance notice of your proposed reprimand, a decision has been made to reprimand you for the following reasons:

**CHARGE A:** Absence Without Leave (AWOL). ***SUSTAINED***

2. You were give ten (10) calendar days to respond orally and/or in writing to the proposed charge and chose not to provide either. In reaching my decision, I considered all of the evidence developed. I have also considered other factors including your years of service, your past work record, and if any mitigating or extenuating circumstances would justify alteration, reduction, or elimination of the proposed penalty. As a result, it is my decision that the gravity of your behavior in the Charge warrants sustaining the proposed action.

3. A copy of this reprimand will be placed in your official personnel folder (OPF). You may, if you wish, make a written reply in explanation of your conduct. If you do, it will also be placed in your OPF. The reprimand will remain in your folder for 3 years, or it may be withdrawn and destroyed after 6 months, depending entirely on your future behavior and attitude. During this time, it may be used in determining an appropriate penalty if further infractions occur.

4. If you believe that this reprimand is unjustified, you may appeal the action under the negotiated grievance procedure. Your grievance must be submitted to me within thirty (30) calendar days after you receive this reprimand. For further information about the grievance procedure, you may consult Cristina MacAfee-O'Neill, HR Specialist, at extension 63939.

Bella Schanzer, M.D.
ACOS/Mental Health Service

6/1/12

I HAVE RECEIVED THE ORIGINAL COPY OF THIS LETTER

**DEPARTMENT OF VETERANS AFFAIRS**
**John D. Dingell Medical Center**
**4646 John R**
**Detroit, Michigan 48201**

[redacted]

May 21, 2012

In Reply Refer To: 553/11MH

Erica Bethany
Mental Health Service
VA Medical Center
4646 John R. Street
Detroit, MI 48201

SUBJ: Reprimand

1. In connection with the letter dated April 18, 2012, in which you were given advance notice of your proposed reprimand, a decision has been made to reprimand you for the following reasons:

**CHARGE A**: Absence Without Leave (AWOL). ***SUSTAINED***

2. You were give ten (10) calendar days to respond orally and/or in writing to the proposed charge and chose not to provide either. In reaching my decision, I considered all of the evidence developed. I have also considered other factors including your years of service, your past work record, and if any mitigating or extenuating circumstances would justify alteration, reduction, or elimination of the proposed penalty. As a result, it is my decision that the gravity of your behavior in the Charge warrants sustaining the proposed action.

3. A copy of this reprimand will be placed in your official personnel folder (OPF). You may, if you wish, make a written reply in explanation of your conduct. If you do, it will also be placed in your OPF. The reprimand will remain in your folder for 3 years, or it may be withdrawn and destroyed after 6 months, depending entirely on your future behavior and attitude. During this time, it may be used in determining an appropriate penalty if further infractions occur.

4. If you believe that this reprimand is unjustified, you may appeal the action under the negotiated grievance procedure. Your grievance must be submitted to me within thirty (30) calendar days after you receive this reprimand. For further information about the grievance procedure, you may consult Cristina MacAfee-O'Neill, HR Specialist, at extension 63939.

Bella Schanzer, M.D.
ACOS/Mental Health Service

6/1/12

I HAVE RECEIVED THE ORIGINAL
COPY OF THIS LETTER

DEPARTMENT OF VETERANS AFFAIRS
John D. Dingell Medical Center
4646 John R
Detroit, Michigan 48201

March 26, 2012

[redacted]

In Reply Refer To: 553/11MH

Ms. Erica Bethany
Mental Health Service
VA Medical Center
4646 John R. Street
Detroit, MI 48201

SUBJ: Admonishment

1. In connection with the letter dated January 30, 2012, in which you were given advance notice of your proposed admonishment, a decision has been made to admonish you for the following reason:

> **CHARGE A**: Absence Without Leave (AWOL). ***NOT SUSTAINED***
> **CHARGE B**: Failure to follow instructions. ***SUSTAINED***

2. On January 31, 2012, a meeting was held with you, Benjamin Mahan, AFGE Local 933 President, Ms. Sheila Williams and me to discuss the proposed action. During our meeting, Ms. Sheila Williams, your former supervisor, agreed to provide you with 45 minutes of Authorized Absence to cover your absence on January 23, 2012, thereby removing your charge of AWOL. During our meeting, it was agreed that an extension for a decision would be given during Ms. Williams' scheduled absence.

