Ex. 11

**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF RESOLUTION MANAGEMENT**

Written Affidavit
in the Matter of the EEO Complaint of Discrimination filed by

| | | |
|---|---|---|
| Tara Miller<br>Complainant | ) | |
| v. | ) | Case No. 200J-VI10-2021102392 |
| Secretary<br>Department of Veterans Affairs<br>810 Vermont Avenue, NW<br>Washington, DC 20420 | ) | |
| Respondent | ) | |
| Facility: VISN 10<br>Ann Arbor, MI | ) | |

**The accepted claim under investigation is:**

**Claims: Whether complainant was subjected to a hostile work environment (sexual and non-sexual) based on Age, Sex (Female), Race (African American) and Disability when: a) from April 2020 to February 24, 2021, co-workers bullied, ashamed, embarrassed and were hostile towards her; b) in April 2020, Eric Osterbeck, Assistant Human Resources Officer, told her she can call him "Candy Man"; c) in October 2020, EO, belittled and yelled at her; d) on January 21, 2021, EO was demeaning to her and threatened her job; e) on January 26, 2021, she was told she could not have a representative during a mediation; f) on January 29, 2021, she became aware EO was soliciting persons to write Report of Contacts against her; g) on February 24, 2021, she was accused of identity theft and unauthorized modification of an employee's personnel record; h) continuously on a daily basis, co-workers said the "N" word, used once, several curse words, EO used sexual innuendos, and she was blamed for events she did not do; and includes the following timely raised actionable claims:**
**(1) From April 2020 to February 24, 2021, she did not receive proper training.**
**(2) On February 24, 2021, she was marked 7.75 hours Absent without Leave.**
**(3) In February 2021, she was marked 7.75 Leave without Pay.**
**(4) On February 24, 2021, she was terminated from federal employment.**
**(5) As of April 5, 2021, she has not received her last paycheck.**

**(6) As of April 5, 2021, she has not received a COVID-19 monetary award.**

1. Do you (Tara Miller) solemnly swear/affirm that the responses you provide in response to the following questions are true and complete to the best of your knowledge and belief?

2. Write your complete name for the record? **Tara Darnell Miller**

3. What is your duty position, grade, and facility of employment? **I was a GS-7, Human Resources Generalist at the John D. Dingell VAMC (Detroit Station 553).**

4. Who is your first line supervisor? (name/ title)? **Eric Osterbeck, Senior Strategic Business Partner.**

5. Who is your second line supervisor? **I was never informed by Eric Osterbeck, nor by higher authoritative personnel (i.e. Eric Gonzales) in writing, nor verbally that I had a second line supervisor.**

6. What is your sex and race? **My gender is female, and I am an African-American.**

7. What is month and year of birth? **My date of birth is July[redacted], 1969.**

8. Was management aware of your age, sex and race? If so, when and how did management became aware? **I would say yes, initially I started as a volunteer in the Human Resources Department on February 4th, 2020. I Spoke with Gary Hollenquest, and Charles Sharkey on January 28th, 2020 about my skills, and experience. The two agreed, I was a desirable candidate. When I reported to the HR Department, I was introduced to Eric Osterbeck. Also, prior to my volunteer services with the HR Department, I completed an application packet. Also, I completed another application packet as a new hire on 3/31/2020, which disclosed my age, gender, and race, and a 306 was submitted as well in USA Staffing by Janice Uselton a Human Resources Recruiter.**

9. What is your disability? **I have a Psychiatric Service Connected Disability. Also, my Disability letter, and Schedule "A" Letter was uploaded in USAjob.gov when I applied, for the HR Assistant appointment, which was later changed to HR Generalist.** And is it permanent? **Yes, my disability can be permanent, and triggers can cause my condition to worsen.**

10. How long is the disability expected to last? **My condition can last a life time.**

11. Do you have Medical documentation regarding your disability? **Yes, I provided Janice Uselton my HR Recruiter with my Disability Letter, and Schedule "A" Letter when I uploaded my documents in the USAjobs.com System as I**

applied, for the HR Generalist position, which was then titled Human Resources Assistant; Occupational Code 0203.

a.) from April 2020 to February 24, 2021, co-workers bullied, ashamed, embarrassed and were hostile towards her;

12. Is this correct as stated? **Yes, this statement is accurate; at various times, I was a victim of bullying, shaming, embarrassment, and hostile treatment.**

13. What co-workers bullied, ashamed, embarrassed and were hostile towards her, between April 2020 to February 24, 2021? **Saadia Graves Tatum, Erica Bethany, Angela Denise Thompson, and Eric Osterbeck.**

14. Did you inform anyone? If so, who and what was done? **Yes, I informed Eric Osterbeck about Saadia Graves Tatum referring to me as Linda; when she said to me "Listen Linda" when I tried to discuss a HR matter with her. I also, informed Eric Osterbeck about how Erica Bethany disparaged me, and spoke to me disrespectfully in a loud voice, and how Angela Denise Thompson pretended to meet with Erica Bethany and myself to train us both on eOPF, DCSP, and PII Actions, but she turned the meeting into a personal conversation about her spirit told her that "something was not right between Erica and I, and we need to discuss the matter." I shared my concern with Eric Osterbeck about how Saadia addressed me as Linda, and I believe he spoke to her because she apologized to me later. I also, shared my concerns with Eric Osterbeck in a Point of Contact about Erica Bethany, and he scheduled a Mediation Session with Fred Harris, and Zenia Berry. Lastly, when I shared my concerns about Angela Denise Thompson, and Erica Bethany's additional negative hostile behavior patterns, and he told me, "This is not a hostile environment, and you do not know what a hostile environment is like, and I am not going to let you make this a hostile environment, and you are not going to throw them under the bus."**

b.) in April 2020, Eric Osterbeck, Assistant Human Resources Officer, told her she can call him "Candy Man";

15. Is this correct as stated? **Eric Osterbeck the Senior Strategic Business Partner told me "Tara you may help yourself to any candy, and Rice Krispy treats in my office at any time, and with a smile on his face he said, "Because around here, they call me the Candy Man." He did not tell me to call him the Candy Man, but he did state, "Because around here they call me the Candy Man," which I thought was weird, and I felt uncomfortable, but what could I do as a new hire; I wanted to keep my new position, and not cause trouble. The expression "Candy Man" has a sexual connotation associated with it; it refers to a male's "penis."**

16. Why did he tell you that? **I am not certain why Eric Osterbeck felt comfortable making that statement to me. I can only speculate that maybe he has addressed African-American women in a sexual matter when he interacted**

**with them, which suggested that they were are all the same in some instances.**

17. Did anyone witness this? Who and what did they say or do? **No one witnessed this conversation because I was in his office alone.**

18. Did you inform anyone? If so, who and what was done? **Yes, in April 2020, I told Joe Franklin about the "Candy Man" comment after I left Eric Osterbeck's office. Joe Franklin is an Employee Relation/Labor Relation Assistant; he did not have any power to make a difference. In December 2020, I informed Donald W. Scott an Equal Employment Opportunity Specialist, for the Southeast District about the "Candy Man" statement, and other hostile matters that I encountered; he E-mailed me materials, for Avenues of redress, EEOC Guidance to Prove Discrimination, EEOC Harassment literature, and a case article about harassment as it pertained to Oakley v. U.S. Postal Serv., Appeal No. 01982923 (Sept 21, 2000). In January 2021, I informed Cindy Bukowsky a HP Program Specialist Manager statement, and the hostile treatment I encountered, and she filed my claim. I also, called Eric Gonzales on February 22nd, and 23rd, 2021, and I left a voice message, for him to return my calls, but he never did. Eric Gonzales is the VISN 10 Human Resources Officer who is over Eric Osterbeck, and other VISN 10 Human Resources personnel.**

**c) in October 2020, EO, belittled and yelled at her;**

19. Is this correct as stated? **Yes, Eric Osterbeck belittled and yelled at me in October 2020.**

20. Why did he do this? **I cannot fathom why Eric Osterbeck decided to belittle me, and yell at me. I understand that he has yelled at Steven Busby, and Janice Simon in the past when they were employed in the HR Department at the John D. Dingell VAMC. Also, Eric Osterbeck belittled myself, and Joe Franklin, and others when he sent out an E-mail that ridiculed some staff members who did not provide detailed information about the Education Debt Reduction Program in his absence. Eric Osterbeck never informed the staff about the EDRP in detail in the event of his absence. As a result of Eric Osterbeck's belittling E-mail message, Joe Franklin responded back to Eric to let him know he was unprofessional with his comment.**

21. Did you inform anyone? If so, who and what was done? **Yes, I informed Zenia Berry the EEO Specialist at the John D. Dingell VAMC (Detroit 553 Station).**

22. Did anyone witness this? **If so, who and what did they say or do? No one witnessed the incident; I was in Eric Osterbeck's office with the door closed.**

**d) on January 21, 2021, EO was demeaning to her and threatened her job**

23. Did this occur as stated? **Yes.**

24. Are you aware of why he was demeaning and threatening your job? He stated, **"You do not think like everyone in the office; help me to understand your way of thinking." You are skating on thin ice, and if this is not the place, for you then just let me know." He was angry because I E-mailed Eric Gonzales a "You are welcome" response on February 20th, 2021 regarding President Biden's Inauguration Speech. He stated to me, "Do you understand the magnitude of your E-mailing a reply to Eric Gonzales; he doesn't need you to respond to his E-mail, and you hit reply all, and no one responded to Eric Gonzales' E-mail, but you. You disobeyed me, and you don't obey me when I tell you to follow instructions. Aren't you in the Army? Don't you know how to follow orders? You can't follow simple instructions."**

25. Did you inform anyone? If so, who and what was done? Yes, **I reported him to Cindy Bukowsky a Harassment Prevention Program Specialist Manager on January 22, 2021 and she responded to me, "Tara – just letting you know that your harassment complaint has been entered and that the case # for that complaint is 3157. Please reference this number when contacting myself or a member of my team with questions or concerns about the process etc." I also, told Joe Franklin; I shared some of my concerns with Jim Spear an Employee Relations/Employee Labor GS-12 personnel in the HR Department at the Detroit VAMC, and Reginald Guynes a PIV personnel at the same location. Joe Franklin, and Reginald Guynes told me to report Eric Osterbeck to Dr. Pamela Reeves, Fred Harris, and Congress Woman Debbie Dingell as it pertained to his bullying, racist behavior, and belittlement against me. Eventually, Jim Spear told me that he did not like the way Eric Osterbeck, and the rest of my team treated me, and to find me a Civil Rights Attorney to report Eric.**

