EX. 12

**D. Rick Martin**

**Subject:** FW: Need an appointment tomorrow 12/17/2020

----- Forwarded Message -----
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "Shadae.Roberson@va.gov" <Shadae.Roberson@va.gov>
**Cc:**
**Sent:** Wed, Dec 16, 2020 at 2:13 PM
**Subject:** Need an appointment tomorrow 12/17/2020
Hi, Shadae':

I would like to make an appointment with you, for tomorrow. Having a crisis need counseling. Let me know what time you have available.

Thanks,

Tara

Sent from Yahoo Mail on Android

On Tue, Oct 6, 2020 at 4:47 PM, Tara Miller <taramiller2005@yahoo.com> wrote:

Hi, Shadae:

Thank you. I will call you very soon.

Tara
Sent from Yahoo Mail on Android

On Tue, Oct 6, 2020 at 1:04 PM, Roberson, Shadae M. <Shadae.Roberson@va.gov> wrote:

Good afternoon. This is Shadae Roberson from the Vet Center! Good to hear from you. I just received your message. I am teleworking which is why I haven't answered but I have tried to give you a call back yet your voicemail is full. A direct number to reach me is 313-687-4455. I hope to hear from you soon!

Shadae Roberson, LMSW

Dearborn Vet Center
19855 Outer Drive Ste. 105W
Dearborn, MI 48124
313-277-1428
FAX: 313-277-5471

"Keeping the Promise"

December 17, 2020

Re: Miller, Tara DOB 07/08/1969

To Whom it May Concern,

Ms. Tara Miller attended a appointment with me today December 17, 2020 at the Dearborn Vet Center.

Please let me or Ms. Miller know of any additional questions.

Sincerely,

Expired certificate

X

Shadae Roberson
Signed by: Shadae M. Roberson 1742547

Shadae Roberson, LMSW
Dearborn Vet Center Counselor

**Miller, Tara D.**

**From:** Osterbeck, Eric J.
**Sent:** Friday, December 18, 2020 8:46 AM
**To:** Miller, Tara D.
**Subject:** RE: Disabled Veteran Leave --Alert Message: "This Request result in a negative leave balance."

Tara-

An employee only gets 104 hours to use within the first year of employment

Additionally- it can only be used for service connected appointments. So you need to have a disability rating from the VA and can only use veteran leave for those appointments directly connected.

I am unaware that you have a disability rating and a bit perplexed as to how you only notified me the day before the appointment(s)

You will need to use your SL

**From:** Miller, Tara D. <Tara.Miller2@va.gov>
**Sent:** Friday, December 18, 2020 8:34 AM
**To:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Subject:** Disabled Veteran Leave --Alert Message: "This Request result in a negative leave balance."

Good morning, Mr. Osterbeck:

Please see the message written below that I received on (12/16/2020), and today (12/18/2020) when I tried to submit my Veteran Medical Appointment Leave in VATAS.
It is my understanding that I am allotted 104 hours, for Veteran Medical Appointments. Yet, according to the "Alert Message," I am in the negative phase. I believe to date,
I have only seen my medical providers 3 times this year.

Thank you,

Tara

Employee Main Menu>Leave Requests>

# Leave Request Form

- Denied
- Approved
- Pending

**ALERT: This request would result in a negative leave balance (-8:00 hours/minutes) in pay period 2020-25: 12/06/2020 - 12/19/2020.**

**Leave Type and Dates**
Employee:MILLER, TARA DLeave
Type:

Current Leave Balance:Disabled Veteran Leave 00:00

**Miller, Tara D.**

| | |
|---|---|
| **From:** | Miller, Tara D. |
| **Sent:** | Friday, December 18, 2020 9:33 AM |
| **To:** | Osterbeck, Eric J. |
| **Subject:** | Tara Miller's Medical Appointment Letter... |
| **Attachments:** | Letterhead - T. Miller Decem20.doc |

Mr. Osterbeck:

I uploaded my Disability Letter, and other supporting documents in USAJOBS.GOV when I was first On-boarded at the VA, for the Human Resources Assistant Appointment (Janice Uselton was my recruiter). I have a rating as well. Additionally, there are supporting documents that add validity that I am a Disabled Veteran , which are located in my eOPF Records.

Also, I sent you an E-mail on 12/16/2020, which stated that "my Medical Appointments were confirmed on 12/16/2020, for my 12/17/2020 appointment." Also, please see the attached letter of support that my provider gave me on 12/17/2020 in the event that I needed to provide a Medical Excuse to my employer.

