Ex. 13

**D. Rick Martin**

**Subject:** FW: ^_Donald^_ ^_Scott^_...Office of Resolution Management (ORM)/Office of Diversity & Inclusion

----- Forwarded Message -----
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "Tara Miller" <taramiller2005@yahoo.com>
**Cc:**
**Sent:** Tue, Jan 18, 2022 at 4:20 PM
**Subject:** ^_Donald^_ ^_Scott^_...Office of Resolution Management (ORM)/Office of Diversity & Inclusion

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "Miller, Tara D." <Tara.Miller2@va.gov>
**Cc:**
**Sent:** Tue, Mar 16, 2021 at 1:51 PM
**Subject:** Re: Office of Resolution Management (ORM)/Office of Diversity & Inclusion
Mr. McElroy:

Please see the E-mail traffic written below when I solicited help from Mr. Donald Scott on 12/28/21 due to the hostile HR work environment that I encountered.

Thank you.

Tara Miller

On Tuesday, December 29, 2020, 05:27:28 AM PST, Miller, Tara D. <tara.miller2@va.gov> wrote:

**From:** Scott, Donald W. (ORMDI) <Donald.Scott3@va.gov>
**Sent:** Monday, December 28, 2020 9:30 AM
**To:** Miller, Tara D. <Tara.Miller2@va.gov>
**Subject:** Office of Resolution Management (ORM)/Office of Diversity & Inclusion

FYR

Thank you.

Donald W. Scott

Equal Employment Opportunity Specialist

Southeast District

Office of Resolution Management (ORM)/Office of Diversity & Inclusion

Department of Veterans Affairs

140 Fountain Parkway, Suite 620

St. Petersburg, FL 33716

(888) 566-3982 Ext. 10281 (Office)

(727) 299 6755 FAX

***Thank you for contacting the Office of Resolution Management. Our goal is to provide you with exceptional customer service. Please take a moment to*** **complete a very brief survey** ***to let us know how my service was today.***