Ex 14

Sent from Yahoo Mail on Android

On Fri, Jan 22, 2021 at 5:31 PM, Tara Miller

<taramiller2005@yahoo.com> wrote:

Hello, Cindy:

Thank you.

Tara Miller

404-447-0392

Sent from Yahoo Mail on Android

On Fri, Jan 22, 2021 at 4:49 PM, Bukowsky, Cindy (ORMDI)

<Cindy.Bukowsky@va.gov> wrote:

Hey Tara – just letting you know that your harassment complaint has been entered and that the case # for that complaint is 3157. Please reference this number when contacting myself or a member of my team with questions or concerns about the process etc. You will be assigned to myself or one of my co-workers for the monitoring and tracking portion of this complaint process so whoever that is should reach out to you and let you know. We have no enforcement authority over the agency, but do try to ensure they do what is expected and that's to conduct the fact finding and inform you of the outcome within 30 days.

You should hear from the assigned fact finder within 10 days. At that time, you can provide the fact finder with any names of witnesses or documentation you have kept.

Hope they honor the note I entered about securing an outside fact finder. Have a nice weekend and talk to you more next week.

Cindy

## D. Rick Martin

**Subject:** FW: Cindy Bukowsky asked me how has my supervisor been harassing me?

----- Forwarded Message -----
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "veronicamiller@ameritech.net" <veronicamiller@ameritech.net>
**Cc:**
**Sent:** Sun, Aug 25, 2024 at 8:30 PM
**Subject:** Fw: Cindy Bukowsky asked me how has my supervisor been harassing me?

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Tara Miller" <taramiller2005@yahoo.com>
**To:** "Tara Miller" <taramiller2005@yahoo.com>
**Cc:**
**Sent:** Sat, Aug 24, 2024 at 6:14 PM
**Subject:** Cindy Bukowsky asked me how has my supervisor been harassing me?

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Bukowsky, Cindy (ORMDI)" <Cindy.Bukowsky@va.gov>
**To:** "Tara Miller" <taramiller2005@yahoo.com>
**Cc:**
**Sent:** Thu, Jan 21, 2021 at 5:15 PM
**Subject:** RE: [EXTERNAL] Fw: email etiquette

Hi Tara - The link for the VA Office of Accountability and Whistleblower Protection office is https://www.va.gov/accountability/. On that link, you will find their phone number as well.

How was your performance rating this past year? Just curious. How long has this supervisor been harassing you?

Thanks and we can talk more tomorrow.

**D. Rick Martin**

**Subject:** FW: Bukowsky advises Tara Miller on 1/22/21

----- Forwarded Message -----

**From:** "Bukowsky, Cindy (ORMDI)" <Cindy.Bukowsky@va.gov>
**To:** "Tara Miller" <taramiller2005@yahoo.com>
**Cc:**
**Sent:** Fri, Jan 22, 2021 at 12:13 PM
**Subject:** RE: [EXTERNAL] Follow-up... email etiquette

It would have to be someone from union or a friend, spouse etc. Who is the schedule and who is the mediator?

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Friday, January 22, 2021 11:06 AM
**To:** Bukowsky, Cindy (ORMDI) <Cindy.Bukowsky@va.gov>
**Subject:** RE: [EXTERNAL] Follow-up... email etiquette

Also, I was informed that my supervisor will be attending the mediation meeting in support of Angela Thompson when we meet on 2/26/21 at 1pm.

I was told I could have someone present, but I do not know anyone from a legal stance who could attend the meeting with me. Do you have a suggestion contact. I have to let the scheduler know immediately.

Tara

Sent from Yahoo Mail on Android

On Fri, Jan 22, 2021 at 11:52 AM, Tara Miller

<taramiller2005@yahoo.com> wrote:

I am afraid that I will be terminated by my supervisor as a form of retaliation. I just found out that my supervisor is accompanying the colleague that I am attending the mediation session with.

Please advise.

Tara Miller

404-447-0392

Sent from Yahoo Mail on Android

On Fri, Jan 22, 2021 at 11:49 AM, Tara Miller

<taramiller2005@yahoo.com> wrote:

Hi, Ms. Bukowsky:

Yes, but I need someone to help me with a Cease and Dease Order; I don't want to be fired.

