Ex. 15

January 23, 2021

Greetings, Dr. Reeves:

I would like to share my grave concerns with you as it relates to the cultural practices in the Human Resources Department under the leadership, and guidance of **Eric Jon Osterbeck**. Mr. Osterbeck's leadership has been filled with biases, discrimination, unfair treatment, dishonesty, harassment, hostility, threats, and bullying.

I initially volunteered my time in the Human Resources Department at the John D. Dingell Veteran Administration Medical Center on February 4th, 2020, after I returned to Detroit, Michigan from a military mobilization in December 2019. I sought experience in the Human Resources Department because my Military Occupational Specialty is Human Resources, so I figured I could learn and advance my knowledge skill sets. After volunteering, working hard, assisting employees, and the personnel in the HR Department, for 39 days not including the weekends, Mr. Osterbeck extended to me a full-time opportunity on March 31st, 2020 in which I accepted.

In April 2020, I was trained by a few employees as it pertained to New Employee Orientation processes, escort(ing) New Hires to the Drug Testing Lab, and Occupational Employee Health. I later begin training on how to process Standard Form 2809s in June 2020 from **Saadia Graves-Tatum,** and **Joe Franklin**. In July 2020, after I was trained on how to process SF 2809s on what I believed was correct train(ing); I later discovered to my dismay; I was not trained adequately based on **Angela Denise Thompson's** feedback. Mrs. Thompson is a GS 12, newly appointed Strategic Business Unit, Recruiting Specialist, and former Payroll (GS 9, Lead).

As a result of my inadequate train(ing) about how to apply effective dates, for Federal Employee Health Benefits (FEHBs SF 2809s), I was called to Mr. Osterbeck's office in July 2020 where Angela Denise Thompson showed him documents, which did not contain the correct effective dates that caused a few people to have to pay an increase in their health plan premiums. Angela, then told Mr. Osterbeck, "It is your call on what you want to happen next." Thereafter, I asked Mrs. Thompson in the presence of Mr. Osterbeck, "since I was not trained correctly, would you be interested in provid(ing) me with the correct guidance on how to apply the correct dates on my SF 2809s mov(ing) forward?" I also, said to her, "I will report to work at 6am before my 8am tour begany, so I can learn the correct process because it is not my intent to cause anyone to receive an over payment in his/her health insurance coverage." When Mr. Osterbeck said, "work with Tara on the dates," she said, "okay." As we left his office, I glanced back, and saw Angela walking backwards pulling Mr. Osterbeck's door closed with a grin on her face as though what just took place in front of him was comical; I did not say a word; I just walked to the office that he initially assigned, for me to be seated in, which was near the front of the office.

On another occasion, I was called to Mr. Osterbeck's office because **Erica Marie Bethany** accused me of not assisting a client as she became belligerent with me. So, I wrote a Contact Statement, and sent it to Mr. Osterbeck. When he called me to his office, Angela Denise Thompson, and Yolanda May had all written statements that depicted me as the aggressor when I was not. I tried to explain what happened to Mr. Osterbeck, but he said, "You are trying to create

a hostile work environment in the HR Department, you do not get along with anybody in the office, and now you are trying to throw Angela Denise Thompson, and Erica Marie Bethany under the bus, and I am not going to tolerate it; now get to your cubicle, which is your assigned area because you will do anything to try to get out of the cubicle area you are assigned." I complied because I did not want him to fire me; I left his office feeling disrespected, humiliated, shamed, and bullied because of how he treated me, and spoke to me.

In August 2020, I was not awarded a COVID-19 Award like my colleagues were. Mr. Osterbeck received a 5000.00 dollar award, for COVID, Angela Denise Thompson received 1000.00, and Erica Marie Bethany received 1000.00; I did not receive any funding. The aforementioned people made up the Strategic Business Unit until Darlene Singleton, and Sandra Barber were on-boarded by myself later. Further, I worked the COVID-19 Screening Desk near the Emergency Room Entrance on July 3rd, 2020, which was on a Saturday. Correy who sits at the front desk in the Director's Suite should have a record of all the personnel who volunteer to cover the COVID-19 Screening areas within the John D. Dingell VAMC facility. Additionally, Mr. Osterbeck had to approve my over-time, which was signed by Eric Gonzales, and verified in VATAS.

I also, worked the HR Front Desk coverage at the height of COVID-19, and several people entered the HR Department who tested positive, for COVID-19. As a result of people entering the HR Department, Mr. Osterbeck asked me to write a Point of Contact Statement, and E-mail it to him, so he could receive permission to have the front door of the HR Department locked. Unfortunately, several people did contract COVID-19 in the HR Department. When I asked Mr. Osterbeck, will I receive a COVID Award in August, he said you did not work the screening desk, nor were you exposed to COVID-19. I stated, "I worked the COVID-19 Screening Desk in July 2020, and I covered the HR front desk when employees who tested positive with COVID-19 entered the HR Department to find out how they could clear to report back to work after they self-quarantined." Then he said, "Okay, you will be in the second batch of COVID-19 Award Payments," but when I revisited the topic again in January 2021, he said, "You did not do anything to meet an award."

