Military.com SINCE 1999

Login Sign up

Ex. 16

1. Click 'View PDF (Free)'
2. Download on our website
3. Enjoy Manuals!

View PDF (Free)

News Army Navy Air Force Marine Corps Coast Guard Space Force

Military Podcasts Opinion Videos

# 'Replete with Misconduct': Internal VA Investigation Finds Inappropriate Sexual Conduct in VA's Anti-Harassment Office



Military.com SINCE 1999

Login Sign up

Military.com | By Rebecca Kheel
Published February 14, 2024 at 4:44pm ET

Supervisors in a Department of Veterans Affairs office in charge of promoting a harassment-free workplace had inappropriate sexual relationships with subordinates and failed to take action when presented with allegations of sexual harassment, according to an internal VA investigation into allegations of misconduct in the office.

While several allegations against supervisors in the Office of Resolution Management, Diversity and Inclusion, or ORMDI, were not substantiated, the Office of Accountability and Whistleblower Protection's investigation into ORMDI still found "an office replete with misconduct."

Story Continues

**Related Topics:** Military Headlines, Veteran Benefits, Department of Veterans Affairs - VA, Veterans Health Care, Military Scandals, Congress, Women in the Military

## Rebecca Kheel



Rebecca Kheel specializes in covering Congress for Military.com, holding lawmakers accountable for how their decisions affect military personnel

The Detroit News
SERVING MICHIGAN SINCE 1873
150 YEARS

POLITICS

# Dingell urges VA secretary to address 'troubling reports' about Detroit VA

Melissa Nann Burke
The Detroit News

Published 4:51 p.m. ET Oct. 4, 2022 | Updated 5:15 p.m. ET Oct. 4, 2022

*Washington* — Two U.S. House members have joined Michigan's senators in formally asking the inspector general of the Department of Veterans Affairs to look into alleged misconduct by management at Detroit's John D. Dingell VA Medical Center.

Democratic U.S. Reps. Debbie Dingell of Ann Arbor and Rashida Tlaib of Detroit, whose district includes the VA facility, said they sent a letter Tuesday to the VA Office of Inspector General, mirroring a letter sent last week by the senators, showing the external investigation is a bicameral request.

That letter by Sens. Debbie Stabenow and Gary Peters to VA Inspector General Michael J. Missal sought a review of the alleged misconduct and the Department of Veterans Affairs' response to it, including attempts to prevent discovery of the misconduct and "improper" oversight at the Midtown Detroit hospital. The alleged misconduct was not detailed by the lawmakers.

Dingell also separately wrote Tuesday to VA Secretary Denis McDonough, notifying him of the IG request and thanking him for the attention that he's already given to "troubling" reports that she said had been raised with her by both veterans and hospital employees.

"It is our hope a thorough investigation will help determine the full scope of the alleged misconduct across the medical center," Dingell wrote. "In the meantime, I urge you and your team to publicly address these issues.

"With the recent removal of the top three administrative officials at the Detroit VA, it is extremely important patients and employees understand you are aware of these problems, these issues are being addressed, and a full investigation is underway," Dingell continued.

"It is critical they are reassured that with a new team in place — alongside your attention at the highest level — work is being done to ensure veterans are receiving the highest quality of care possible at the Detroit VA."

Dingell was referring to the reassignment of three top executives at the 106-bed hospital who have been temporarily removed and detailed elsewhere within the Veterans Health Administration as they are investigated by watchdog offices within the agency.

They include Dr. Pamela J. Reeves, who led the Detroit VA for 14 years until her replacement July 1; Dr. Scott Gruber, who as chief of staff was responsible for overseeing the medical staff; and nurse executive Belinda Brown-Tezera, who was associate director for patient care services. No findings of wrongdoing have been disclosed as of Tuesday.

“Patient safety is our top priority," said Terrence Hayes, a spokesman for McDonough. "We take all allegations very seriously, and we have an ongoing investigation into the matter. We appreciate the advocacy of our congressional leadership and, as always, welcome oversight from the Office of the Inspector General.”

