Ex 17



Roberta Jenkins' Text Message "They tried to get me...

From: Tara Miller (taramiller2005@yahoo.com)

To: taramiller2005@yahoo.com

Date: Monday, January 24, 2022, 07:04 AM MST

5:24

Roberta Jenkins

Home

12/25/21 11:18 AM

Hi, no:

I was fired by Eric Osterbeck because he and Angela Thompson claimed I did not process your Health Benefits, and your husband's on December 14th, 2020. In addition to other false claims that they made against me regarding the cancelation of your husband's benefits' coverage.

Tara

12/25/21 11:27 AM

Wow...that is so awful!
They tried to get me to write a report of contact, and I told them NO.

12/25/21 11:41 AM

Yes, thank you, for not writing a point of contact against me. Yet, could you, and your husband write a statement of support on my behalf about the service that I provided you both when you visited the HR Department, which did not cause you to miss Open Enrollment to cancel your insurance?

I am trying to advocate to get my position restored to me? I really need both of your help

Sent from Yahoo Mail on Android