EX 18

**Department of Veterans Affairs**

# Memorandum

Date: February 2, 202121

From: Jerry Rushing, VISN 10 Employee & Labor Relations

Subj: Notice of Harassment Complaints/Allegations

To: Eric Osterbeck, Senior Strategic Business Partner

1. On January 22, 2021, the Facility Harassment Prevention Program Coordinator (HPPC) received an allegation of Workplace Harassment from the VHA Harassment Prevention Coordinator in the VHA Equal Employment Opportunity/Affirmative Employment Office (EEO/AEO) pertaining to Ms. Tara Miller in your service.

2. In response to these allegations, I have been appointed as Fact-Finder and tasked with initiating a thorough, fair and impartial inquiry/fact-finding. I will conduct, review and complete this case as soon as possible.

3. I will coordinate with you when necessary to establish times to speak with the aggrieved, alleged harasser and potential witnesses as not to interrupt serving and caring for our Veterans. I will take the following steps when conducting the inquiry/fact finding:

   a. Conduct the initial interview with the Complainant.
   b. Contact the Facility HPPC to discuss the issue(s)/allegation(s).
   c. Conduct interview with potential witnesses
   d. Conduct interview with the alleged offender
   e. Provide written report to the Facility HPPC. The report must include:

      1) Whether the allegation(s) are substantiated or unsubstantiated
      2) Managements plan to address the allegations
      3) Any corrective action being taken against the offender
      4) Steps taken as a proactive measure to discourage future behavior/incidents
      5) Whether training will be conducted, to include topic, date and trainer.

4. The Inquiry/Fact-Finding will begin as soon as possible, I will contact you with any requests for information. I appreciate your assistance with the timely completion of this investigation.

5. I am available at any time should you have any questions regarding this information. Please contact me at 734-934-4728 or via email at jerald.rushing@va.gov. Thank you in advance for your support.

JERALD RUSHING 1637549 Digitally signed by JERALD RUSHING 1637549 Date: 2021.02.02 12:09:43 -05'00'

Jerry Rushing