3. In reaching this decision, the evidence developed was carefully considered. I also considered other factors including your years of service, your past work record, and if any mitigating or extenuating circumstances would justify alteration, reduction, or elimination of the proposed penalty. After reviewing all of the evidence available, it is my decision to sustain Charge B.

4. A copy of this admonishment will be placed in your electronic official personnel folder (eOPF). You may, if you wish, make a written reply in explanation of your conduct. If you do, it will also be placed in your eOPF. The admonishment will remain in your folder for 2 years, or it may be withdrawn and destroyed after 6 months, depending entirely on your future behavior and attitude. During this time, it may be used in determining an appropriate penalty if further infractions occur.

5. If you believe that this admonishment is unjustified, you may appeal the action under the negotiated grievance procedure. Your grievance must be submitted to me within thirty (30) calendar days after you receive this admonishment. For further information about the grievance procedure, you may consult Cristina MacAfee-O'Neill, Human Resource Specialist at 63939.

Gregory W. Jackson, Jr. BA, MSF, MS Psych
Administrative Officer-Mental Health Services

I HAVE RECEIVED THE ORIGINAL COPY OF THIS LETTER

Erica Bethany 3/29/12 2:30 pm

Department of Veterans Affairs

# PERFORMANCE APPRAISAL

*This form is to be used for non-supervisory Title 5/Hybrid Title 38 employees. Instructions for completing this form may be found at http://vaww.va.gov/OHRM/EmployeeRelations/ under the Performance tab. For additional information, see VA Handbook 5013, Part I. If additional space is needed for any item on this form, use page 6, Section I, or attachment pages.*

## SECTION A: PERFORMANCE PLAN AND APPRAISAL OF

| EMPLOYEE'S NAME *(Last, First, Middle Initial)* | POSITION TITLE, SERIES AND NUMBER | | PAY PLAN - GRADE |
|---|---|---|---|
| BETHANY, ERICA M | HUMAN RESOURCES ASSISTANT, HUMAN RESOURCES MANAGEMENT, 0203, 91444147 | | GS-06 |
| DEPARTMENT/OFFICE | SERVICE | LOCATION *(City, State)* | |
| Human Resources Management | HUMAN RESOURCES MGMT | DETROIT MI | |
| DATE ASSIGNED PRESENT POSITION | PERIOD COVERED BY THIS PERFORMANCE PLAN | | |
| 05/10/2020 *(MM/DD/YYYY)* | FROM *(MM/DD/YYYY)* 10/01/2020 | TO *(MM/DD/YYYY)* 09/30/2021 | |

| SIGNATURE AND TITLE OF RATER PREPARING THIS PERFORMANCE PLAN | DATE *(MM/DD/YYYY)* | SIGNATURE OF EMPLOYEE | DATE *(MM/DD/YYYY)* |
|---|---|---|---|
| Electronically signed by: Eric J Osterbeck, CHIEF/DIRECTOR ASST HUMAN RESOURCES OFCR, HUMAN RESOURCES MANAGEMENT | 11/24/2020 | Electronically signed by: ERICA BETHANY | 11/24/2020 |

## SECTION B: PERFORMANCE PLAN

*Each performance plan must include all elements that will be used to assign an overall rating. Performance plans must contain at least one critical and one noncritical element. Each critical and noncritical element usually contains three to five performance standards. See VA Handbook 5013 Part I for additional guidance regarding mandatory performance standards, and planning performance plans. Critical elements will be denoted by an asterisk (*).*

PERFORMANCE ELEMENTS/PERFORMANCE STANDARDS

### Element 1: 1. Element Customer Service (Critical) *

Description:

Description:

1. Communication with visitors and callers to the office, co-workers, employee, supervisors and managers is consistently professional, courteous, tactful and helpful. Responses to requests for assistance are handled promptly and provided in a friendly and cooperative manner. All phone call messages and emails are returned within close of business the next duty day.