26. Did anyone witness this? If so, who and what did they say or do? **No one witnessed the conversation because the door was closed when Eric Osterbeck called me into his office.**

**e) on January 26, 2021, she was told she could not have a representative during a mediation;**

27. Did this occur as stated? If not, clarify?
**Yes, I was initially told by Zenia Berry that "Joe Franklin would be a conflict of interest because he worked in the HR Department," so he could not attend the mediation; therefore, I was ask to make another selection, and provide Ms. Berry with the name, and the person's phone number which I did on January 25th, 2021. The person's name I provided was Shadae` Roberson a Counselor at the Dearborn Veteran Center.**

28. Who told you could not have representation and why? **When I tried to**

provide the meditators with the Shadae` Roberson's name, and phone number; I was told by one of the mediators that "No one else will be a part of this mediation; just the three people sitting at this table today." Also, before the mediation began, Fred Harris the EEO Representative for the John D. Dingell Facility left the office. The names of the mediators were [redacted] and [redacted] There was an [redacted] mediator with gray [redacted]r mediator with dark hair; the younger mediator told me, "No one else will be a part of the mediation" although Zenia Berry the EEO Specialist ADR Coordinator told me in writing on January 22, 2021 at 9:47am, "Each party is entitled to designate a representative to attend the mediation session for advice, counsel, and support." During the meeting Eric Osterbeck was definitely supporting Angela Denise Thompson. I asked Eric Osterbeck in January if he could schedule a mediation session, for Angela and I to attend due to the resistance that I received from her if I needed assistance with a task, and the fact that she continued to report me to Eric Osterbeck, for everything I did in the office that she did not deem accurate, but I had no idea that as a manager he would support Angela, and try to demean me.

29. Did you inform anyone? If so, who and what was done? **I told Ms. Cindy Bukowsky, Joe Franklin, and Shadae` Roberson. Cindy Bukowsky included my statement in my HP Complaint. Joe Franklin stated, "What they are doing is not right." Shadae` Roberson wanted to know why she was not allowed to be a part of the mediation.**

30. Did anyone witness this? If so, who and what did they say or do? **The people who witnessed the matter were myself, Angela Denise Thompson, Eric Osterbeck, [redacted] and [redacted] We were located in the EEO Conference Room on the 3rd Floor in Room C-3401; Red Tower. No one else witnessed the conversation during the Mediation Session.**

**f) on January 29, 2021, she became aware EO was soliciting persons to write Report of Contacts against her;**

31. Did this occur as stated? If not, clarify? **Yes**

32. How did you become aware? **Michael A. Jenkins reported to the HR Department because he was looking, for the PIV Office. At the time, I was sitting at the Reception Front Desk answering the phone. He asked me, "Tara where is the PIV Office?" I said "Around the corner." Michael said, "Oh, Tara, they tried to jam you up." I said, "who." He said, "Angela and your boss Osterbeck called my wife (Roberta), and asked us to write a Point of Contact statement against you, and my wife said, No, Tara was professional, respectful, and did**

a great job with helping us, and I am not going to write a Point of Contact Statement against her."

33. Who did he solicit to write the ROC? **Mrs. Roberta Green Jenkins is a Nurse at the John D. Dingell VAMC (Detroit 553 Station).**

34. Did you inform anyone? If so, who and what was done? **I told Joe Franklin, Cindy Bukowsky, and Reginald Guynes. I also told Eric Gonzales on 3/24/2021 during an Informal Mediation Session, and I mentioned it to Eric Osterbeck on 2/24/2021 the day he terminated me. Joe Franklin, and Reginald Guynes told me to report Eric Osterbeck to Eric Gonzales, but I was afraid of the reprisal that I may have received at the time. Cindy Bukowsky recorded my complaint. Eric Osterbeck admitted that he did contact Mrs. Jenkins the day he terminated me, which was 2/24/21 and that "I did not do a good job."**

**g) on February 24, 2021, she was accused of identity theft and unauthorized modification of an employee's personnel record;**

35. Did this occur as stated? If not, clarify? **Yes**

36. Who accused you of the above and why? **Eric Osterbeck. He said, "You looked at several employees' records, and I do not know what you did with the information. So you were questioned by the police, for the possibility of Identify Theft, and the misappropriation of PII Information. Angela Denise Thompson view my eOPF Records on December 18th, 2020, and she had no right to do so, she was not my supervisor, nor lead. Nor did Eric Osterbeck report her to the police, and have her Mirandized. I had a conversation whit Eric Osterbeck about my Disability Medical Appointment that was scheduled on December 17th, 2020, and he said, "I viewed your eOPF, and I only saw your Schedule "A" Letter, and I did not see your Disability Letter." My Disability Letter was in my eOPF File when I viewed my documents earlier. Again, Angela Denise Thompson did view my files in eOPF on December 18th, 2020.**

37. Did you inform anyone? If so, who and what was done? **Yes, I E-mailed Cindy Bukowsky, Joe Franklin, and Carmala Freeman. I informed Eric Gonzales on March 24th, 2021, and on 2/23/21 Deputy Chief of Police George Chester was in Eric Osterbeck's Office when I asked Osterbeck why I was apprehended by the police, so he heard the entire conversation from beginning to end?**

**h) continuously on a daily basis, co-workers said the "N" word, used several curse words, EO used sexual innuendos, and she was blamed for events she did not do:**

38. Did this occur as stated? If not, clarify? **Erica Bethany used the "N" word one time in the office; she cursed almost daily using the words such as, "Fuck**

**it, what the Fuck, I am not afraid of no Fuckin write up, you can't make this shit up, I don't give a Fuck, and etc. She used the word "Colored" twice to describe an African-American male's behavioral actions. Erica Bethany cursed so much, and loud until one day Lorain Diaz a Credentialing Specialist had to walk to our cubicle area to ask Erica to stop cursing because she could be heard around the corner, and another personnel could hear her as well.**

39. Which coworkers said the "N" and curse words? **Erica Bethany**

40. What were sexual innuendos that EO used? **"She asked me if I could do __, and I told her don't let the gray hair fool you," and "around here they call me the Candy Man."**

41. Were the sexual innuendos directed to you? **The "Candy Man" comment was directed to me as I stood before Eric Osterbeck in his office.**

42. Were there any witnesses? If so, who and what did they say or do? **The Gary Hair sexual innuendo comment occurred when Eric Osterbeck spoke to Angela Denise Thompson. I sat next to Angela, and I heard his conversation, and she laughed at his response.**

43. Who blamed you for events you did not do? And why? **Eric Osterbeck, Angela Denise Thompson, Erica Bethany, and Charles Sharkey. Angela Denise Thompson, Eric Osterbeck, and Charles Sharkey all claimed that Roberta Green Jenkins reported to the Human Resources Department before Open Enrollment in December 2020. First Eric Osterbeck said during a Mediation Session held on 1/26/21 that "Roberta Jenkins reported to the office on December 12th, 2020," and then in writing Angela Denise Thompson, and Charles Sharkey stated she reported to the office on December 14th, 2020, which is false.**

**Eric Osterbeck was not at work when Ms. Jenkins visited the HR Department, and how could Charles Sharkey know when she came to the office if he works around the corner in the HR PIV Office. Angela Denise Thompson is very dishonest, and she wanted to accuse me of not meet(ing) a deadline to assist Ms. Jenkins before the Health Benefits Open Enrollment period ended to assist the client with mak(ing) changes to her benefits. Also, Angela Denise Thompson, Eric Osterbeck, and Charles Sharkey wrote false statements against me, which was placed in my Evidence File. Also, a SF 2809 was forged electronically, which had my signature on it. I never electronically signed not one SF 2809, for any client. Also, I do not write my entire name in all Capital Letters on FEHB Forms. Also, the SF 2809 was placed in my file after I was terminated, but the SF 2809, for Michael A. Jenkins was never included in the Point of Contact Report when Eric Osterbeck terminated me, but it appeared later in my Evidence File, which was provided to me by Toysan Jennings. I would have never known about an Evidence Files if it were not for the Privacy**

Officer meeting I had on April 9th, 2021 with Ms. Jennings, and Jim Sperr urging me to request my files to find out what was included in it. Also, Jim Sperr stated to me after I was terminated that "he and Glenn Belcher thought that I was treated wrongfully by Eric Osterbeck." Jim Sperr apologized to me, for what I encountered, and told me to "Find a Civil Rights Attorney, and that "Eric Osterbeck needs to be careful."