Thank you.

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)
PH:313-576-1288| Fax: 313 576-1150

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan
https://www.visn10.va.gov/

Please let me know how my service has been by clicking on HR Quick Card
https://survey.htm.va.gov/Perseus/se/2EA0F67955DDF53B

**From:** Miller, Tara D.
**Sent:** Wednesday, December 16, 2020 2:32 PM
**To:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Subject:** Medical Appointments

Greetings, Ms. Osterbeck:

I have Veteran Medical Appointments that were just confirmed, for 12/17/2020. Therefore, I will not be able to report to work on tomorrow (12/17/2020).

Thank you, for your understanding.

**Miller, Tara D.**

| | |
|---|---|
| **From:** | Osterbeck, Eric J. |
| **Sent:** | Wednesday, January 13, 2021 11:10 AM |
| **To:** | Miller, Tara D. |
| **Subject:** | RE: Mediation Follow-up Conversation/Veteran's Leave/COVID19 Award |

Tara,

Let me try to address your concerns-

1- I will set the meeting with EEO; it has been requested. However, this in no way shape or form absolves you of your duties as an HRA. Also keep in mind that you are being paid at the Full Performance Level of the position. I am awaiting dates/times from Fred and Zenia to finalize the scheduled time.

2- Disabled Veteran Leave

## Disabled Veteran Leave - Disabled Veteran Leave Entitlement

Under the Wounded Warriors Federal Leave Act of 2015 (Public Law 114-75, November 5, 2015), an employee ***hired on or after November 5, 2016,*** who is a veteran with a service-connected disability rating of 30 percent or more from the Veterans Benefits Administration (VBA) of the Department of Veterans Affairs is entitled to up to 104 hours of disabled veteran leave for the purposes of undergoing medical treatment for such disability.

An eligible employee will receive the appropriate amount of disabled veteran leave as of the employee's "first day of employment," as defined below. Disabled veteran leave is a one-time benefit provided to an eligible employee. The employee will have a single, continuous 12-month eligibility period, beginning on the "first day of employment" in which to use the leave or it will be forfeited with no opportunity to carry over the leave into subsequent years. An employee may not receive a lump-sum payment for any unused or forfeited leave under any circumstance.

This is a benefit that you should know about since it is your job to in-process employees that may also have this benefit. There is no documentation in your eOPF showing your disabled veteran percent status.

If you have improperly used this since your hire in date- then I need to know exactly what dates/times/hours you have used as this was not authorized and still should have been submitted in VATAS. Until your letter is uploaded to your eOPF and provided to payroll you are not authorized to use this leave category. Additionally, your one year will expire on 3/31/21.

3- You did not receive a covid- award because there was nothing that you did that met the criterion for receiving an award. The award was not given to every employee; but rather given to those employees who were either in patient care, or whose duties reflected support of covid- above and beyond their normal work. You did not qualify for this award. Again, not every employee received an award.

I hope this answers your questions; also please ensure you provide me the dates, times and hours that you have used what you thought was veteran leave- do this by COB Friday

Eric

Hi, Ms Bean:

Did you receive the supporting documents regarding my Veteran Disability E-mail communications?

Thank you.

Tara Miller

Sent from Yahoo Mail on Android

On Fri, May 14, 2021 at 12:26 PM, Tara Miller <taramiller2005@yahoo.com> wrote:

Good afternoon, Ms. Bean:

Please see the attached E-mail communications regarding my testimony.

Thank you.

Tara Miller

On Friday, May 14, 2021, 08:52:01 AM EDT, Bean, Brandi L. (ORMDI) <brandi.bean2@va.gov> wrote:

Good Morning,

Please provide a copy of the email you references below in your testimony.

---

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Thursday, May 13, 2021 10:03 AM
**To:** Bean, Brandi L. (ORMDI) <Brandi.Bean2@va.gov>
**Subject:** RE: [EXTERNAL] Re: EEO Investigation Affidavit

Good Morning, Ms. Bean:

Please see my written responses, for the December 2020 Service Connected Veteran Disability Leave questions.

The your complaint was amended with the following issue inbold **"In December 2021, EO stated he did not know she was a service connected Veteran with regards to disability leave.**

**Questions:**

1. Did the claim occur as stated? If not, clarify?**On December 18th, 2020, I received an E-mail from Eric Osterbeck at 8:46am where he wrote:**

"An employee only get 104 hours to use within the first year of employment

Additionally- It can not be used for service connected appointments. So you need to have a disability rating from the VA and can only use

veteran leave for those appointments directly connected.