Tara

Sent from Yahoo Mail on Android

On Fri, Jan 22, 2021 at 11:30 AM, Bukowsky, Cindy (ORMDI)

<Cindy.Bukowsky@va.gov> wrote:

Hi Tara – so do you want to try this process and see if it helps at all? Remember, this is a very informal, at the lowest level, management driven process. So what that means is that this complaint goes to your local EEO person who is also the local Harassment Prevention Coordinator for your facility. It is their responsibility to secure a neutral/impartial fact finder to look into your allegations. They have 30 days to complete the fact finding and must let you know the outcome.

Unfortunately, if you file EEO or you file the harassment complaint, management can still travel the path they were headed and neither of these complaint processes preclude them from doing so. If you choose to file an EEO complaint, you will need to call 888-566-3982 and select option 2.

You can file both the EEO and the harassment complaint. If you file the harassment complaint through my department, I will be sure to put a note in the complaint requesting an outside fact finder. They don't have to honor that request, but most of the time, they do.

Do you want me to go ahead and start the harassment complaint?

v/r,

Cindy

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Friday, January 22, 2021 5:24 AM
**To:** Bukowsky, Cindy (ORMDI) <Cindy.Bukowsky@va.gov>
**Subject:** [EXTERNAL] Follow-up... email etiquette

Good morning, Ms. Bukowsky:

Thank you, for the link. I have not received a performance rating in the past year. I have not been written up, or placed on a corrective plan.

I get called into my supervisor's offices it seems weekly, and he constantly tells me something that I have done wrong, or accuses me of an I'll act.

If I respond about an accusation that is not true, which was made about me by another colleague (i.e., Angela Denise Thompson, or Erica Marie Bethany) then my supervisor accuses me of throwing my co-workers under the bus.

Ma'am, I am tired, and I have been harrassed since June 2020, but I was afraid if I reported what I experienced, my supervisor could fire me because I am on probation.

I was told by my supervisor that "My thought process differs from everyone in the office." Also, he stated, " You don't follow simple directions, nor do you obey me when I give you instructions; you are in the Army, so what happens when you don't follow orders?"

I need help, so my supervisor will stop bullying, threatening, harassing, belittling, and berating me. I was even question me if I was taking government documents to my home.

Please advise me what to do. I saw the link you provided to me, which is a start.

Thank you.

Tara Miller

404-447-0392

Sent from Yahoo Mail on Android

On Thu, Jan 21, 2021 at 5:15 PM, Bukowsky, Cindy (ORMDI)

<Cindy.Bukowsky@va.gov> wrote:

Hi Tara - The link for the VA Office of Accountability and Whistleblower Protection office is https://www.va.gov/accountability/. On that link, you will find their phone number as well.

How was your performance rating this past year? Just curious. How long has this supervisor been harassing you?

Thanks and we can talk more tomorrow.

v/r,

Thank you. I hope I do not have to contact you as well.

Tara

Sent from Yahoo Mail on Android

On Wed, Jan 27, 2021 at 11:14 AM, Bukowsky, Cindy (ORMDI)

<Cindy.Bukowsky@va.gov> wrote:

Oh I'm really sorry to hear they continued down that path. Was hoping for your sake that he would show up as a neutral party. Yes, do continue to document, and hoping you can get out of there. Hopefully you won't have a need to contact me back. ☺

Cindy

**From:** Tara Miller <taramiller2005@yahoo.com>
**Sent:** Wednesday, January 27, 2021 9:50 AM
**To:** Bukowsky, Cindy (ORMDI) <Cindy.Bukowsky@va.gov>
**Subject:** RE: [EXTERNAL] Cancel Harassment Complaint

Hi, Cindy:

No, I was told, I could not have a representative with me, but when I arrived to the mediation. Yet, my supervisor showed up in support of my colleague.

I am just going to try to find another job; while I continue to document any harrassing behavior in the HR Department. I may need to contact you in the very near future, but I hope not.

Thank you.

Tara Miller

**D. Rick Martin**

**Subject:** FW: Cindy Bukowsky Email on February 24th, 2021 at 6:47 am

On Wed, Feb 24, 2021 at 6:47 AM, Tara Miller

<taramiller2005@yahoo.com> wrote:

Good morning, Ms. Bukowsky:

My supervisor is demonstrating disparaging, and harrassing behavior towards me again. There have been several unpleasant experiences that I have encountered with my supervisor, but he asked the police to take me to their department to read me my Miranda Rights, and to attempt to question me about Identity Theft, and misuse of PII information as it relates to my use of HR Systems at the VA.

I am waiting on one of the highers (E. Gonzales) to contact me before I file again with you. I also, need any lawyer's contact number that you can provide me with, for legal representation. I did not answer any questions that the officers were going to pose to me because they entered the office, and took me down, for question(ing) unbeknownst to me, and I needed a lawyer to advise me accordingly.

Please advise.

Thank you.

Tara Miller

404-447-0392

Sent from Yahoo Mail on Android

On Wed, Jan 27, 2021 at 12:43 PM, Tara Miller

<taramiller2005@yahoo.com> wrote:

**D. Rick Martin**

**Subject:** FW: follow-up...Pamela Reeves on January 25, 2021

----- Forwarded Message -----
**From:** "Miller, Tara D." <Tara.Miller2@va.gov>
**To:** "taramiller2005@yahoo.com" <taramiller2005@yahoo.com>
**Cc:**
**Sent:** Mon, Jan 25, 2021 at 1:43 PM
**Subject:** FW: Confidential Matter...follow-up

**From:** Reeves, Pamela J <Pamela.Reeves@va.gov>
**Sent:** Monday, January 25, 2021 12:36 PM
**To:** Miller, Tara D. <Tara.Miller2@va.gov>
**Subject:** Re: Confidential Matter...follow-up

I did receive it.

I think during the probationary period you should focus on learning the job and paying attention to how your supervisor wants you to perform the job. This would carry you through doing the job after probation. If they do not want you to take initiative to cover the front desk, don't do this. It is not your responsibility.

You should try not to have areas of conflict with your boss. This is something I have to practice myself. You can only change your actions, not theirs.

Get Outlook for iOS

---

**From:** Miller, Tara D. <Tara.Miller2@va.gov>
**Sent:** Monday, January 25, 2021 11:37:42 AM
**To:** Reeves, Pamela J <Pamela.Reeves@va.gov>
**Subject:** RE: Confidential Matter...follow-up

Good day, Dr. Reeves:

I hope you are well. I wanted to follow-up with you, today to find out if you were in receipt of the correct document of concerns that I E-mailed you this past weekend from my taramiller2005@yahoo.com account. I wanted to make certain that you received the statement.

Please offer me any advise that you can share as it pertains to my dilemma. I really do not mean to inundate your time, but I really need your assistance.

Thank you.

Very respectfully,

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)

PH:313-576-1288| Fax: 313 576-1150

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan

https://www.visn10.va.gov/

Please let me know how my service has been by clicking on HR Quick Card

https://survey.htm.va.gov/Perseus/se/2EA0F67955DDF53B

**From:** Miller, Tara D.
**Sent:** Friday, January 22, 2021 6:19 PM
**To:** Reeves, Pamela J <Pamela.Reeves@va.gov>
**Subject:** RE: Confidential Matter...

I am working late, but I am getting ready to leave the office. I do not have access to my VA E-mail at my resident, but if you decide to communicate with me, I can

be reached at taramiller2005@yahoo.com, or at 404-447-0392. I would not have contacted you if I was not in distress.

Thank you.

Very respectfully.

Tara Miller

**From:** Reeves, Pamela J <Pamela.Reeves@va.gov>
**Sent:** Friday, January 22, 2021 5:53 PM
**To:** Miller, Tara D. <Tara.Miller2@va.gov>
**Subject:** RE: Confidential Matter...

Tara – I don't think I am in your chain of command, am I?

**From:** Miller, Tara D. <Tara.Miller2@va.gov>
**Sent:** Friday, January 22, 2021 5:09 PM
**To:** Reeves, Pamela J <Pamela.Reeves@va.gov>
**Subject:** Confidential Matter...

Greetings, Dr. Reeves:

Hi, my name is Tara Miller, and I wanted to know if I could communicate with you via E-mail, or by phone in the very near future about a confidential matter? If you have an opportunity to speak with me, I may be reached at 404-447-0392.

Please advise.

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)

PH:313-576-1288| Fax: 313 576-1150

www.va.gov

VA HEALTH CARE | Defining EXCELLENCE in the 21st Century

VISN 10 Servicing Ohio, Indiana and Michigan