On another instance, before Mr. Osterbeck called me to his office in October 2020, he belittled me in an E-mail communication on October 13th, 2020 at 11:58am, for covering the front desk because no one was up front to do so because he received a call from Angela Denise Thompson who told him I was up front covering the desk. The E-mail communication reads as follows:

"Tara-you do not have the right nor the authority to change the front desk schedule"

" Mon and Tues are Joe and Yolanda"

" Wed is PIV"

" Thurs and Fri are you or Erica depending on the week

"Last wee [sic] you were at the front desk on days that you were neither scheduled to be there or instructed to be there"

"It took me a lot of negotiating to get coverage for us- I am not going to have you replace those that are suppose to be there-that decision is mine-not yours"

"You have quite enough work to do and get caught up on without having the extra duties with The front desk."

"Unless it is for break or lunch coverage of the scheduled employee I expect to you at your Cubicle which is your designated space to work in"

**My response was as follows**:

"Sir,"

" I never tried to change the front desk schedule, nor did I believe, I had the authority to do, Mr. Osterbeck." I am simply only trying to help you out by covering the front desk when HR Personnel are Teleworking, or on vacations. I even informed you on Wednesday (October 7th, 2020) on last week that there was no coverage, for the front desk, and you called over to Charles Starkey's PIV Office to find out if Reggie, or Steven could cover the front desk. Steven was out ill, and Reggie was the only Full-time staff in the PIV Office besides Charles, so you agreed that I would cover the desk. Yolanda May is not here today to cover the front desk. Additionally, I have been working on my HR tasks while still covering the front desk. Yet, at your instructions, I will return to my assigned cubicle, and work from there."

Mr. Osterbeck follows up with:

"Yes-Wednesday was discussed-"

"Friday was not your day though-nor was Tuesday"

"You need to take care of your own things-you also need to be able to work with the rest of the team-Isolating yourself is not going to be the best way to work well with others"

"Additionally-ER/LR assistants have been approved by their supervisors to work on mon-tues-"

"If we cover for them when they should be doing it then they will state that we don't need the help- WE DO"

**My response:**

"Sir,"

"Your instructions are duly noted, nevertheless, there was no one at the front desk when I arrived to work on Friday 10/9/2020, and the clients were call(ing), and knock(ing) on the door, so, I covered down. Additionally, I am working with my colleagues, and asking, for feedback when I do not understand procedures, or processes. I have received resistance, and sometimes no

response at all when I make inquires regarding tasks (from one colleague -Angela Denise Thompson). Moreover, I am not isolating myself from the rest of the team, but I have been marginalized, harassed, demeaned, repeatedly reprimanded, watched, and accused of allegations I have not committed."

"Moving forward Mr. Osterbeck, I will carry out your plans as it pertains to the front desk coverage. Also, as a friendly reminder, I will be going on Military Leave October 15th, 16th, 19th, and 20th, 2020."

Dr. Reeves, I could go on, and on with the many disrespect times in which Mr. Osterbeck has communicated with me, but I just need guidance on how this harassment, and bullying can be placed to a halt. On 1/20/21, I responded to an E-mail that was sent out by Eric Gonzales about the Inauguration in which I wrote, "Thank you."

Shortly after I sent my reply to Mr. Gonzales, I received an E-mail from Mr. Osterbeck, which read:

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Wednesday, January 20, 2021 3:17 PM
**To:** Miller, Tara D. <Tara.Miller2@va.gov>
**Subject:** FW: email etiquette

DO you recall receiving this email from me last week?

**I responded:**

**Mr. Osterbeck**

> Did I do something wrong as it relates to responding to an E-mail out of courtesy to Mr. Eric Gonzales, and the initial target population in which he sent the context of the E-mail communication? Yes, Sir, I recalled you sent me an E-mail, on 1/14/2021 which stated:

**Mr. Osterbeck's response:**

> "Tara- I know you like to be efficient but it is not necessary to respond to every email and include all with **simple replies such as thank you, roger, etc...** everyone receives way too many emails-"
>
> "Just a thought"

**My response:**

> Mr. Osterbeck with all due respect to you: It is my understanding that when an electronic communication is sent to a "said person, or personnel" that out of courtesy the recipient may response in a professional manner. The message that was conveyed entailed treat(ing) each other with respect, "As we reflect on today's Inauguration, we remain focused on the work each of us do in service to our Veterans. I am reminded how important it is that we conduct this work in an environment of inclusion, respect, compassion and integrity. I am reminded that our diversity is our strength and each day we will conduct our work open to each other's ideas with accountability and contributing to solutions to any health care challenge put before us."
>
> "Our Veterans deserve no less!"
>
> Sir, I enjoyed the positive message that was written by RimaAnn O. Nelson, and shared by Mr. Gonzales via E-mail. I deserve to be treated with respect, integrity, and as a

valued employee/veteran by you, and by the rest of my colleagues, and you deserve the same treatment as well from me, and others within the HR Department, and beyond. Lastly, all the veterans that we serve deserve excellent care, and treatment as well.

My apologies, if I offended you by shar(ing) my voice of approval. Finally, to answer your question, yes, I read the E-mail that Glenn Belcher wrote about receiv(ing) excessive E-mails that do not involve ER/LR business.

Thank you, very respectfully.

Tara D. Miller| HR Assistant Generalist (Detroit VA Medical Center)

PH:313-576-1288| Fax: 313 576-1150

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Wednesday, January 20, 2021 3:17 PM
**To:** Miller, Tara D. <Tara.Miller2@va.gov>
**Subject:** FW: email etiquette

DO you recall receiving this email from me last week?

**From:** Osterbeck, Eric J. <Eric.Osterbeck@va.gov>
**Sent:** Friday, January 15, 2021 8:02 AM
**To:** VHADETHUMANRESOURCES <vhadethumanresources@DVAGOV.onmicrosoft.com>
**Cc:** Rosas, Amanda L. (VHACLE) <Amanda.Rosas@va.gov>; Starkey, Greg, VHACIN <Greg.Starkey@va.gov>; Brown, Kari <Kari.Brown2@va.gov>
**Subject:** email etiquette

To All,

This was brought to my attention by a fellow HR employee; and what this individual stated made sense to me and I wanted to pass it along.

Out of convenience for relaying information to the entire group we have the vhadethumanresources email group. It's a means for both internal HR and external entities to contact Detroit based HR employees. Many times our customers don't know the exact correct departmental section that handles a particular issue. Additionally, when internal information needs to be distributed the email group is used. All of us receive an extraordinary amount of messaging.

When an email comes to the group for example that involves ER/LR; once the ER/LR specialist takes the lead in responding to the message I ask that when you reply -that you do not reply to all with the vhadethumanresources group included. Those in other sections of HR i.e. staffing, PIV, OWCP, etc... don't need to be included. This may help cut down some of the email traffic that is not pertinent to another section in HR. All of us, including me, have hit the reply all and left our email group included.

I have created a specific email group for the SBU Staffing specialists; this way Hiring's for the SBU only go to them.

Mandy, Greg and Chuck, if you have created or do create email groups for your specific sections can you please share that with all on the message so that we as HR can drill down to who may need the email message

I am asking that we all think- who really needs to be on the messaging when our entire HR email group is listed in message traffic.

Thank you all for everything you do. I know at times HR Modernization has been challenging; things change sometimes at a moments notice. It's a true work in progress. As we continue to work through the Covid-19 pandemic this department as a whole has had the ability to continue great service to our customers. So I say again; thank you for your dedication to the mission of supporting the Detroit VA.

Sincerely,

Eric J. Osterbeck

Senior Strategic Business Partner

VISN 10 Human Resources

Detroit VA Medical Center Ph:313-576-3939 | Fax:313-576-1150

On January 21, 2021, Mr. Osterbeck called me into his office at 3:15pm, and said "Jim Sperr will watch the front door." When I arrived to Mr. Osterbeck's office from the front desk, he said, "Help me to understand your thinking process." "Your thinking differs from everyone in the office." "Didn't I tell you not to send out E-mails to groups." Thereafter, he told me, "You are skating on thin ice, and you are on a two-year probationary period." I stated, "Have I broken any constitutional rules, policies, or regulations within the VA's guidelines as it pertained to say(ing) Thank you in a group E-mail?" Afterwards, he raised his voice at me twice, and said, "You did not obey me, you can't follow simple directions, no matter what instructions that I give you, you do the opposite, and take it and twist it to justify your rationale; aren't you in the Army, and don't you have to follow directions?" "You need to think about if this is the place, for you to work!" I did not say a word, and he turned towards his computer and started clos(ing) it down; I asked him, "do you want your door open, or closed." He said, "leave it open." I left his office with a headache that shot from the frontal lobe of my brain to the back that left me feeling a throbbing force.

To close, I have been questioned by Mr. Osterbeck about tak(ing) government documents to my residence; Benjamin Mahan (Union President) asked William Cornell (HRIS Employee) has "Tara Miller been granted permission to work from home?" I have no clue why Mr. Mahan would ask that question about me when I only say hello when he enters the HR Department most of the time to speak with Erica Marie Bethany. Eric J. Osterbeck, Angela D. Thompson, Erica M. Bethany, Yolanda May, Gail Frederick, Charles Sharkey have created a very less than favorable atmosphere in the Human Resources Department that can destroy the very essence of a person's mental ability to thrive, and be productive in a paramount component of the Veteran Affairs Medical Center at the John D. Dingell facility.

I have heard the "Nigger word, what the F***, sh**, God-D***, you got me F*** up" in the work environment, I have seen/heard Angela Thompson curse out Saadia Graves-Tatum before she left the HR Department in June 2020 to go to the Logistics' Office, and Mr. Osterbeck heard it and did not say a word. I see employees socializing and stealing government time talking for hours, and not working, looking at videos, having personal conversation about a grandson, marriage anniversary, singers, music, arriving to work late 98% of the time, and nothing happens to the said employees. I have seen Erica M. Bethany talk to people with distain during the New Employee Orientation Workshop, and I was blamed for her behavior because we present the workshop as a team.

People are on their phones having personal conversations whether government phones, or cell phones three hours at a time. I have even written an inspirational quote on the board about failure and success only to have Mr. Osterbeck, and Angela Denise Thompson to deface it. I have heard Mr. Osterbeck using sexual innuendos when he spoke to Angela Denise Thompson and I quote, "She asked me if I could do… I said, don't let the gray hair fool you." The first two weeks, I started as an HR Personnel, he asked me to report to his office to discuss a HR task. Before, I departed, he said, "You are welcome to help yourself to any candy, and Rice Crispy Treats in the Candy Jar," and then he looked at me and smiled, and said, "They call me the Candyman." I told him, "Thank you," and I left his office thinking to myself, I do not know how to take that remark, but I felt weird. Angela Denise Thompson goes to various people throughout the office, and beyond to create strife as it relates to my personhood, and work performance.

Also, on 1/11/2021, Angela D. Thompson sent out a mass HR E-mail, which stated, "Tara Miller did not process a Retirement Separation, and Glenn Belcher (GS 12 ER/LR) commented Retirement Separation are processed through the Retirement Shared Services Office (RSSO)." When I arrived to work on 1/13/2021 from Military Duty, Glenn Belcher called me into his office, and showed me the E-mail communication that he had with Angela, which stated, "Tara processed the action correctly, and did nothing wrong," and Angela went back and forth with him to justify her point against me. Janice Uselton sent an E-mail to Glenn Belcher, which read, "Angela's behavior was inappropriate, and Tara needs to speak with Eric about it." How can I speak with Eric Jon Osterbeck when he treats me just as horrible as Angela Denise Thompson. Glenn Belcher has told me twice, "Tara, you need to go report Eric Osterbeck to the EEO Department to keep him off your head." Also, "when you are gone on your military duties, Angela is going around the office complaining about your work performance." I have also, been humiliated in front of a client (Mr. Michael Jenkins) by Angela Denise Thompson in December 2020, but when Eric Osterbeck was contacted by Angela Thompson, and Charles Sharkey, Mr. Osterbeck tried to make it appear that I was at fault by not following Charles Sharkey's instructions. The same day the incident occurred I sent an E-mail to Charles Sharkey, copied Angela Thompson and Mr. Eric Osterbeck on the E-mail, so he knew I was not at fault. These are only a few of the encounters that I have sustained since I have worked under Eric J. Osterbeck's leadership. I usually stay at work late, so I can reduce my workload on a daily basis, or sometimes I will arrive at work early.

Ma'am, I am certain that there are some people whose names I have cited in this statement may disagree, but I have proof if it needs to be presented. I have also, been in contact with Fred Harris and Zenia Berry about my distressing work environment in the HR Department, for the last six months. I have even gone to a mediation session with Erica M. Bethany when she was acted disgruntle, and rude towards me; Ms. Berry and Mr. Harris were the mediators. On 1/27/2021, I am supposed to have a mediation session with Angela Denise Thompson only, but I believe Mr. Osterbeck is supposed to be in attendance as well.

I truly hope that you can advise me on how to handle the continuous harassment, bullying, bias, unfair treatment, and disrespect from Mr. Osterbeck, Angela Thompson, and others because it is very unwarranted. All I want to do is go to work, and do my job in a healthy, and respectful

environment where I can assist employees who need my help, and go home. To my dismay, there are a lot of employees at the VA like myself who are on employment probationary periods who are spoken to roughly, harassed, bullied, ostracized, marginalized, discredited, and disrespected, but they have to suffer in silence because they have their households to adhere to. No one deserves to be bullied; not even a dog. Please help us.

Dr. Reeves, thank you, for taking the time to read about my concerns.

Very respectfully,

Tara D. Miller