Ted Froats, a spokesman for the regional Veterans Integrated Service Network 10 that oversees VA medical centers in Michigan, Ohio and Indiana, has said the network cannot comment on ongoing investigations but that “we take all allegations seriously.”

Dingell said in her letter to McDonough that, under the new leadership at the Detroit VA, issues such as long wait times, poor patient experience, difficulty in accessing prescriptions and challenges with the "community care" (nursing home) referral process are improving and being addressed. She said staff shortages are also being addressed.

She said several local veteran service organizations reported in recent weeks that veterans feel "more welcome" while accessing care at the Detroit VA. "There is a sense of change in the right direction, and with new senior management, we are hopeful we can continue expanding on this progress," Dingell wrote.

"I remain committed to working to ensure each and every patient who walks through the Detroit VA’s doors receives quality, comprehensive, and timely care, and your work to uphold this promise is appreciated."

The Detroit VA center has 106 inpatient medical and surgical care beds, 109 nursing home/palliative care beds and 50 beds off-site for its residential rehabilitation treatment program.

The director of the Battle Creek VA Medical Center, Michelle Martin, took over as acting director of the Detroit VA as of July 3. Martin had been the director of the Battle Creek hospital since March 2020 and previously was Battle Creek's associate director of patient care services.

*mburke@detroitnews.com*

WJR 760 AM

ON-AIR NOW

Red Eye Radio

LISTEN LIVE

MENU

# “Deeply Disturbing” Findings Allege Neglect at Detroit’s VA Hospital

March 2, 2023 1:59 pm




Curtis Paul ~ WJR

**DETROIT, February 2, 2023** ~ A report recently unearthed by **The Detroit News** has revealed evidence of mismanagement at **Detroit**'s **John D. Dingell VA Medical Center**.

The report, which was generated by the **Veterans Health Administration**'s **Office of the Medical Inspector** (**OMI**), alleged that a lack of oversite by hospital administrators spurred substandard care practices that caused patient harm and death.

"*I, as you know, care deeply about this hospital,*" **Congresswoman Debbie Dingell** told **Paul W. Smith** about the care institute that bears her late husband's name. "***John Dingell*** *was a veteran – loved his veterans – and I take that as a moral responsibility to make sure that they are taken care of and have access to good healthcare.*"

---

**PODCAST:**

Focus with Paul W. Smith | EP4632

**Debbie Dingell ~ The Paul W. ...**

00:00 08:22

1X PRIVACY SHARE SUBSCRIBE

**March 2, 2023** ~ **Congresswoman Debbie Dingell** tells **Paul W.** that the alleged mismanagement at **Detroit**'s **John D. Dingell VA Hospital** is "*deeply disturbing*," and that she is committed to making sure that all our veterans consistently receive a high quality of care.

joined senators **Debbie Stabenow** and **Gary Peters** in voicing concern to **VA Inspector General Michael Missal**, who subsequently launched

an investigation. Results from that investigation are pending.

As for the existing report from the OMI, the document suggests that one clinician in particular was responsible for many "*poor veteran outcomes*," generating multiple investigations and tort claims over a four-year span.

Additionally, the report indicated collusion by senior hospital administrators aimed at keeping concerning provider performance records out of databases designed to protect the public and reduce healthcare fraud.

Although leadership at the hospital has changed as a result of the OMI's report, the heavily redacted document has led many to wonder what other aspects of concern still remain to be addressed.

"*We also need to remember that while there was mismanagement, there are a lot of good people at the John Dingell VA*," Congresswoman Dingell continued. "*Nurses, doctors, [and] other staff that love those veterans and are doing everything they can to keep them safe.*"

---

## 760 WJR TOP STORIES:




Kwame Kilpatrick to Address GOP on Repentance and Unity




Radioactive Waste from Manhattan Project Heads to Wayne County Landfill



WJR and Dr. Robert Livernois Look to Empower Education in Michigan with

Share this:

United States Congresswoman
Debbie Dingell
Michigan's 6th District

News



# In the News

## Detroit News: Detroit VA hospital harmed patients, altered records, investigation reveals

**Washington, February 28, 2023**

Tags: *Veterans* , *Health Care*

Detroit News: Detroit VA hospital harmed patients, altered records, investigation reveals

Washington — Investigators found lacking oversight they believe contributed to patient harm and death, and a pattern of "substandard" care in the surgery practice at Detroit's John D. Dingell VA Medical Center that leaders tried to conceal by altering external peer reviews and

last year following an on-site inspection in November 2021.

The hospital has since come under new leadership.

The OMI said one clinician had been the source of multiple investigations, tort claims and "poor veteran outcomes" for at least four years but still had been allowed to remain. Subordinates who spoke to OMI investigators said they feared "adverse actions" or retaliation if they reported concerns.

The OMI also validated a whistleblower's allegation of "collusion" among senior leaders and a medical provider with "concerning clinical outcomes." The OMI said leaders altered colonoscopy privileges for all general surgeons at the facility to avoid having to report one of them to the National Practitioner Data Bank.

That database, created by Congress, is a confidential repository that tracks cases of physician incompetence, misconduct and discipline — including the restriction of physician privileges — so that medical facilities across state lines are alerted to problem clinicians when they try to get a job somewhere else.

The OMI report offers the most details to date about what contributed to the reassignment of top leaders at the Midtown hospital as investigations into the findings continued.

But the report was heavily redacted by the Veterans Health Administration before its release, including obscuring most of the recommendations that the OMI made for the Detroit VA to address the situation, so the scope of what was recommended and what action has been taken to correct problems are not totally clear.

The OMI report is what prompted Michigan Democratic lawmakers including U.S. Sens. Debbie Stabenow and Gary Peters and Rep. Debbie Dingell of Ann Arbor to call on VA Inspector General Michael J. Missal last fall to review the alleged misconduct at the medical center, as well as the Department of Veterans Affairs' response to it.

In response, a review is underway by the Inspector General's Office of Healthcare Inspections and will be published when done, Missal spokesman Fred Baker said.

Watch Live

# VA secretary meets with Detroiters following repo alleging range of issues at veterans hospital

By Hilary Golston and Jack Nissen | Published July 21, 2023 5:53pm EDT | Veterans Issues | FOX 2 Detroit |

**VA secretary visits Detroit**

The Department Secretary of Veterans Affairs made a trip to Detroit this Friday following a report being made public that alleged substandard care was given a one of its hospitals in the region.

**DETROIT (FOX 2)** - Detroit got a visit from the inspector general for the countr veterans affairs department following a report alleging substandard care at one of its facilities.

Investigators found lacking oversight that contributed to "patient harm and death" at Detroit's John D. Dingell VA Medical Center, a report first made public the Detroit News found. On Friday, Sec. Denis McDonough spoke at a town hal where he addressed the complaints of many unsatisfied people.

"This visit is part of the effort to make sure our veterans here and our employe here know that when they raise a concern, we're going to address it," he said.

The report also found that leaders had tried to conceal the substandard care b altering data.

Several people raised concerns with the Veterans Affairs figure during the meeting.

"I represent all the mothers, fathers, brothers, sisters, uncles, aunties of vetera who been in wars and come back broken and veterans period who came here and didn't receive world-class care," said one woman.

"You know you parachuted into the belly of the beast - Detroit," another man s

A report released by a watchdog recently that alleged several issues ranging fr leadership to not meeting recommendations from the inspector general.

Congresswoman Debbie Dingell said she raised the issue directly with the inspector.

"I went to the secretary directly," she said. "I spend a lot of time with patients here, my veterans organizations and the staff. I know what we owe the veteran

This material may not be published, broadcast, rewritten, or redistributed. ©2024 FOX Television Stations

close

- Politics
- Business
- Energy
- Agriculture
- Education
- Environment
- Transportation
- Health
- Sports
- Entertainment
- About Us
- Affiliates
- Contact Us
- Legal Statement
- Privacy Policy

- About
- Contact

# Peters, Stabenow Question 'Crisis of Care' at Detroit VA Hospital

- Facebook
- Twitter

Search
Subscribe

- News
- Politics
- Sports
- Travel




**News**

# Peters, Stabenow Question 'Crisis of Care' at Detroit VA Hospital

By Katie Heid
April 27, 2023

- Share
- Tweet
- Share
- Share
- Flip It
- Comment

**WASHINGTON (Michigan News Source)** – Following a plea last month from Michigan's U.S. Senators to establish a permanent director at Detroit's John D. Dingell VA Medical Center, Senator Gary Peters questioned Veterans Affairs Secretary Denis McDonough on Wednesday about whether reforms have lead to improvement at the facility.



**MORE NEWS:** Trump in Michigan: 'Comrade Harris Oversaw 43% Violent Crime Increase,' Along with Increases in Rape, Aggravated Assault, Robbery

McDonough responded that improvements recommended by the VA's Office of the Medical Inspector (OMI) have been made at the 106-bed facility, but that he is waiting on the outcome of a review by the department's independent inspector general, Michael J. Missal, to assess how effectively those changes have been implemented.

Last month, both Peters and Stabenow asked the secretary to install a permanent director at the Detroit VA "as soon as permissible," saying leadership and managerial failures following the "crisis of care" at the 106-bed facility led to a culture of "distrust" and low patient and employee morale.

The Detroit VA is on its third interim medical director, Chris Cauley, since the hospital's longtime director, Dr. Pamela Reeves, was reassigned July 1 amid the ongoing internal VA investigations into misconduct. Other top hospital executives were also replaced.

Best Sellers



Shop now

Problems have beleaguered the facility for some time. Last fall, Peters and Stabenow wrote to Missal seeking a review of the alleged misconduct at the Detroit VA as well as the Veterans' Affairs Department's response to it. U.S. Reps. Debbie Dingell of Ann Arbor and Rashida Tlaib of Detroit made a similar request of Missal.

McDonough said he spoke to Missal this week and said both are maintaining a "very active dialogue" about the VA hospital.

In addition, Peters asked McDonough about the need for "robust" funding for the VA State Veterans Home Construction Grant Program that lets states upgrade existing facilities and begin construction on new sites. In those cases, the federal government assumes 65% of the cost. Peters said there's a backlog of more than $600 million worth of unfulfilled grant requests by the states.

**MORE NEWS:** Calvin University Unveils New Football Locker Room

In Michigan, the grant program has allowed for replacing the Michigan Veterans Home in Grand Rapids and the building of a new veterans home in Macomb County. The state Legislature recently appropriated funding for the "overdue" replacement of a veterans home in Marquette but breaking ground on that facility is contingent on receiving a federal grant through the VA, Peters said.

MICHIGAN NEWS SOURCE real. honest. news.

**meet the author**
**Katie Heid**

Katie anchors weekday newscasts for Michigan News Source from noon until 7 p.m.

### Leave a Comment

**COMMENTS POLICY:** We have no tolerance for messages of violence, racism, vulgarity, obscenity or other such discourteous behavior. Thank you for contributing to a respectful and useful online dialogue.

**0 comments** Sort by **Oldest**

Add a comment...

Facebook Comments Plugin

### Recent Stories

## Trump in Michigan: 'Comrade Harris Oversaw 43% Violent Crime Increase,' Along with Increases in Rape, Aggravated Assault, Robbery

7 hours ago

BRIDGE DETROIT

POLITICAL AND PUBLIC POLICY INFORMATION

# Feds investigate alleged misconduct at Detroit veterans hospital

by **Malachi Barrett**
October 27, 2022 5:53 pm




John D. Dingell VA Medical Center was photographed Thursday, Oct. 27, 2022 in Detroit, Mich. (BridgeDetroit Photo by Malachi Barrett)

Misconduct allegations at the John D. Dingell VA Medical Center in Detroit have prompted an investigation by the Department of Veterans Affairs.

U.S. Reps. Rashida Tlaib, D-Detroit, and Debbie Dingell, D-Dearborn, this month requested a review of complaints their offices received from veterans and hospital employees about the medical center, which saw 50,217 patients in 2019. Dingell's office announced Wednesday that the Inspector General's Office of Healthcare Inspections initiated a review into the "concerning allegations of misconduct."

The Congresswomen along with other Michigan representatives have sent letters to Secretary of Veterans Affairs Denis McDonough and VA Inspector General Michael J. Missal seeking a review of alleged misconduct. Specific allegations were not detailed. Representatives with Dingell and Tlaib's offices could not be reached for comment Thursday.

Ted Froats, a VA public affairs officer for the medical centers in Michigan, Indiana and Ohio, declined to comment about the nature of complaints or the scope of the investigation.

"Patient safety is our top priority," Froats said in an email to BridgeDetroit on Thursday. "We take these allegations very seriously, and we have an ongoing investigation into the matter. We will discuss the matter further once the investigation concludes."

Three leaders at the Detroit VA Medical Center were reassigned earlier this year amid investigations into the hospital. Dingell reported that veteran service organizations say patients feel more comfortable with new senior management in place. Her October letter referenced concerns with long wait times, poor patient experience, difficulty accessing prescriptions, staff shortages and challenges with the community care referral process are being addressed.

"It is important that this review is underway," Dingell said in a Wednesday statement. "The VA Secretary took my concerns seriously almost a year ago when I raised them, and addressed the leadership issues quickly. Now we must learn and understand all the facts about what was happening, and ensure veterans are receiving the best possible care going forward."

The John D. Dingell VA Medical Center, located at 4646 John R St. in Midtown, had 514,079 outpatient visits in 2019. The facility has 109 beds in its community living center. It's named after Dingell's late husband, a longtime member of Congress representing southeast Michigan. The facility became fully operational in 1996.

The OIG issued recommendations to improve operations at the Detroit VA Medical Center last year after an inspection. The report found concerns with annual suicide prevention training, urine drug testing, informed consent and patient follow-up.

Lack of urine drug testing may have resulted in providers' inability to identify active substance use disorders, according to the report. The OIG determined that providers did not document informed consent before initiating long-term opioid therapy for some patients, causing them to receive treatment without knowledge of the risks associated with opioids.

The report also found patient experience survey scores generally reflected lower care ratings than VHA averages from across the country. Visitors to the Detroit VA, particularly women, were less likely to recommend the hospital to others and reported feeling less valued than the national average.

Only 31% of women surveyed said they were able to get appointments quickly, compared to 47% of male patients.

### Bill King

March 22, 2023 10:51 am at 10:51 am

What is nauseating is that there was a 2016 Detroit Free Press news story that reported the VA Detroit facility was ranked in the bottom of a survey. To read these newer reports that the bungling care of our Vets has continued and appears to be entrenched there is disheartening. Sweeping change in administration and oversight needs to happen to the VA. These Warriors paid with blood, arms, legs, eyes, minds for these medical services. But since only 3 percent of the American population served in the military I guess it comes down to who really gives a damn to jump on this inexcusable conduct by this VA Facility and hold people who run the place accountable.

### martin brodzik

March 27, 2023 4:20 pm at 4:20 pm

i have worked with the va hospital for over 4 years to try and get my va benefits—-all to no avail—always the run around—and try and get them to answer the phone—forget it—even if your lucky enough to get through—-you,ll never get a call back—-very sickening for vets who really need help—-its like the old saying if you want to get paid and do nothing –get a job with the government…it really goes for the detroit va——sad

© 2024 BridgeDetroit

Powered by Newspack