2. Customer service is demonstrated to resolve issues and complaints independently at the lowest level possible.

3. Maintains and promotes teamwork with the service, among other services and with the Executive Team while taking appropriate risk, accepting responsibility and credit.

4. Represents and speaks for the organization and its work (e.g., presenting, explaining, and defining) to those within and outside the Medical center by delivering clear and convincing oral presentations to individuals and groups, listening effectively and clarifying information to facilitate open exchanges of ideas.

Standard 1: Customer Service

Relationship with Supervisors, coworkers and others, both within and outside HRM are driven by the VA's ICARE values, consistently courteous and cooperative even in the face of unprofessional or discourteous conduct by others. They are positive and support the effective operation of HRM, the Facility and Network operations. Differences of opinion are handled in a professional manner. Proactively interface with customers to provide timely, quality and responsive service to customers. Anticipates and meets the needs of both internal and external customers and Veterans. Special projects are completed within acceptable quality levels and by assigned suspense dates resulting in increased efficiency of processes and positive impact on customers. Advice is legally, ethically, and morally sound based on HR regulations, policies, procedures, case law, and customer expectations. Establishes strong collaborative relationships with working groups applying technical knowledge and/or experience to develop, change, or implement standard processes/practices to meet customer needs.

**Fully Successful:** Meets all of the above description with no more than three (3) valid errors, complaints, inappropriate actions, untimely work

brought to the supervisor's attention. The supervisor determines the validity of complaints based on documented performance.

**Outstanding:** Exhibits superior job knowledge and outstanding skill in carrying out work assignments. No more than one (1) valid error, complaint, inappropriate action, untimely work brought to the supervisor's attention. The supervisor determines the validity of complaints based on documented performance.

## Element 2: Benefits Counseling (Critical) *

Description:

Description:

1. Provides prompt consultation, advice, guidance, and assistance to employees regarding benefits.

2. Reviews and assists employees in completing required agency forms and/or other documents submitted by/for employees concerning health insurance, life insurance, TSP, beneficiary forms, and other related forms for accuracy and completeness.

3. Researches complex benefits questions by reviewing OPM website, applicable handbook, and/or telephone contact with OPM or VACO.

4. Ensure benefit termination/changing are completed in no more than one pay period after notification.

Standard 1: Benefits Counseling

Standard:

Ensure that all Benefit documents are updated and/or uploaded to an Employee record. Less than 3 coding errors for the rating period. Scan all documents into eOPF within 4 days of receipt.

**Fully Successful:** Meets all of the above description with no more than five (5) valid errors, complaints, inappropriate actions, untimely work brought to the supervisor's attention. The supervisor determines the validity of complaints based on documented performance.

**Outstanding:** Exhibits superior job knowledge and outstanding skill in carrying out work assignments. No more than three (3) valid error, complaint, inappropriate action, untimely work brought to the supervisor's attention. The supervisor determines the validity of complaints based on documented performance.

## Element 3: Processing and Records (Critical) *

Description:

1. Reviews personnel action requests (SF-52's) for completeness and accuracy to ensure conformity with VA policy and regulations. Errors are promptly raised and/or actions returned to Staffing Specialist/Assistant for correction within 1 business day of discovery.

2. Checks accompanying new hire folder or application for completeness, verifies military service, if a veteran; eligibility for leave accruals, insurance, retirement and other benefits.

3. Codes personnel actions into HR Smart for a wide variety of accessions, separations, position and pay changes, awards and other personnel changes, etc., within 2 business days of receipt.

4. Reviews coding for errors by checking reject reports daily, researching for solutions, and initiating the steps needed for resolution within 2 business days.

5. Prepare separation packages for exiting employee to include forms and reference material for continuation of all applicable benefits within 5 business days of notification

Standard 1: Processing and Records

Codes Personnel actions into HR Smart for a wide variety of accessions, separations, position and pay changes, awards and other personnel

changes, etc... within 2 business days of receipt.

**Fully Successful**: Meets all of the above description with no more than five (5) valid errors, complaints, inappropriate actions, untimely work brought to the supervisor's attention. The supervisor determines the validity of complaints based on documented performance.

**Outstanding**: Exhibits superior job knowledge and outstanding skill in carrying out work assignments. No more than three (3) valid error, complaint, inappropriate action, untimely work brought to the supervisor's attention. The supervisor determines the validity of complaints based on documented performance.

## Element 4: Personal Mastery

Description:

1. Participates in training, staff meetings, and other self-development activities.

2. Maintains familiarity and awareness of recent developments and programs within the VA, such as: "VACAA", "Choice," "My VA

3. Provides informal guidance and mentoring to staff and managers as needed.

4. Participates in evaluations of self, others, and the organization.

5. Demonstrates improvement in behavior and skill as needed.

Standard 1: Personal Mastery

Continue to work on self-improvement

Complete three VA trainings bi-annually in one of the core HR Services: ER/LR, Staffing, Position Management, ETC

Fully Successful: Attends 90% of COP calls within the Network during the rating period. Attends 70% of National COP calls during the rating period. Completes at least two self-development activities during the rating period.

## SECTION C: CHANGES TO PERFORMANCE PLAN *(Changes may be recorded anytime during the rating period.)*

ELEMENT TITLE

PERFORMANCE STANDARD(S)

| SIGNATURE OF RATER | DATE *(MM/DD/YYYY)* | SIGNATURE OF EMPLOYEE | DATE *(MM/DD/YYYY)* |
|---|---|---|---|
| | | | |

## SECTION D: PROGRESS REVIEW

At least one progress review is required during the appraisal period. The employee must be informed of his/her level of progress as measured against the performance plan. Additional progress reviews may be documented in section I.

A progress review was conducted and discussed, and the employee's performance as of this date:

[X] Is considered Fully Successful or better.

[ ] Needs improvement to be Fully Successful or better. *(See VA Handbook 5013, Part I, for additional information regarding addressing unacceptable performance.)*

| SIGNATURE OF RATER | DATE *(MM/DD/YYYY)* | SIGNATURE OF EMPLOYEE | DATE *(MM/DD/YYYY)* |
|---|---|---|---|
| Electronically signed by: Eric J Osterbeck<br>SUPERVISORY ASSISTANT HUMAN RESOURCES OFFICER, HUMAN RESOURCES MANAGEMENT | 06/11/2021 | Electronically signed by: Erica Bethany | 06/11/2021 |

## SECTION E: ACTUAL ACHIEVEMENT

List each ELEMENT from Section B of the employee's performance plan where indicated below, and indicate the overall level of achievement that best describes the employee's performance for each element. Do not indicate achievement for each individual performance standard. Justification, including specific examples of performance for each element that was rated Exceptional or Unacceptable, must be provided in the space below. Rating an element Exceptional means that Fully Successful performance standards have been significantly surpassed for ALL standards within that particular element. This level is reserved for employees whose performance in the element far exceeds normal expectations, and results in major contributions to the accomplishment of organizational goals.

Prior to assigning an Unacceptable level of achievement, ensure applicable policy requirements have been met as required in VA Handbook 5013, Part I.

| ELEMENTS *(Use the same Elements as listed in Section B)* | LEVELS OF ACHIEVEMENT | | |
|---|---|---|---|
| | EXCEPTIONAL | FULLY SUCCESSFUL | UNACCEPTABLE *(See instructions above)* |
| 1. Element Customer Service (Critical) * | X | | |
| Benefits Counseling (Critical) * | X | | |
| Processing and Records (Critical) * | X | | |
| Personal Mastery | | X | |

Use this section to provide justification, including specific examples of performance, for each element that was rated Exceptional or Unacceptable. (Specific achievements at the Fully Successful level are optional.)

JUSTIFICATION:

**1. Element Customer Service (Critical)**

RUSHING, JERALD | 12/01/2021 | Final Review Comment
Clear and open communicator, diligently works to resolve customer issues and works well with all team members. Practices ICARE values and serves our veterans and employees with care and respect.
Very thorough in providing references when explaining procedures and requirements, and adheres to ethical and legal guidelines.
No more than one valid complaint reported.

**Benefits Counseling (Critical)**

RUSHING, JERALD | 12/02/2021 | Final Review Comment
Subject Matter Expert for Benefits Counseling, trains her peers in Benefits processing.
No more than three valid documented errors--relied upon to correct past errors following forensic analysis of benefits review for several employees.

**Processing and Records (Critical)**

RUSHING, JERALD | 11/23/2021 | Final Review Comment
Subject Matter Expert for processing personnel actions, helped correct discrepancies from other employees' entries

**Personal Mastery**

RUSHING, JERALD | 12/02/2021 | Final Review Comment
Participated in all VISN-level COP and numerous training sessions for Staffing and Benefits to improve her knowledge base.
Collaborative team member, seeks to improve skills and to grow professionally.

## SECTION F: OVERALL RATING

TYPE OF RATING

[X] ANNUAL RATING OF RECORD  [ ] SPECIAL RATING OF RECORD  [ ] SUMMARY RATING (POSITION CHANGES - EMPLOYEE OR RATER)

PERIOD COVERED BY THIS APPRAISAL *(Complete only for Special Rating of Record or Summary Rating.)*

FROM *(MM/DD/YYYY)* TO *(MM/DD/YYYY)*

**NOTE: Recommended Performance Rating -** Using achievement levels assigned in Section E and the criteria described below, check the appropriate rating.

PERFORMANCE RATING

[ ] **OUTSTANDING** - Achievement levels for all elements are designated as Exceptional.

[X] **EXCELLENT** - Achievement levels for all critical elements are designated as Exceptional. Achievement levels for noncritical elements are designated as at least Fully Successful. Some, but not all, noncritical elements may be designated as Exceptional.

[ ] **FULLY SUCCESSFUL** - The achievement level for at least one critical element is designated as Fully Successful. Achievement levels for other critical and noncritical elements are designated as at least Fully Successful or higher.

[ ] **MINIMALLY SATISFACTORY** - Achievement levels for all critical elements are designated as at least Fully Successful. However, the achievement level(s) for one (or more) noncritical element(s) is (are) designated as Unacceptable.

[ ] **UNACCEPTABLE** - The achievement level(s) for one (or more) critical element(s) is (are) designated as Unacceptable.

| SIGNATURE AND TITLE OF RATER | DATE *(MM/DD/YYYY)* |
|---|---|
| Electronically signed by: Jerald M Rushing<br>SUPERVISORY ASSISTANT HUMAN RESOURCES OFFICER, HUMAN RESOURCES MANAGEMENT | 12/13/2021 |

## SECTION G: HIGHER LEVEL REVIEW/APPROVAL

Required only for Minimally Satisfactory and Unacceptable ratings of record; unless organization has chosen to have higher level approval required for Outstanding ratings of record.

[ ] Concur with recommended rating.

[ ] Do not concur with rating. Approve rating of:

EXPLANATION FOR PERFORMANCE RATING CHANGE

| SIGNATURE AND TITLE OF APPROVAL OFFICIAL | DATE *(MM/DD/YYYY)* |
|---|---|
| | |

## SECTION H: EMPLOYEE RECEIPT OF PERFORMANCE APPRAISAL

| | SIGNATURE OF EMPLOYEE | DATE *(MM/DD/YYYY)* |
|---|---|---|
| A copy of this performance appraisal was given to me. ▶ | Electronically signed by: Erica Bethany | 12/09/2021 |

## SECTION I: ADDITIONAL COMMENTS/INFORMATION

USE THIS AREA FOR ANY ADDITIONAL INFORMATION

### Progress Reviews

ERIC OSTERBECK | 06/11/2021 | OPM Required Progress Review (as in Section D)

Performance Rating: Is considered Fully Successful or better

Progress Review Comment: Erica has gradually grown into the position. She continues to learn the job and has become a real asset to the team. She has been instrumental in leading the change for NEO and is working closely with her new coworker. Erica has made significant progress in both knowledge of the position and her communication skills as she deals with customers.

### Rating Official Summary Comments:

RUSHING, JERALD | 11/23/2021

Valued and knowledgeable team member, contributes greatly to the success of our team. Needs to work on remaining dispassionate when handling difficult customer interactions, but making progress in that regard.