44. Were there any witnesses to you being blamed? If so, who? **Glenn Belcher has an E-mail communication between himself, and Angela Denise Thompson where she tried to accuse me of not processing a retirement action correctly for Sareini Faten, and it was pointed out by Glenn Belcher that Tara did what she was supposed to do, and the rest of the responsibility would be left up to the Retired Shared Service Office (RSSO). Janice Uselton wrote a written E-mail response to Glenn Belcher, and said, "Angela's behavior is inappropriate, and Tara needs to speak to Eric about it." Little did Janice Uselton know; I could not report Angela Denise Thompson to Eric Osterbeck because he had already accused me of trying to throw both Angela and Erica Bethany under the bus. Joe Franklin had mentioned to me that "It does seem like they gang up on you."**

45. Did you report any of these incidents? If so, who and what was done? **I reported the Incident to Cindy Bukowsky, and she started my HP Complaint. Glenn Belcher told me to "Go to the EEO, and the Office of Special Counsel on Eric Osterbeck to keep him off your head."**

**(1) From April 2020 to February 24, 2021, she did not receive proper training.**

46. Did this occur as stated? **Yes, I did not receive thorough, nor proper training.**

47. What training did you not receive? **I was not trained thoroughly on FEGLI, FEHB, changing E-mail addresses for employees that may have contain errors in their assigned VA E-mail Addresses, USA Staffing, eOPF, VASTA, VISTA, TSP, Remedy Tickets, PHI, PII, Human Resources (HR Smart), Uniform Allowances, Employee Exit Interviews, and Staffing Transfers.**

48. Who was supposed to train you? **Initially, Eric Osterbeck told me to seek training from Saadia Grave-Tatum, and Joe Franklin. Saadia Grave Tatum trained me, for a couples of weeks on FEGLI, and FEHB and then she transferred out of the office to the Logistics Team. Also, for three days Charles Sharkey trained both Erica Bethany, and I, for three days in the Conference Room in the HR Department, and then he stopped abruptly. Joe Franklin trained me when he could, but to my dismay the training that I received from both Graves-Tatum, and Franklin was not correct according to Angela Thompson because my documents were incorrect as it related to FEGLI, and FEHB Forms. According to Angela Thompson, I also did not enter data into the HR Smart correctly either. As such, Eric Osterbeck referred me to Carmala Freeman a HR Benefits personnel to train me who is located in another city in Michigan. After Freeman explain to me that she**

was not aware that she was suppose to train me on FEHB, and FEGLI, I was referred to Jacqueline Pace. Jacqueline Pace trained me over the phone from Cincinnati, Ohio, for three weeks, and then she transferred to another government agency. Since Glenn Belcher an Employee Relations, and Labor Relation personnel in the HR Department heard Angela Denise Thompson complaining about my work performance in the HR Office, he decided to place me in contact with Keona Charleston a former employee with the HR VAMC; Keona Charleston agreed to help me with confirming the accurate dates, for FEHBs, which helped, and when I shared with Eric Osterbeck that Keona Charleston assisted me; he told me "to stop receiving help from her because she was longer employed at the VAMC." Then Eric Osterbeck referred me to Ann Covel who was also in Ohio, so she trained me, for a few weeks, and then I never heard from her again when I followed up with her about an HR question that I posed in an E-mail. Finally, on January 26th, 2021, when I attended a Mediation Session (a meeting that I asked Eric Osterbeck to schedule), for Angela Denise Thompson and myself; the topic of lack of training was discussed, and the mediator wanted to know why I had to seek training from employees who were not in the HR Department at the John D. Dingell VAMC, and she suggested to Eric Osterbeck to "have one person train me in the office." Again, Eric Osterbeck was not supposed to be in attendance at the mediation on behalf of Angela Denise Thompson (They arrived together, and both of them supported each other during the mediation when questions were posed, for me to answer). Eric Osterbeck was not supposed to attend the Mediation Meeting that was held on 1/26/21; I asked him to schedule a mediation appointment, for Angela Denise Thompson, and I to have an open discussion on how to communicate effectively, so the HR processes could be productive, and accurate.

49. Are you aware of this happening to anyone else? If so, what is their sex, age, race and are you aware if they had a disability? **Yes, Janice Simon, a former employee who was under Eric Osterbeck's leadership also was terminated wrongfully on January 3rd, 2019 at 3pm, and reinstated at 3:45pm by Michelle Werner the Assistant Director of the John D. Dingell VAMC. She stated, "His behavior is disparaging, unlawful, and very racist. He was misogynistic, and created a hostile environment." Janice Simon is a female, she was 62 -years-old at the time, and she is African-American.**

50. Did you report this to anyone if so who and what was done? **Yes, I shared this incident with Cindy Bukowsky, and when I finally spoke with Eric Gonzales on March 24th, 2021, I also told him about how Janice Simon, and a few other people who were African-American were mis-treated by Eric Osterbeck. Janice Simon also reported Eric Osterbeck to Zenia Berry, and Fred Harris, and Benjamin Mahan in the past.**

(2) On February 24, 2021, she was marked 7.75 hours Absent without Leave.
(3) In February 2021, she was marked 7.75 Leave without Pay.

51. Did this issue occur as stated? **Yes, this information appeared on my Leaves And Earning Statement in April 2021 when I looked in the DFAS System.**

52. Who marked you 7.75 hours absent without leave and Why? **Mr. Osterbeck was the only person that I knew of who submitted my time as an employee. I do not know what possessed him to report me as AWOL; other than as a form of reprisal.**

53. Who marked you 7.75 hours of leave without pay and why? **Eric Osterbeck is the only person that I am aware of who submitted my pay, or leave status. I am inclined to believe that my Leave Without Pay status was submitted as an act of reprisal.**

54. What was the actual date you were marked LWOP? **According to my Civilian Leave and Earnings Statement, the Pay Period End date was 02/27/21, with a Pay Date of 03/05/21. When I looked at my Leaves and Earnings Statement online on April 14th, 2021, I saw that I was marked AWOL on 2/24/21.**

55. Are you aware if this happen to anyone else? If so, what is their sex, age, race and are you aware if they had a disability? **Janice Simon stated that "Eric Osterbeck adjusted her time as well when she worked as the HR Receptionist." Janice Simon is a female; at the time she was 62-years-old, and she is an African-American.**

56. Did you report this to anyone if so who and what was done? **Yes, that Janice Simon was treated similar to how I was treated by Eric Osterbeck. I reported this information to Jason McElroy, and Patricia Martinez. I also, told Cindy Bukowsky verbally during my In-take complaint that Janice Simon was also harassed, and wrongfully terminated like myself.**

**(4) On February 24, 2021, she was terminated from federal employment.**

57. Did this occur as stated? If not, clarify? **Yes.**

58. Who terminated you and why? **Eric Osterbeck recommended my termination to Eric Gonzales, and according to Mr. Gonzales he approved my termination because "Eric Osterbeck told him that I said, 'I refuse to write a response regarding the Point of Contact that Eric Osterbeck submitted to Eric Gonzales' as it pertained to my termination." I never told Eric Osterbeck that "I refuse to write a Point of Contact response; I told him, I needed to consult with my Legal Counsel first regarding the allegations that were made against me, and I will provide a response." Therefore, Eric Gonzales stated to me on March 24th, 2021 that "At that time, I had no other choice, but to sign the Termination Letter because Eric said, you refused to write a written response."**

59. Are you aware if this happen to anyone else? If so, what is their sex, age, race and are you aware if they had a disability? **Yes, Janice Simon was harassed, and terminated wrongfully by Eric Osterbeck on January 3rd 2019. Janice Simon is a female, she was 62-years-old, and she is an African-American.**

60. Did you talk to anyone about your termination if so, who and what was done? **Yes, I contacted Dorothy James' Office who is the District 7 National Vice-President of the American Federation of Government Employees; her office personnel contacted Benjamin Mahan the John D. Dingell (Detroit) VAMC Union President. Benjamin Mahan called me on March 4th, 2021 around 7:47pm from a different phone number other than the main VA number which is [redacted] and he E-mailed me from his personnel E-mail address, which is [redacted] I thought that was strange. When I answered the phone, he said, "I was given your contact information, and I can help you." Erica Bethany use to be the Chief Steward, for the Union, and she and Benjamin Mahan have a great rapport with each other. I did not feel comfortable disclosing any pertinent information with Benjamin Mahan because Mr. Mahan contacted William Cornell the HR Information System personnel (HRIS), and asked him "Was Tara authorized to work from home." Ironically in December 2020, Eric Osterbeck asked me "Tara are you taking government documents to your residence?" Moreover, I never had a personal conversation with Benjamin Mahan when he arrived to the HR Department, but I was professional, and accommodated him if he needed my assistance. Later to my dismay, I learned that I could not receive any assistance from the American Federation of Government Employees (AFGE) Union because I was not a member. Yet, earlier, I was told that "I could not join the union when I first got hired in the HR Department because I was working in a managerial office." I also, did not attend New Employment Orientation (NEO) like the rest of the staff members on the Strategic Business Partner Team, which meant I was not introduced to the Veteran Affairs' Rules, Policies, Governing Polices, Privacy Procedures, nor did I have any knowledge about whether, or not I could join the Union. I believe Benjamin Mahan knew I was not a member, but he wanted to solicit information from me to share with Erica Bethany, so she could divulge to Eric Osterbeck, Angela Denise Thompson, and Charles Sharkey. I later learned from Yvonne Renee Evans the AFGE 933 Representative that I could have joined the union because I was classified as a Bargaining Employee. Yvonne Renee Evans stated the personnel in the HR Department "Has been known to tell employees that they cannot join the Union," which is misleading information. Also, I contacted Cindy Bukowsky the HP Program Specialist/Certified Mediator/Facilitator for the Department of Veteran Affairs Office of Resolution Management Diversity & Inclusion, Jason E. McElroy an EEO Specialist (Counselor), for the Office of Resolution Management, Diversity and Inclusion (ORMDI-Midwest District). Cindy Bukowsky continued to move forward with my initial complaint, and Jason McElroy took my complaint, and started my EEO Claim process.**

**(5) As of April 5, 2021, she has not received her last paycheck. (6) As of April 5, 2021, she has not received a COVID-19 monetary award.**

61. Did the two issues occur as stated? If not, clarify? **Yes, both of these issues occurred.**

62. Did you talk to anyone about not receiving your check? If so, who and what was said or done? **Yes, I spoke with Eric Gonzales during a Mediation session on March 24th, 2021, and I shared with him that I still had not received my last check. He said, "I will look into it," but he never followed up with me. I also, shared with him that Angela Denise Thompson, Erica Bethany, and Eric Osterbeck received their COVID-19 Awards, but I did not; yet, I too worked the COVID-19 Screening Desk, and came in contact with employees who tested positive, for COVID-19 when they reported to the HR Receptionist Desk, for clearances to return to work, and they were referred to the Employee Health Office. Mr. Gonzales did not respond to the COVID-19 Award statement that I shared with him on the 24th of March 2021. Nevertheless, he did say that, "I was not aware of all the information that you just shared with me," which occurred in the HR Department. Additionally, I had to contact the Deputy Chief of Police George Chester via E-mail on April 5th, 2021 at 11:48am to inquiry about my last pay check. Deputy Chester's replied, "I am reaching out to see if there is a POC that you can reach out to or an estimated time when you should be receiving it. I apologize for the delay this is not my area but will try to get the information for you. If you have any questions please feel free to reach out to me."**

63. Did you talk to anyone about not receiving your award? If so, who and what was said or done? **Yes, I spoke with Eric Gonzales about my Covid-19 Award, and nothing was said to me, or done.**

64. Were you told that you were supposed to receive the award? If so, who told you and when? **I spoke with Eric Osterbeck about not receiving a COVID-19 Award in September 2020, and he told me "You did not work the Screening COVID-19 Desk, and you were not exposed to COVID." I stated to him, "I was exposed to COVID-19 when the employees were report(ing) to the HR Department, for clearances to return to work, and they were supposed to report to Employee Health." I also, informed him that I did work the COVID-19 Screening Desk on July 3rd, 2020, for 8-hours, and he gave me his approval to work, and Eric Gonzales approved my overtime pay." Then Eric Osterbeck told me, "Since you were not in the first batch payment before July; you will be in the second batch of COVID-19 Payment." Yet, when I followed up with Eric Osterebck again on January 13th 2021, his tone changed in an E-mail communication. When he wrote, "You did not receive a covid-award because there was nothing you did that met the criterion for receiving an award," which was not true.**

65. Were you told why you did not receive the award? If so, who told you and when?

**Around September 2020, Eric Osterbeck told me, "You did not work the Screening COVID-19 Desk, and you were not exposed to COVID." I stated to him that "I was exposed to COVID-19 when employees were report(ing) to the HR Department, for clearances to return to work, and they were supposed to report to Employee Health." Also, "I worked the COVID-19 Screening Desk on July 3rd, 2020 near the Emergency Room on the first floor, and I covered the HR front desk when employees who tested positive with COVID-19 entered the HR Department to find out how they could clear to report back to work after they Self-quarantined." Then he said, "Okay you will be in the second batch of COVID-19 Award Payments." Yet when I revisited the topic again by E-mail on January 13th, 2021, he responded, "You did not receive a covid-award because there was nothing that you did that met the criterion, for receiving an award." Angela Denise Thompson and Erica Bethany both worked the COVID-19 Desk, and sometime the front desk, but they both received awards. Eric Osterbeck did not work the COVID-19 Screening Desk, nor did he work the HR Front Desk, but he received a 5000.00 dollar COVID-19 Award. He went on to write, "The award was not given to every employee; but rather to those who were either in patient care, or whose duties reflected support of COVID-above and beyond their normal work." When I worked the 8-hour overtime on July 3rd, 2020, I worked beyond my duties to take patients' temperatures, hand out masks, and ask pertinent questions such as: "Do you have flu like symptoms, have you been expose to anyone who has COVID-19, and have you been out of the country within the last 7 days?"**

66. Did you report this to anyone if so who and what was done? **I told Cindy Bukowsky, and she took notes, I told Jason McElroy and he included the information in my EEO Complaint, I told Joe Franklin; he said report Eric to the EEO, and I told Eric Gonzales on March 24th, 2021; he did nothing.**

67. Regarding all the issues above how were you harassed and subjected to a hostile work environment? Please explain. **Yes.**

68. Were there any inappropriate comments or slurs made about your age, sex, race or disability? **Eric Osterbeck asked me one time "Are you crazy," he said, "I had no common sense, I could not comprehend, and I could not complete simple tasks." Eric Osterbeck was aware that I had a psychological disability when I was hired on a non-competitive status, which required me to submit my Schedule "A" Letter, and my Disability Ratings Letter; he also went into my eOPF documents when he questioned, and harassed me about attending a Medical VA Appointment, which was scheduled on December 17th, 2020. Eric Osterbeck went into my eOPF file on December 18th, 2020, and told me he only saw my Schedule "A" Letter in my eOPF, and he did not see my Disability Letter. In order for me to receive a Schedule "A" Letter, I must have a Service-Connected Disability Letter with a rating of 30% or higher, which classifies me as a Disabled Veteran. As the HR Lead over the Strategic Business Partner Team, I do not understand how he missed that detail requirement. Also, I was accused of trying to**

create a hostile working environment if I informed Eric Osterbeck about how unprofessional Erica Bethany, and Angela Denise Thompson were. My every move in the office was reported to Eric Osterbeck by Angela Denise Thompson. If I presented the benefits' component at the New Employee Orientation (NEO) Workshop, and I passed out a form (i.e. TSP-1 Form) Eric Osterbeck would address me about what I did because Erica kept him informed. Erica Bethany, and I represented at the NEO Workshops together. If Erica Bethany was rude, and disgruntled towards the NEO participants, I was blamed for it as opposed to Erica Bethany being held accountable, for her behavior. Eric Osterbeck wrote a statement that was placed in my Evidence' File that he received complaints about me from other employees, but he never presented me with any written complaint statements, nor did he write a Counseling Statement on me as it pertained to a complaint. Unfortunately, again according to Michael Jenkins, Eric Osterbeck and Angela Denise Thompson did try to get Roberta Green Jenkins to write a statement against me. In the event that you may need to contact Ms. Jenkins, she may be reached at Roberta.jenkins@va.gov, and Michael Jenkins can be contacted at Michael.jenkins4@va.gov. Ms. Jenkins' work number is 313-576-1000 ext. 68233. Erica Bethany accused me of having "very poor communication skills" in an Instant Message that included Eric Osterbeck, Shavon Render, and myself, which was not true. Eric Osterbeck accused me of acting out, creating conflict, lacking compassion, people skills, and common sense. Charles Sharkey supported any statement, or allegation that Eric Osterbeck, Angela Denise Thompson, or Erica Bethany made against me. Eric Osterbeck even reported me to Earl Lee as not following any instructions that he may have given me. If what Eric Osterbeck said was true, he would have documented his claims, and removed me from the Human Resources Department the first month of my initial employment. Eric Osterbeck used the word "simple" in his E-mails to me, and verbally when he addressed me, and he was aware that I did have a psychological disability. He has mentioned to me that "I cannot follow simple directions, and he has never supervised a person like me in all the 1000s of employees he has worked with, and that I do not think like the rest of the people in the office."

69. How were you harmed and affected? **Yes, I was harmed mentally, nor did I have any psychological safety in the HR Department around Eric Osterbeck, Angela Denise Thompson, Erica Bethany, and Charles Sharkey because I was consistently watched by them, sabotaged, lied on, and ridiculed. I suffered from sharp chest pains, anxiety, irregular sleep patterns, weight loss, insomnia, shortness of breath, night mares, and paranoia. I told Joe Franklin some days I did not feel comfortable going to work because I did not know if Erica Bethany would try to harm me physically. Angela Denise Thompson kept controversy going on in the office as she spoke negatively about me to Darlene Singleton, Shavon Render, Gail Frederick, Glenn Belcher, Erica Bethany, Yolanda May, Charles Sharkey, Sandra Barber, Sylvia Sharp (who worked in the Payroll**

Department) and Eric Osterbeck. There was a time, I wrote a quote on the White Board, which read:

"You cannot have success without failure." –Sean Combs

I wrote the quote as a form of upliftment. Around 12 noon, someone wrote "Puffy" under the quote, so I erased it. Then Yolanda May, an Assistant ER/LR personnel came to me, and said, "Tara, did your erase the word Puffy off the board?" I said, "Yes, because that was not the context in which the quote was written. I did not write his stage name on the board; I wrote Sean Combs because he addressed a graduating class during commencement." Yolanda May said, "Oh, because Eric had wrote Puffy on the board."

Then by 6:20pm, when I was wrapped up to leave the office, Angela Denise Thompson wrote:

A.K.A.
P- Diddy
A.K.A.
Puffy
A.K.A.
P-Daddy

I recognized Angela's handwriting on the board, and I took a phone picture of the defacement that she wrote on the board. The next day when Eric Osterbeck arrived to work; Joe Franklin stated, "I saw Eric erasing the board with the Puffy writing; it smeared when he tried to erase it, so he went next door, and wet a paper towel to erase it."

70. Were you able to perform your duties while in the harassment and hostile environment you identified? **No, not like I should have been able to do so in a conducive work environment. I had to walk away from my desk to clear my mind, I called my Mental Counselors, for counseling session to help me cop, I read the 23rd, Plasms, and other Biblical Scriptures to maintain my sanity and peace as I took medications, and went to the restroom for peace. I was at peace when Eric Osterbeck was not at work because he called me into his office just about every week, or two weeks about a complaint Angela Denise Thompson made against me, or Erica Bethany. Joe Franklin talked with me a lot about, "Tara just hang in there, Angela is trying to break you, but you are a Soldier; you got this." He told me, "Tell Erica not to talk to you like that!" Erica Bethany's personality and persona is very unprofessional, but if I made a comment to her when she was belligerent she would report me to Eric Osterbeck, so I could not say too much of anything to Erica Bethany because she would have reported me to Eric, and he would have written a Report of Contact against me. So, I suffered in silence. Later Joe Franklin suggested, "Tara find out if you can**

**be placed on Military Orders, so you can go on tour, and just return when you are no longer on probation that way you can keep your job."**

**I performed my job to the best of my potential, but I was nervous, paranoid, walked on egg shells, remained very quiet unless someone asked me a work-related question on the Strategic Business Partner Team. I remember thinking what will Angela, or Erica accuse me of doing today, which will cause Eric Osterbeck to call me into his office? I had no peace of mind on the BSU Team because I was constantly watch, ridiculed, demeaned, and belittled. According to Eric Osterbeck, I could not comprehend. I enrolled at Eastern Michigan University in the 2020 Winter Term to work on a Graduate Certificate/Master's Degree in Human Resources. My grade declined from an "A" average to a "B" by December 2020 due to the harassment, and stress I encountered in the HR Department from Eric Osterbeck, Angela Denise Thompson, Erica Bethany, and Charles Sharkey. I was vested in my career as an HR Generalist, and I wanted to blend my military HR experience with my VA HR experience, and my academic HR knowledge.**

71. Are you aware of anyone else who was treated as you were, if so, who and was it involving their age, sex, race or disability? **Yes, Reginald Guynes an employee in the PIV Office has been subjected to ill treatment by Eric Osterbeck, which caused Charles Sharkey to write Reginald Guynes up, and place a negative report his file. Joe Franklin, Reginald Guynes, Steven Busby, Janice Simon and DeMarco Wharton have all spoken about how both Eric Osterbeck, and Charles Sharkey depict racial treatment against Blacks, and favored White employees. Sometime, employees are afraid to come forward when they are treated poorly, discriminated against, and demeaned because of reprisal, and fear of losing their positions.**

**Reginald Guynes, Joe Franklin, Janice Simon, Steven Busby, and DeMarco Wharton are all African-Americans, and they are Disabled Service-Connected Veterans. Janice is the only female in the group. Guynes, Franklin, Busby, and Wharton are in their 50s, and Janice Simon is in her 60s.**

72. Are you aware of anyone else who was treated better than you under the same of similar circumstances, if so, who and what is this person age, sex, race or disability? **Yes, Janice Uselton, and Sandra Barber are European-American females, and they were both treated with respect, kindness, and valued employees by Eric Osterbeck. Angela Denise Thompson and Erica Bethany are both African-American females who are younger than myself, and they were allowed to take extended lunches and breaks, receive COVID-19 Award Payments, leave work at 4:13pm, or 4:17pm; while I worked until 4:30pm, or beyond. Erica reported to work late 98.9% of the time, and Eric Osterbeck allowed her to do so without recourse. Angela Denise Thompson wore Levi Jean material pants to work Monday through Friday some weeks, and Erica Bethany wore Ugg Boots with Leggings to work**

**Monday-Friday on most days to work, but Eric Osterbeck did not reprimand them one time about their attire. Yet, when I wore a pair of Khaki Camouflaged Pants to work; Eric Osterbeck said to me "Are you wearing your BBUs?" I stated, "No, these are Khaki Pants." Then he told me, "Go home and change your pants, and come back to work; you are to wear business casuals Monday-Thursday." Lucky for me; I only lived 3 minutes from the VAMC, so I returned by to work within 20 minutes, which I used as my lunch break time. Charles Sharky and Janice Uselton were recognized in mass E-mails by Eric Osterbeck, for complimentary work performances, but he sent me a private E-mail if I received a compliment from someone within the John D. Dingell Detroit VAMC.**

73. Did you report this to anyone, if so, who did you report it to and what did that person say to you? **I shared it with Cindy Bukowsky, Jason McElroy, Joe Franklin and Zenia Berry. They all said document, and report it to EEO.**

74. If you did not report it, why not? **I reported the incidents.**

75. Is there anything else you would like to add that is relevant to the claim in this complaint, if so, please do so here? **Yes, Eric Osterbeck, and many leaders in managerial positions must be held 100% accountable, for their bias, unwarranted, and Systemic Racist practices at the Veteran Affairs Medical Center in Detroit, Michigan as opposed to moving them from one department to another within the VISN when they are reported. Its like using a sling to repair a broken arm when surgery is necessary. I realize that I cannot change the policies that govern the VA, but I can stand up, for the truth. The VA employees will never receive fair opportunities to be treated as equals if the formulas of oppression, disparity, hatred, and division exist. As a Disable Service-Connected Veteran and Reservist, I have seen first-hand how many military personnel from all branches of the Armed Forces carry prejudices, discriminatory practices, and racism from the military sectors over into the VA, and the vicious cycle continues. A cure is needed to eliminate, and dispel the racism that exist at all the VA facilities because not only will the oppressed suffer, but the oppressors as well.**

**The above information has been furnished without a pledge of confidence and I understand that it may be shown to the interested parties of this complaint.**

**This statement is made under penalty of perjury, this 12th day of May, 2021.**

Tara Miller

**Tara Miller, Complainant**

Greetings, Ms. Bean:

I was bullied almost on a daily basis by Eric Osterbeck, Eric Bethany, and Angela Denise Thompson. Glenn Belcher made the comment, "Tara if you want to keep Eric off your head, report him to the EEO, or General Counsel." Joe Franklin and Reginald Guynes suggested that I report Eric Osterbeck to Dr. Pamela Reeves, Eric Gonzales, and Congress Woman Debbie Dingell." Joe Franklin told me, "Tell Erica not to talk you like she do." Joe Franklin also told me, "Do not allow Angela to walk over you either." I believed I did not have many rights as a new hire, nor protection because I was never informed what my rights were as New Employment. I never attended New Employment Orientation where a Privacy Officer, Union Representative, or Human Resources Sponsor advised me of my rights. No one in the Human Resources Department at the John D. Dingell VA Medical Center, nor at the VISN level, nor at any other VA facility ever orientated me not one time as a new hire, or outside the VA.

I was excluded from meetings that took place between Eric Osterbeck, Angela Denise Thompson, and Erica Bethany. In January 2021, Erica Bethany shared with Stephen Griffin that I would be fired. On January 29th, 2021, when Reginald Guynes entered the HR Department as I answered the phone lines at the front desk, he stated to me, "Tara, I am just checking to see if you are still here." I inquired, "Why are you asking if I am still here?" He said, Erica told Stephen, "You are going to be fired." Another form of belittlement, and harassment occurred when Eric Osterbeck asked me "Was I taking government documents to my home." When I wrote him in an E-mail Communication on 2/23/21, he denied that me ever asked me if I took government documents to my home, be he did. Eric Osterbeck yelled/bullied me in person, and in his E-mail communications to me when he wrote in all capital letters, and threatened me that "I was skating on thin ice," for saying "Thank you to Eric Gonzales in an E-mail communication on 1/20/21. Here again, I was called into his office, yelled at, told "Help me to understand your way of thinking; you don't think like everyone else in the office." "If this is not the place for you, I can get you to where you want to be; just let me know." I felt bullied, pressured, and belittled.

Eric Osterbeck sent E-mail Communications to Earl Lee an ER/LR personnel in Cleveland, Ohio about my not performing up to par regarding Brandon Hunt's (a client's) incorrect E-mail Address. I was never trained on how to correct a client's E-mail address in any HR Systems. I sent an E-mail to William Cornell, and copied Richard Payne because Charles Sharkey the PIV Chief referred me to the two personnel when I approached him with the incorrect E-mail matter. At the time, Angela Denise Thompson was not present, and Charles Sharkey walked through the HR front door as I sat at the Receptionist Desk working, and answering the phone lines.

Erica Bethany's demeanor was unpleasant as she often used profane language daily, and racial comments such as the words Colored when describing a person of color's attitude, and she used the "N word" once on January 6th, 2021. I did not feel comfortable working around Erica Bethany, Angela Denise Thompson, nor Eric Osterbeck. I have witnessed Angela Denise Thompson use profaned language against Saadia Grave Tatum; Angela spoke loud enough, for Eric Osterbeck to hear Angela, but he did nothing to correct the situation. Angela Denise Thompson did apologize to me later on, for cursing at Saadia Grave- Tatum. Often the environment was toxic, and hostile; I mainly remained silent, and kept to myself in order to avoid any form of confrontation, and I knew without any doubt that if I argued, was belligerent, or defiant that Eric Osterbeck would not hesitate once to write me up, and terminate me. I had to remain quiet, and report Eric Osterbeck's, Angela Denise Thompson's, and Erica Bethany's behavior to Ms. Zenia Berry, Cindy Bukowsky, Gerald Rushing, Fred Harris, and others. Eric Osterbeck seems to have a pattern against select women of color because he treated Janice Simon with similar disdain like he did me.

Also, Eric Osterbeck did tell me "Around here they call me the Candy Man." This comment was directed to me by Eric Osterbeck during the second week in April 2020, after he offered me candy, and Rice Crispy Treats upon the completion of a HR Generalist Briefing. The Candy Man comment was uncalled for, deplorable, wired, unsettling, affiliated with sexual connotations, disrespectful, and a form of harassment. I never approached any employee in the HR Office in a sexual manner; I felt uncomfortable, but who was I going to tell as a new hire?

When the VA Police apprehended, and Mirandized me, I was returned to Eric Osterbeck's office. Duty Chief, George Chester was present when I asked Eric Osterbeck why was I apprehended by the police, and mirandized? Mr. Osterbeck stated, for the possibility of Identify Theft, and the misappropriation of PII. Please see the point of contact that Eric Osterbeck wrote against me that does not specify that he called the police on me because of Gary Hollenquest. I never modified anyone's records. I viewed Mr. Hollenquest records when Karmen G. from Payroll approached me, and asked me to "look up Gary Hollenquest's address in the HR System, so I could send his widow his W-2 Forms, for Tax purposes." Eric Osterbeck harassed Gray Hollenquest about his work hours even though the man had terminal Cancer, and Angela Denise Thompson stated to "Sylvia Sharp, and Karmen G. that I "Never liked Gary anyway." Although she took flowers to his grieving widow's home. Also, Joe Franklin may be able to share more insight about how Gary Hollenquest was harassed about his FLMA time by Eric Osterbeck. I was falsely accused of viewing various personnel documents on day that I did not view; ironically Angela Denise Thompson viewed my records on the same day that I spoke to Eric Osterbeck about my Disability VA Appointment, which was around December 18th, 2020, but he never terminated her, accused her of Identity Theft, nor called the police on her.

Jim Sperr was accurate when he wrote in his Witness Letter that "Tara was not held to the same standards as others on the SBU Team." Further on 1/26/21, the two mediators who conducted the meeting among Eric Osterbeck, Angela Denise Thompson and myself stated when I inquired about my Support Representative being present that "The only people who will be a part of this meeting are the three sitting at this table." I tried to get the Mediators (Carolyn Hannah-Ray and Wendy Myers-Cromwell) to call Shadae` Roberson, but no one called her; yet, Eric Osterbeck was present at the meeting to lend his support to Angela Thompson. Ms. Zenia Berry was not present during the January 26th, 2021 Meeting; the younger of the two mediators made the comment to me about my Support Representative. Initially in an E-mail Communication, Ms. Berry told me that "Joe Franklin would be a conflict of interest," so that was why he could not attend the January 26th, 2021 Mediation Session. Around January 6th, 2021, I was called into Eric Osterbeck's Office once again because Angela Denise Thompson intervened with the SF 2908 documents that I tried to assist Michael A. Jenkins with; nevertheless, during the meeting Mr. Osterbeck asked me what he could do to help me; I stated allow "Angela and I to attend a mediation session to enhance the communication" between she, and I. On another note, Michael A. Jenkins visited the HR Department around the end of January, and shared with me that, "Tara your boss, Eric Osterbeck and Angela tried to jam you up." I asked him "what he meant." He said, "They tried to get my wife "Roberta Jenkins, and I to write a Point of Contact Statement against you."

Moreover, I deserved a COVID -19 Award payment just like my former colleagues Erica Bethany, and Angela Denise Thompson. I worked the COVID-19 Screening Desk, and the Front Receptionist Desk just like the aforementioned personnel, and they should not be granted preferential treatment with pay when we all performed that same duties as it pertained to HR Front Desk coverage and the COVID-19 Screening Desk. Also, at times, Eric Osterbeck would use me as his personal assistant; he had me to call Walter the Xerox Repair Man to report to the office to fix his Printer in his office, or to replace a printing cartridge; he had me to dust, and wipe down the desk areas, for Darlene Singleton, Sandra Barber, and Shavon Render before they arrived to the HR Department as New Hires.

Also, Shavon Render, and Erica Bethany were in training along with me, but they both wrote Point of Contact Statements against me. Finally, Eric Osterbeck was aware that I was a Disabled Veteran. I had to have a 70 percent Service Connection in order to receive a Schedule "A" Letter, according to my Social Worker. Eric Osterbeck is a Veteran, and in a Manager role as a Human Resources leader, so I am very confused as to why he would not know I was a Disabled Veteran if I were oriented like he said, I was. Janice Uselton my HR Recruiter never scheduled me to attend any form of orientation, nor did Eric Osterbeck. I started working NEO Packets, answering the phones, and assisting all employees that were housed in the HR Department whether those personnel were Staffers, PIV, ER/LR, or Eric Osterbeck. I also, did not receive through training from the assigned employees at the John D. Dingell VA Medical Center whom Eric Osterbeck suggested I receive training from during my tenure. If I did, he would not have recommended Ann Covel, Carmala Freemen, Jacqueline Pace who are all located in other cities, and Glenn Belcher would not have referred me Keyona Charlton a former HR VA employee. Angela

Denise Thompson gave me resistance when I needed her help, and she made it very difficult, for me to receive clear guidance. Eric Osterbeck did not know many of the Health Benefit functionalities, and he even admitted "Tara, you probably know more about benefits than I do." I remained late at work some days until 9:00am, arrived early at 6:30am, took notes, enrolled at Easter Michigan University to take graduate courses in Human Resources to master the HR theories, but nothing I did seemed to be good enough to please Mr. Osterbeck.

In closing, I never received any form of requisite paperwork to complete, for Disabled Veteran Leave. I was told by Eric Osterbeck to go into VATAS, and record my time, for Disable Veteran Leave. If I was orientated like he stated, I am positive I would have known what rights I was privy to as a New Hire regarding Disability Veteran Requisites, Privacy Act Rights, Probationary Periods, joining the VA Union. I have attached additional documents of support to this Email, and audio. Please listen carefully to the audio until the end; there may be some noise.

Thank you.

Tara Miller

**Department of Veterans Affairs**

# REPORT OF CONTACT

*NOTE: As appropriate, once this form is completed it becomes a permanent record in the veteran's folder. Please do not use a pencil to complete this form.*

| | |
|---|---|
| VA OFFICE<br>Department of Veterans Affairs<br>John D. Dingell Medical Center<br>Detroit, MI 48201 | IDENTIFICATION NOS. (C, XC, SS, XSS, V, K, etc.) |
| LAST NAME-FIRST NAME-MIDDLE NAME OF VETERAN *(Type or print)*<br>**MILLER, TARA D.** | DATE OF CONTACT<br>08/11/2020 |
| ADDRESS OF VETERAN<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48201 | TELEPHONE NO. OF VETERAN *(Include Area Code)*<br>(313) 576-1268 |
| PERSON CONTACTED<br>ERICA BETHANY | TYPE OF CONTACT *(Check one)*<br>☒ PERSONAL ☐ TELEPHONE |
| ADDRESS OF PERSON CONTACTED<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48201 | TELEPHONE NO. OF PERSON CONTACTED *(Include Area Code)*<br>(313) 576-3692 |
| PERSON WHO CONTACTED YOU | TYPE OF CONTACT *(Check one)*<br>☐ PERSONAL ☐ TELEPHONE |
| ADDRESS OF PERSON WHO CONTACTED YOU<br>JOHN D. DINGELL<br>4646 JOHN R. STREET<br>DETROIT, MICHIGAN 48 | TELEPHONE NO. OF PERSON WHO CONTACTED YOU *(Include Area Code)* |

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN *(Continue on page 2 if needed)*

On August 11th, 2020, there were four clients that visited the HR Department at various times. A couple of the clients had Benefits Appointments, and two of the clients were walk-ins. When I walked to Erica Bethany's desk area to ask if she could assist Ms. Green's with her concerns, she said,"Why can't she schedule an appointment with you at a later date?" Before, I could respond, Erica raised her voice at me, and said "It's alright Tara!" I then walked away from Erica, not saying a word. Also, again on August 11th, 2020, around 1:15pm, a client named Lauren called to find out how she could increase her Life Insurance Policy Coverage, and I directed her call to Erica because I had several clients that where in the office, and here again, Erica stated, "I was wondering why you refer Loren to me. She stated that she was working with you. I feel that since she started off working with you that she could continue with you. I don't like to go behind when I don't know what's going on. I have provided her contact information for you to contact her @313-433-221. Please contact her. I am currently busy with some very important actions that need to get done."

On August 7th, 2020, Ms. Browder one of Erica Bethany's (NEO 8/3/2020) Clients made an in office appointment with me to sign up, for benefits. I assisted the client with Health, and Life Insurance Benefits, faxed the documents to the provider, gave the client copies of her benefits' documents, and her faxed confirmation sheet. The client asked me, "When will my benefits go into affect?" I stated, "Lets contact the customer service provider, for an exact date, so you can have a peace of mind." Before I could pick up the phone, Erica Bethany yells out, "Tara, her benefits will go into affect on August 16th, 2020." I questioned myself, if Erica is very busy as she says she is, then why is she answering the client's question?"

I realize sometimes when I have projected the dates, for Health Benefits to go into effect, the date may not be as accurately, so I like to reassure the clients with a follow-up call to the providers. If Erica provided the verbal information, then she could have taken her initial client who she asked to report to the HR Department the same week that she conducted the NEO Workshop. I prepared Benefits Documents, for both the Psychology Interns, and Erica's clients the week of August 3rd, 2020. When I ask Erica, for assistance regarding a Client, I receive the same statements, "I am swamped with things, I need to get done and catch up." In addition to the aforementioned statement, she raises her voice, and she has a very rude, disrespectful disposition. At the present time, I do not want to engage in any form of communication with her.

| | |
|---|---|
| DIVISION OR SECTION<br>Human Resources Department | EXECUTED BY *(Signature and title)*<br>TARA D MILLER 3416784 |

VA FORM SEP 1997 (R) **119**

**Miller, Tara D.**

| | |
|---|---|
| **From:** | Miller, Tara D. |
| **Sent:** | Wednesday, August 12, 2020 12:54 PM |
| **To:** | Osterbeck, Eric J. |
| **Subject:** | Report of Contact and Supporting Documents |
| **Attachments:** | Tara Miller's Report of Contact - VA 119 (2).pdf; E mail Communication .bmp; image0001.bmp; Communication 3.bmp; Communication 4.bmp; Email 5.bmp |

Greetings, Mr. Osterbeck:

Please see the attached Report of Contact, and supporting E-mail Communications. Mr. Osterbeck it is not my intent to utilize company's time with composing documentations
concerning unfortunate, and non-favorable behavioral actions in the working environment. Yet , I am seeking your assistance, and resolve with ending the hostile working culture, disrespect,
and unprofessionalism that exist in the Human Resources Department regarding the "said" personnel.

Please advise further.

Thank you in advance.

Respectfully yours,

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)
PH:313-576-1288| Fax: 313 576-1150

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan
https://www.visn10.va.gov/

Please let me know how my service has been by clicking on HR Quick Card
https://survey.htm.va.gov/Perseus/se/2EA0F67955DDF53B

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN

Hostile Working Environment

On July 29th, 2020 at 11:34am, Erica Bethany approached me, and acted as though she wanted myself, and her to meet with Angela Thompson as it related to Cyber Awareness and DCPH courses. Angela also, sent me an IM on July 29th, 2020 about receiving a request, for training regarding (DCPH). Nevertheless, when I went with Erica to Angela's office to meet in which I was under the impression that we were going to cover information regarding PII, EOPF, DCPH, and etc., but shortly thereafter to my dismay; Angela said, "Let's go somewhere privately for this session," yet when we arrived to the office next to Ms. Diaz the conversation changed to a personal discussion.

The discussion was started by Angela when she stated, "I noticed you, and Erica need to talk because there is something that is not right between the both of you that I felt it in my spirit on yesterday (July 28th, 2020). As a team, I do not want someone saying something about you that is not right, and that information gets outside this office." Erica said, "yes, that is true," and I just looked on, and listened. Angela continued, "Both of you are working on NEO, and covering the front desk, and you both need to decide between the both of you who will do what job just between yourselves." Erica, again agreed verbally, and I said nothing."

Angela said, "You two can discuss these concerns while I am in the room, or just between yourselves." I did not feel comfortable discussing any concerns that I have with Erica because on several occasions she has accused me of having a nasty attitude on July 13th, 2020 when I needed assist with compiling the NEO Packets. Erica called in on July 10th, 2020, and I printed out the all the new applicants' NEO Documents, but I needed assistance with compiling all the information in the folders.

On July 13th,2020, when Erica walked to the Reception Front Desk where I was seated, I explained to her that I could not complete the packets alone, and I needed help, she said in a sarcastic, "I didn't say you could." Shortly thereafter, she said I had a nasty attitude." Also, to back track, for a moment, on July 16th, 2020, I went to Erica in person, and asked her do you want to split the NEO Folders, or alternate the NEO responsibilities? Erica said, "We can do whatever you want." So, I said, "Okay we will split the NEO Personnel, and build the folders." Before I could arrive to the front desk, Erica E-mailed me and stated:

**From:** Bethany, Erica <Erica.Bethany@va.gov>

**Sent:** Thursday, July 16, 2020 9:38 AM

**To:** Miller, Tara D. <Tara.Miller2@va.gov>

**Subject:** NEO Folders

Good Morning Tara,

I know I stated that I would help with the folders. However, I spoke prematurely. I am swamped with things I have to get done and catch up. Sorry for the inconvenience.

Thank you,

Erica M. Bethany

HR Generalist

Ph: 313-576-3692 | Fax: 313-576-1150

www.va.gov

Erica Bethany has exhibited unacceptable hostile behavior, and unprofessional communications towards me in the work environment. She is cruel to clients over the phone, and in person.

**D. Rick Martin**

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Thursday, May 08, 2025 2:24 PM
**To:** D. Rick Martin
**Subject:** Tara Miller's statement to Eric Osterbeck about Erica Bethany: Hostile Working Environment 2

Hi, Attorney Martin:

Please see complaint statement to Eric Osterbeck about Erica Bethany.

Tara

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "Tara Miller" <taramiller2005@yahoo.com>
**Sent:** Tue, Jan 18, 2022 at 4:58 PM
**Subject:** FW: Hostile Working Environment 2

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Miller, Tara D." <Tara.Miller2@va.gov>
**To:** "taramiller2005@yahoo.com" <taramiller2005@yahoo.com>
**Sent:** Tue, Sep 1, 2020 at 11:01 AM
**Subject:** FW: Hostile Working Environment 2

**From:** Miller, Tara D. <Tara.Miller2@va.gov>
**Sent:** Tuesday, September 1, 2020 1:01 PM
**To:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Cc:** Miller, Tara D. <Tara.Miller2@va.gov>
**Subject:** Hostile Working Environment 2

Greetings, Mr. Osterbeck:

I am disrespected by Erica Bethany on a regular basis with her lies, tones, and outbursts. I can not continue to work in a hostile environment with Ms. Bethany. I understand that you have spoken with both of us two weeks ago concerning our interactions with each other in the office setting.

Erica is provoking an altercation with me, and she is very hostile in her communications toward me. She is very accusatory of me, and her demeanor is less than professional.

Please advise.

Thank you.

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)

PH:313-576-1288| Fax: 313 576-1150

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan

https://www.visn10.va.gov/

Please let me know how my service has been by clicking on HR Quick Card

https://survey.htm.va.gov/Perseus/se/2EA0F67955DDF53B

Please read below:

Sent from Yahoo Mail on Android

On Wed, Feb 24, 2021 at 7:54 AM, Tara Miller
<taramiller2005@yahoo.com> wrote:

Please move forward with filing the complaint.

Tara Miller

403-447-0392

Sent from Yahoo Mail on Android

On Wed, Feb 24, 2021 at 6:47 AM, Tara Miller

<taramiller2005@yahoo.com> wrote:

Good morning, Ms. Bukowsky:

My supervisor is demonstrating disparaging, and harrassing behavior towards me again. There have been several unpleasant experiences that I have encountered with my supervisor, but he asked the police to take me to their department to read me my Miranda Rights, and to attempt to question me about Identity Theft, and misuse of PII information as it relates to my use of HR Systems at the VA.

I am waiting on one of the highers (E. Gonzales) to contact me before I file again with you. I also, need any lawyer's contact number that you can provide me with, for legal representation. I did not answer any questions that the officers were going to pose to me because they entered the office, and took me down, for question(ing) unbeknownst to me, and I needed a lawyer to advise me accordingly.

Please advise.

Thank you.

Tara Miller
404-447-0392

Sent from Yahoo Mail on Android

On Wed, Jan 27, 2021 at 12:43 PM, Tara Miller
<taramiller2005@yahoo.com> wrote:

Thank you. I hope I do not have to contact you as well.

Tara

Sent from Yahoo Mail on Android

Thank you

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Tuesday, February 2, 2021 10:13 AM
**To:** Browning, William R <William.Browning@va.gov>
**Subject:** [EXTERNAL] Re: Interview for Public Affairs Specialist, GS-1035-11 position at the Detroit VA Medical Center

Good day, Mr. Browning:

Yes, I will be in attendance, for the interview scheduled at 2pm on 2/5/2021, for the Public Affairs Specialist Appointment.

Warm regards,

Tara Miller

Sent from Yahoo Mail on Android

On Mon, Feb 1, 2021 at 3:59 PM, Browning, William R <William.Browning@va.gov> wrote:

> Hello Mr. Nestor:
>
> Your name was included in the certification list of applicants for the Public Affairs Specialist, GS-1035-11 position at the Detroit VA Medical Center. This message is to confirm your interview this Friday, February 5, 2021 at 2:00P
>
> Please confirm no later than COB 2/3/2021.
>
> Thank you.
>
> V/R
> Bill
>
> William R. Browning, CAVS
> Chief, Volunteer and Community Relations (00CO-VCRS)
> Detroit VA Healthcare System
> 4646 John R, A1015
> Detroit, Michigan 48201
> Phone: (313) 576-3332
> Fax: (313) 576-1863
> www.detroit.va.gov/giving
>
> ---
>
> # Microsoft Teams meeting
>
> **Join on your computer or mobile app**
> Click here to join the meeting
>
> **Or call in (audio only)**
> +1 872-701-0185,,775596787# United States, Chicago
> Phone Conference ID: 775 596 787#
> Find a local number | Reset PIN

# Browning ... Professional References attached-Interview for Public Affairs Specialist, GS-1035-11 position at the Detroit VA Medical Center

From: Tara Miller (taramiller2005@yahoo.com)

To: taramiller2005@yahoo.com

Date: Thursday, May 18, 2023 at 06:38 AM EDT

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "D. Rick Martin" <drickmartin@glottaassociates.com>

**Sent:** Wed, Jan 26, 2022 at 2:27 PM
**Subject:** Tara Miller's Professional References attached-Interview for Public Affairs Specialist, GS-1035-11 position at the Detroit VA Medical Center

Hi, Attorney Martin,

Please read the E-mail Communication written below:

Thank you.

Tara

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "William.Browning@va.gov" <William.Browning@va.gov>, "Browning, William R" <William.Browning@va.gov>
**Sent:** Tue, Feb 9, 2021 at 12:59 PM
**Subject:** RE: Tara Miller's Professional References attached-Interview for Public Affairs Specialist, GS-1035-11 position at the Detroit VA Medical Center
Greetings, Mr. Browning:

Please see my attached references, per your request.

Thank you.

Tara Miller

Sent from Yahoo Mail on Android

On Tue, Feb 9, 2021 at 12:07 PM, Browning, William R <William.Browning@va.gov> wrote:

> Please send me your professional (not personal) references who can attest to your work history. They are not listed in your CV.

# Submitted Application on 2/3/21 for Program Specialist-MVP Coord, CBSR-11004577-21-VW was received

From: Tara Miller (taramiller2005@yahoo.com)

To: taramiller2005@yahoo.com

Date: Thursday, May 18, 2023 at 08:00 AM EDT

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "usastaffingoffice@opm.gov" <usastaffingoffice@opm.gov>
**To:** "taramiller2005@yahoo.com" <taramiller2005@yahoo.com>
**Sent:** Wed, Feb 3, 2021 at 4:56 PM
**Subject:** Application for Program Specialist-MVP Coord, CBSR-11004577-21-VW was received
Dear Tara Miller,

Thank you for your interest in employment with the Department of the Veterans Affairs.

This is to inform you that your submitted application for Program Specialist-MVP Coord at the John D Dingell Department of Veterans Affairs Medical Center, in the Veterans Health Administration has been received.

We will assess your qualifications based upon your resume, the responses you provided in the questionnaire, as well as all other materials requested in the job opportunity announcement. Upon completion of this evaluation, you will be notified of the results with another e-mail message.

To ensure that you receive consideration for this position, read and follow the instructions in the job opportunity announcement.

If you would like to check the status of this or any other application, log into your USAJOBS account and click on Application Status.

PLEASE DO NOT RESPOND TO THIS EMAIL MESSAGE. IT IS AUTOMATICALLY GENERATED.

# Notice of Results for Program Specialist-MVP Coord, 11004577

From: Tara Miller (taramiller2005@yahoo.com)

To: taramiller2005@yahoo.com

Date: Thursday, May 18, 2023 at 07:58 AM EDT

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "usastaffingoffice@opm.gov" <usastaffingoffice@opm.gov>
**To:** "taramiller2005@yahoo.com" <taramiller2005@yahoo.com>
**Sent:** Fri, Feb 19, 2021 at 7:42 AM
**Subject:** Notice of Results for Program Specialist-MVP Coord, 11004577
Dear Tara Miller,

This refers to the application you recently submitted to this office for the position below:
Position Title: Program Specialist-MVP Coord
Pay Plan/Series/Grade: GS-0301-9
Hiring Office: John D Dingell Department of Veterans Affairs Medical Center
Location: Detroit, Michigan

Based on the application package you submitted and/or the answers provided on the occupational questionnaire you were found:

Eligible for the following position or positions:

- GS-0301-9; You are tentatively eligible for this series/grade combination based on your self-rating of your qualifications.

You will receive notification of your referral status if you were found eligible and your application is forwarded to the selecting official. If you were found ineligible this is your final notice regarding this vacancy announcement for this position, series/grade and location.

If you have questions regarding this notice please contact Verion Walker at Verion.Walker@va.gov or (313) 576-1000 X64064.

PLEASE DO NOT RESPOND TO THIS EMAIL MESSAGE. IT IS AUTOMATICALLY GENERATED.

Thank you for your interest in employment with the Department of Veterans Affairs.

2:00 pm – 2:20 pm

If you are no longer interested in the position, please let us know.

Thank you,

Erin Olgren, MS
Administrative Officer for Research & Development

John D. Dingell VA Medical Center

4646 John R 11R

Detroit, MI 48201

Office: 313-576-4474

# Fw: Interview for Program Analyst, GS-0343-9

From: Tara Miller (taramiller2005@yahoo.com)

To: taramiller2005@yahoo.com

Date: Thursday, May 18, 2023 at 05:17 PM EDT

Sent from Yahoo Mail on Android

------- Forwarded Message -------
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "Hill, Kenneth O." <Kenneth.Hill4@va.gov>

**Sent:** Tue, Feb 16, 2021 at 9:52 AM
**Subject:** Re: Interview for Program Analyst, GS-0343-9

Good morning, Mr. Hill:

I reported, for the Program Analyst Interview at 9:45am, but no answered the door to room B-5370. I also, knocked on the Business Practice door as well, but no one answered.

Please advise.

Thank you.

Tara Miller
404-447-0392

Sent from Yahoo Mail on Android

On Tue, Feb 16, 2021 at 9:41 AM, Tara Miller
<taramiller2005@yahoo.com> wrote:

> Good morning, Mr. Hill:
>
> Is the interview still confirmed, for 9:45am on 2/16/21?
>
> Best,
>
> Tara Miller
>
> Sent from Yahoo Mail on Android
>
> On Fri, Feb 12, 2021 at 9:30 AM, Hill, Kenneth O.
> <Kenneth.Hill4@va.gov> wrote:
>
> > Interviews for this position will be conducted on February 16, 2021 only.
> >
> > Your interview will take place in B-5370 (next to the Business Office on the 5th Floor, Red Building) at 09:45 and will last for 30 minutes.

# Janice Uselton: Notice of Results for Peer Specialist, 11403648

From: Tara Miller (taramiller2005@yahoo.com)

To: taramiller2005@yahoo.com

Date: Thursday, May 18, 2023 at 08:35 AM EDT

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "usastaffingoffice@opm.gov" <usastaffingoffice@opm.gov>
**To:** "taramiller2005@yahoo.com" <taramiller2005@yahoo.com>
**Sent:** Tue, Mar 22, 2022 at 7:25 AM
**Subject:** Notice of Results for Peer Specialist, 11403648
Dear Tara Miller,

This refers to the application you recently submitted to this office for the position below:
Position Title: Peer Specialist
Pay Plan/Series/Grade: GS-0102-7
Hiring Office: John D Dingell Department of Veterans Affairs Medical Center
Location:

You have requested consideration for the following geographic locations:

- Detroit, Michigan

You were found:

Ineligible for the following position or positions:

- GS-0102-7; You were not considered because selection consideration for this occupation is restricted by law to veterans who have spent a minimum of one year in personal recovery from a mental health condition, per Section 405 of Public Law 110-387, as codified in 38 USC 7402(b)(13). Your application indicated that you do not meet this requirement.

Applicants that were referred to the hiring manager for this position may be contacted for an interview. All referred applicants will be notified of the final outcome. This is not a job offer.

Your eligibility, education and any veterans' preference claims made as part of your application remain subject to verification. Your rating may change if you are unable to provide supporting documentation, if requested.

If you would like to check the status of this or any other application, log into your USAJOBS account and click on Application Status.

If you have any questions regarding this notice, contact Janice Uselton at Janice.Uselton@va.gov or 313 942 5488.

PLEASE DO NOT RESPOND TO THIS EMAIL MESSAGE. IT IS AUTOMATICALLY GENERATED.

Thank you for your interest in Federal employment with the Department of Veterans Affairs.

LAtashA Loyd, William Cornell, and Gail Frederick all sent me information about job opportunities because they knew Eric Osterbeck, and the environment that I worked in with Angela Thompson and Erica Bethany was Hositile.

**From:** Browning, William R <William.Browning@va.gov>
**Sent:** Thursday, August 20, 2020 1:01 PM
**To:** Cornell, William J. <William.Cornell@va.gov>
**Cc:** Cornell, William J. <William.Cornell@va.gov>; King, Blandine <Blandine.King@va.gov>
**Subject:** Re: Visual Info Specialist

Please call me at 313-244-7707

---

**From:** Cornell, William J. <William.Cornell@va.gov>
**Sent:** Thursday, August 20, 2020 12:55:44 PM
**To:** Browning, William R <William.Browning@va.gov>
**Cc:** Cornell, William J. <William.Cornell@va.gov>; King, Blandine <Blandine.King@va.gov>
**Subject:** Visual Info Specialist

Good afternoon Bill,

Are you stopping recruiting of the Visual Info Specialist Vice Benedict?

Regards,
William

William J Cornell, Jr.
HR Specialist (Information Systems)
Ph:313-576-3784 | Fax:313-576-3812
www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan
https://www.visn10.va.gov/

LEAF for CCU - https://leaf.va.gov/NATIONAL/CCU/VISN10/New/
LEAF for VISN 10 HRMS - https://leaf.va.gov/NATIONAL/CCU/VISN10/V10_Report_Request/?a=newform
VISN LEAF - https://leaf.va.gov/NATIONAL/CCU/VISN10/recruitment_requests/
VAMC Detroit LEAF for Position Management - https://leaf.va.gov/VISN10/553/Simplifying_HR/

K Public Affairs Specialist GS-0301-11-12 DETROIT AUG 2020.pdf
132.7kB

Volunteer Services 8.21.20.pdf
88.3kB

**From:** Cornell, William J.
**Sent:** Thursday, August 20, 2020 3:22 PM
**To:** King, Blandine <Blandine.King@va.gov>; Loyd, Latasha L. <Latasha.Loyd@va.gov>
**Cc:** Cornell, William J. (William.Cornell@va.gov) <William.Cornell@va.gov>
**Subject:** FW: Visual Info Specialist

Good afternoon,

The Visual Information Specialist Vice Benedict, GS-9 has been changed to Public Affairs Officer (Web and Video), GS-11 effective today.

I've updated HR Smart and the Vacancy Report for the change. The updated Org Chart is also attached.

Regards,

*William*

William J Cornell, Jr.

HR Specialist (Information Systems)

Ph:313-576-3784 | Fax:313-576-3812

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan

https://www.visn10.va.gov/

LEAF for CCU - https://leaf.va.gov/NATIONAL/CCU/VISN10/New/

LEAF for VISN 10 HRMS - https://leaf.va.gov/NATIONAL/CCU/VISN10/V10_Report_Request/?a=newform

VISN LEAF - https://leaf.va.gov/NATIONAL/CCU/VISN10/recruitment_requests/

VAMC Detroit LEAF for Position Management - https://leaf.va.gov/VISN10/553/Simplifying_HR/

**From:** Browning, William R <William.Browning@va.gov>
**Sent:** Thursday, August 20, 2020 2:39 PM

**To:** Cornell, William J. <William.Cornell@va.gov>
**Cc:** King, Blandine <Blandine.King@va.gov>
**Subject:** RE: Visual Info Specialist

Attached

Thank you

**From:** Cornell, William J. <William.Cornell@va.gov>
**Sent:** Thursday, August 20, 2020 2:36 PM
**To:** Browning, William R <William.Browning@va.gov>
**Cc:** King, Blandine <Blandine.King@va.gov>
**Subject:** RE: Visual Info Specialist

Thanks for the clarification Bill. Now.. just need that GS-11 PD when you get the chance.

Regards,

*William*

William J Cornell, Jr.

HR Specialist (Information Systems)

Ph:313-576-3784 | Fax:313-576-3812

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan

https://www.visn10.va.gov/

LEAF for CCU - https://leaf.va.gov/NATIONAL/CCU/VISN10/New/

LEAF for VISN 10 HRMS - https://leaf.va.gov/NATIONAL/CCU/VISN10/V10_Report_Request/?a=newform

VISN LEAF - https://leaf.va.gov/NATIONAL/CCU/VISN10/recruitment_requests/

VAMC Detroit LEAF for Position Management - https://leaf.va.gov/VISN10/553/Simplifying_HR/

# Gail Frederick's Instance Message-Human Resources Specialist

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Thursday, August 27, 2020, 08:25 AM MDT

Thursday, August 27, 2020

Thursday, August 27, 2020

girl who pissed in his cheerios this morning

I do not know.

are u okay

look on usa jobs.. they have immigration job

Yes, I am good. Thanks.

# FW: VISN 10 Human Resources has a new job opportunity!

From: Miller, Tara D. (tara.miller2@va.gov)

To: taramiller2005@yahoo.com

Date: Wednesday, June 10, 2020, 10:17 AM MDT

**From:** Loyd, Latasha L. <Latasha.Loyd@va.gov>
**Sent:** Wednesday, June 10, 2020 12:12 PM
**To:** Miller, Tara D. <Tara.Miller2@va.gov>
**Subject:** FW: VISN 10 Human Resources has a new job opportunity!

Tara, check this out:

**Position Title/Series/Grade:** Human Resources Specialist (Recruitment/Placement), GS-0201-7/9/11/12

**Announcement Number:** CBSR-10834092-20-JM

**Salary:** $43,251.00 to $109,522.00 per year/ will be based on the duty station of selectee

**Who May Apply:** Current and permanent VA employees only

**Number of Vacancies:** 19

**Subsection:** Strategic Business Unit (SBU)

**Duty Location(s):** VISN 10 Region

**Open:** 6/8/2020

**Close:** 6/17/2020

**USA JOBS Link:** https://www.usajobs.gov/GetJob/ViewDetails/570305900

LaTasha L. Loyd (001HR)

HR Specialist (Recruitment & Placement)

Work-Study Coordinator

(313)576-1000 X65906

(313)576-3812 (fax)

LaTasha.Loyd@va.gov

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan

https://www.visn10.va.gov/

**From:** Montgomery, Jonathan A. <Jonathan.Montgomery@va.gov>
**Sent:** Monday, June 8, 2020 9:39 AM
**To:** VISN 10 HR Management Team <VISN10HRManagementTeam@va.gov>
**Subject:** VISN 10 Human Resources has a new job opportunity!

**Position Title/Series/Grade:** Human Resources Specialist (Recruitment/Placement), GS-0201-7/9/11/12

**Announcement Number:** CBSR-10834092-20-JM

**Salary:** $43,251.00 to $109,522.00 per year/ will be based on the duty station of selectee

**Who May Apply:** Current and permanent VA employees only

**Number of Vacancies:** 19

**Subsection:** Strategic Business Unit (SBU)

**Duty Location(s):** VISN 10 Region

**Open:** 6/8/2020

**Close:** 6/17/2020

**USA JOBS Link:** https://www.usajobs.gov/GetJob/ViewDetails/570305900


## Jonathan Montgomery

Human Resources Specialist (Recruitment & Placement)

U.S. Department of Veterans Affairs (VA)

Veterans Health Administration (VHA)

Veterans Integrated Service Network (VISN)

VISN 10 (Serving Indiana, Michigan, and Ohio)

**Team 2 (Staffing Specialist)**

Station 487 (VISN 10 Network Office)

Station 583 (Indianapolis, IN)

Phone (Cell): 734-905-2529

Email: Jonathan.Montgomery@va.gov