I am unaware that you have a disability rating and a bit perplexed as to how you only notified me a day before the appointments

You will need to use your SL"

2. Why did he make this statement? Eric Osterbeck viewed my files in eOPF on December 18th, 2020, and he said, "I only saw your your Schedule "A" Letter in your eOPF." Yet, in order to receive a Schedule "A" Letter the Service Member has to have a Intellectual Disability, Severe Physical Disability, or a Psychiatric Disability to be eligible to be hired through Schedule A. I was granted a Schedule "A" Letter because my disability was Service Connected Rated. My Disability Letter was in my eOPF Records prior, but it was ironic that my Disability Letter was not in my file on December 18th, 2020 when Eric Osterbeck viewed my records.

I responded back to Eric Osterbeck via E-mail at 9:33am on December 18th, 2020 that, "I uploaded my Disability Letter, and other supporting documents in USAJOBS.GOV when I was first On-boarded at the VA, for the Human Resources Assistant Appointment (Janice Uselton was my recruiter). I have a rating as well. Additionally, there are supporting documents that add validity that I am a Disabled Veteran, which are located in my eOPF Records."

"Also, I sent you an E-mail on 12/16/202, which stated that "my Medical Appointments were just confirmed on 12/17/2020." Therefore, I will not be able to report to work on 12/17/2020." "Also, please see the attached letter of support that my provider gave me on 12/17/2020 in the event that I needed to provide a Medical Excuse to my employer."

3. Why do you believe he made the statement? He was harassing me, and giving me a hard time. He did look in my eOPF Records on 12/18/2020, and he said, "I did not see a Disability Letter in your files." My Disability Letter and Schedule "A" Letters were both in my eOPF Records when I viewed my records a month, or so prior. I also, E-mailed him another copy of my Veteran's Disability Letter the same day.

4. Was anyone else present when this conversation allegedly happen? If so, who and what was their response? No, he called me at the Receptionist front desk number where I sat that day, for phone duty on 12/18/2020, and he E-mailed me. Yet, I noticed when I retrieved my Evidence Files in April 2021 that Angela Denise Thompson had also viewed my eOPF Records on December 18th, 2020 after Eric Osterbeck did. Angela Denise Thompson was not my supervisor, nor Team Lead, and she had no right to view my records, which was according to Eric Osterbeck "a serious data breach as there was no reason for her to access my eOPF" files. Nor did I have a verbal, or written conversation with Angela Denise Thompson about my Veteran's Disability Appoint-ment because again she was not my supervisor, nor my Team Lead, so how would she know to view my records on December 18th, 2020 if we never conversed about my medical appointment, and Disability Letter? The only person who was aware of my medical appointment was Eric Osterbeck, and my Disability Letter matter.

5. Did you report this issue? If so, to who and when? What was their response. Yes, I reported this issue to Shadae` Roberson my VA Counselor on December 18th, 2020, Cindy Bukowsky the Harassment Prevention Specialist in January 2021, and Jason McElroy the EEO Specialist in April 2021. Also, on 2/22/2021 and 2/23/21, and I contacted Eric Gonzales the VISN 10 Human Resources Officer at 216-313-2262 to tell him about all the grief, harassment, and hostility that I encountered, but he never returned my phone calls when I left him voice recordings. I spoke with Carmala Freeman a HR Personnel in Battle Creek, Michigan who had a good rapport with Eric Gonzales, and she sent him an E-mail message that a "VISN 10 HR employee, Tara Miller wants to speak with you," and she said, "He said, "send her my way." But, again, he never returned my calls.

Shadae` Roberson told me to report Eric Osterbeck, Cindy Bukowsky recorded my complaint as did Jason McLeroy. I also, contacted Zenia Berry again on December 22. 2020 about the matter, and we conversed on 12/23/2020 about the Disability Medical Appointment matter, and she advised me on what to do about redress.

Thank you.

Tara Miller

---

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Thursday, May 6, 2021 9:14 AM
**To:** Bean, Brandi L. (ORMDI) <Brandi.Bean2@va.gov>
**Subject:** [EXTERNAL] Re: EEO Investigation Affidavit

Good morning, Ms. Bean:

I have received the affidavit, and I am working on it; I will submit it within 7 calendar days, or before.

Thank you.

Tara Miller

Sent from Yahoo Mail on Android

On Thu, May 6, 2021 at 8:41 AM, Bean, Brandi L. (ORMDI)

<Brandi.Bean2@va.gov> wrote: