Ex 21

# Progress Notes

Printed On Mar 18, 2021

LOCAL TITLE: MENTAL HEALTH ACCESS PROVIDER NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAR 05, 2021@10:23 ENTRY DATE: MAR 05, 2021@10:23:24
AUTHOR: JOHNSON,GENEVIEVE T EXP COSIGNER:
URGENCY: STATUS: COMPLETED

Visit took place via:
Telephone. Patient consents to telephone appointment.
Hepatitis A Screening:

HEPATITIS A ANTIBODY - NONE FOUND

No data available for HEP A, UNSPECIFIED FORMULATION; HEP A, ADULT; HEP A, LIVE ATTENUATED

Screen patient for Hepatitis A Vaccination:
No

Start and End Times:
Start time: Mar 5,2021@10:00
End Time:Mar 5,2021@10:30

Identified mental health need: anxiety. Last seen Feb 20 at which time she was experiencing difficulty with workplace stress. Today, she states that she was fired from the job, the stress of which was exacerbated by the fact that the police came, and she was accused of stealing information. She is now seeking legal counsel, requesting a social work consult for assistance. She is presently in Georgia for military duty. she is experiencing increased anxiety at this time due to the situation but appears to be coping well.

Is the veteran in crisis (a threat to self or others)?
No,treatment need identified
Comment: Medication review

RISK ASSESSMENT:
Suicidality: None

Homicidally: None

Access to Firearms:
No

Active Substance Use Issues:
Denies

SUICIDE RISK ASSESSMENT
* Are you having thoughts today about killing yourself? (X) No ( ) Yes
* Do you have a plan to kill yourself? (X) No ( ) Yes, describe the plan.
* Do you have the means to carry out the plan? (X) No ( ) Yes

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
MILLER,TARA DARNELL
20159 GALLAGHER ST
DETROIT, MICHIGAN 48234

VISTA Electronic Medical Documentation
Printed at DETROIT, MI VAMC

# Progress Notes



| | | |
|---|---|---|
| | sent to the pharmacy for review and is not ready yet. | instructed to start the this medication now, contact your VA pharmacy. |
| SUSPENDED | An active prescription that is not scheduled to be filled yet. You should receive it before you run out. | Contact your VA pharmacy if you need this medication now. |

=================================================================

/es/ GENEVIEVE T JOHNSON, MSN, PMHNP-BC
NURSE PRACTITIONER
Signed: 03/08/2021 11:08

Receipt Acknowledged By:
03/09/2021 08:08 /es/ HARSHA P JAYATILAKE, MD
PRIMARY CARE PHYSICIAN, 280-0234
03/11/2021 08:22 /es/ BETHANN M KIERCZAK,RN
PACT NURSE CARE MANAGER

LOCAL TITLE: MENTAL HEALTH ACCESS PROVIDER NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: FEB 05, 2021@09:15 ENTRY DATE: FEB 05, 2021@09:15:59
AUTHOR: JOHNSON,GENEVIEVE T EXP COSIGNER:
URGENCY: STATUS: COMPLETED

Visit took place via:
Telephone. Patient consents to telephone appt.
Hepatitis A Screening:

HEPATITIS A ANTIBODY - NONE FOUND

No data available for HEP A, UNSPECIFIED FORMULATION; HEP A, ADULT; HEP A, LIVE ATTENUATED

Screen patient for Hepatitis A Vaccination:
No

Start and End Times:
Start time: Feb 5,2021@10:40
End Time:Feb 5,2021@11:00

Identified mental health need: anxiety, depressed mod, insomnia. Last seen Dec 30, at which time the plan was to restart Melatonin 3 mg at HS, restart buspirone 15 mg BID (take 1/2 pill BID for the first 7 days), and restart hydroxyzine in the evening for anxiety, sleep.

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
MILLER,TARA DARNELL
20159 GALLAGHER ST
DETROIT, MICHIGAN 48234

VISTA Electronic Medical Documentation
Printed at DETROIT, MI VAMC

# Progress Notes

Printed On Mar 18, 2021

Today, she reports ongoing problems in her work environment, continuing to cause anxiety. Little benefit to meds so far, and she reports daytime grogginess. She copes with stress by taking baths, praying. She has an appt later today with therapist at Vet Center.

Is the veteran in crisis (a threat to self or others)?
  No, treatment need identified
    Comment: Medication review

RISK ASSESSMENT:
Suicidality: None

Homicidally: None

Access to Firearms:
No

Active Substance Use Issues:
Denies

SUICIDE RISK ASSESSMENT
* Are you having thoughts today about killing yourself? (X) No ( ) Yes
* Do you have a plan to kill yourself? (X) No ( ) Yes, describe the plan.
* Do you have the means to carry out the plan? (X) No ( ) Yes
* Risk level: ( ) No risk (X) Low ( ) Moderate ( ) High
* Protective Factors:

Patient has at least one positive social support
Cultural and religious belief that supports self-preservation
Life satisfaction
Positive coping skills
Positive problem-solving skills
Positive therapeutic relationship
Future focused/goal oriented
Effective clinical care for mental, physical, and substance use disorders
Easy access to clinical interventions and support for help seeking

Referral / arrangements made for treatment:
  Other: f/u in PCMHI for med review in 1 month

Veteran provided with:
  Mental Health contact information
  Instructions for accessing emergency services (Veterans Crisis Line)
  Patient advised to call 911 or go to nearest emergency room if symptoms become severe or if suicidal thoughts become apparent.

Veteran questions and/or concerns were addressed regarding care:
  Yes

Mental Status Exam:

# Progress Notes



ORIENTATION AND CONSCIOUSNESS:
  alert and attentive
APPEARANCE AND BEHAVIOR:
  cooperative and reasonable
SPEECH:
  normal rate/rhythm
LANGUAGE:
  intact
MOOD AND AFFECT:
  affect is congruent with mood
  mood anxious
PERCEPTUAL DISTURBANCE (hallucinations, illusions):
  none
THOUGHT PROCESS AND ASSOCIATION:
  normal, coherent
THOUGHT CONTENT (delusions, obsessions etc.):
  no unusual thought content
INSIGHT:
  good
JUDGMENT:
  good
FUND OF KNOWLEDGE
  Average

Assessment: Patient is 50/African American/female veteran, in Army Reserves, recently returned from assignment in Texas and now working in HR department. She is 70% SC for PTSD, and has a history of MST. Has c/o insomnia, anxiety. incomplete relief from symptoms with melatonin, buspirone, hydroxyzine.

Diagnosis:
Adjustment Disorder with mixed Anxiety and depressed mood (ICD-10-CM F43.23) (Primary)
Reaction to Severe Stress, unspecified (ICD-10-CM F43.9)

Intervention:
Psychoeducation was provided on: disease process, risk factors, protective factors. Medication information provided including purpose, compliance, side effect, risks, benefits, and risks of not taking medication.

Psychotherapy: Between 38-52 minutes of visit time was spent providing psychotherapy. Supportive psychotherapy was utilized to address distress and encourage healthy coping modalities. The patient responded well to these interventions and expressed decreased distress and increased hopefulness. Psychotherapy themes included: stress related to workplace
Start time: 1040
Stop time: 1100
Interventions used:

[x] Active Listening
[] Communication Skill Development
[] Coping Skill

# Progress Notes

Printed On Mar 18, 2021

02/05/2021 17:11 /es/ HARSHA P JAYATILAKE, MD
PRIMARY CARE PHYSICIAN, 280-0234

02/18/2021 08:43 /es/ BETHANN M KIERCZAK,RN
PACT NURSE CARE MANAGER

LOCAL TITLE: MENTAL HEALTH ACCESS PROVIDER NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: DEC 30, 2020@10:07 ENTRY DATE: DEC 30, 2020@10:07:04
AUTHOR: JOHNSON,GENEVIEVE T EXP COSIGNER:
URGENCY: STATUS: COMPLETED

Visit took place via:
Telephone. Patient consented to telephone appointment.
Hepatitis A Screening:

HEPATITIS A ANTIBODY - NONE FOUND

No data available for HEP A, UNSPECIFIED FORMULATION; HEP A, ADULT; HEP A, LIVE ATTENUATED

Screen patient for Hepatitis A Vaccination:
No

Start and End Times:
Start time: Dec 30,2020@10:30
End Time:Dec 30,2020@11:00

Identified mental health need: anxiety, depressed mood, insomnia. Last seen in July of this year, no-showed in August. Had been prescribed Melatonin 3 mg at HS , buspirone 15 mg BID, hydroxyzine in the evening for anxiety, sleep. she has been without meds for some time. She is having to cope with a difficult workplace environment at this time, wants to switch to another department however is not sure she will be able to as she has not been in the job long. She is having conflict with co-workers, supervisor, and feels that it is hostile. She has c/o insomnia, worrying, feeling on edge, and depressed mood. She has loss of appetite as well.

Is the veteran in crisis (a threat to self or others)?
No,treatment need identified
Comment: Medication review

RISK ASSESSMENT:
Suicidality: None

Homicidally: None

Access to Firearms:
No

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
MILLER,TARA DARNELL
20159 GALLAGHER ST
DETROIT, MICHIGAN 48234

VISTA Electronic Medical Documentation
Printed at DETROIT, MI VAMC

# Progress Notes

Printed On Mar 18, 2021

INSIGHT:
good
JUDGMENT:
good
FUND OF KNOWLEDGE
Average

Assessment: Patient is 50/African American/female veteran, in Army Reserves, recently returned from assignment in Texas and now working in HR department. She is 70% SC for PTSD, and has a history of MST. Has c/o insomnia, anxiety. Treated earlier this year with buspirone, melatonin, hydroxyzine however she did not f/u and symptoms are returning. Stress related to workplace environment.

Diagnosis:
Adjustment Disorder with mixed Anxiety and depressed mood (ICD-10-CM F43.23) (Primary)
Reaction to Severe Stress, unspecified (ICD-10-CM F43.9)

Intervention:
Psychoeducation was provided on: disease process, risk factors, protective factors. Medication information provided including purpose, compliance, side effect, risks, benefits, and risks of not taking medication.

Psychotherapy: Between 38-52 minutes of visit time was spent providing psychotherapy. Supportive psychotherapy was utilized to address distress and encourage healthy coping modalities. The patient responded well to these interventions and expressed decreased distress and increased hopefulness. Psychotherapy themes included: stress related to workplace
Start time: 1030
Stop time: 1100
Interventions used:

[x] Active Listening
[] Communication Skill Development
[] Coping Skill Development
[] Crisis Management
[x] Empathy
[] Exploration
[] Feedback
[] Housing Information
[] Monitor Symptoms
[] Motivational Interviewing
[] Probing
[x] Problem-Solving
[] Re-direction
[] Reflective Listening
[] Relaxation Techniques
[] Risk Assessment
[] Skill Building
[x] Support
[x] Validation
[] Critical Time Intervention

Plan:
1. restart Melatonin 3 mg at HS
2. restart buspirone 15 mg BID (take 1/2 pill BID for the first 7 days)
3. restart hydroxyzine in the evening for anxiety, sleep
4. RTC telephone appt feb 5 at 1030 (scheduled into 1000 VVC slot)

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MILLER, TARA DARNELL<br>20159 GALLAGHER ST<br>DETROIT, MICHIGAN 48234 | Printed at DETROIT, MI VAMC |

# Progress Notes

Printed On Mar 18, 2021

End Time:Jul 24,2020@09:45

Identified mental health need: anxiety, depression. She is taking meds as prescribed. "I have to". She states that she is having fair results, however she is having difficulty with one of her co-workers, causing anxiety at work, as well as an increased workload. She is discouraged by this, and wants to learn how to cope with difficult people. She wonders if there is something wrong with her to make the co-worker act rudely toward her, and wonders if she will be able to be successful at the job. she likes the job very much and wants to remain professional.

Is the veteran in crisis (a threat to self or others)?
No,treatment need identified
Comment: Medication review

RISK ASSESSMENT:
Suicidality: None

Homicidally: None

Access to Firearms:
No

Active Substance Use Issues:
Denies

SUICIDE RISK ASSESSMENT
* Are you having thoughts today about killing yourself? (X) No ( ) Yes
* Do you have a plan to kill yourself? (X) No ( ) Yes, describe the plan.
* Do you have the means to carry out the plan? (X) No ( ) Yes
* Risk level: ( ) No risk (X) Low ( ) Moderate ( ) High
* Protective Factors:

Patient has at least one positive social support
Cultural and religious belief that supports self-preservation
Life satisfaction
Positive coping skills
Positive problem-solving skills
Positive therapeutic relationship
Future focused/goal oriented
Effective clinical care for mental, physical, and substance use disorders
Easy access to clinical interventions and support for help seeking

Referral / arrangements made for treatment:
Other: f/u in PCMHI for med review in 1 month

Veteran provided with:
Mental Health contact information
Instructions for accessing emergency services (Veterans Crisis Line)
Patient advised to call 911 or go to nearest emergency room if symptoms become

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MILLER,TARA DARNELL<br>20159 GALLAGHER ST<br>DETROIT, MICHIGAN 48234 | Printed at DETROIT, MI VAMC |

# Progress Notes

Printed On Mar 18, 2021

DATE OF NOTE: APR 24, 2020@09:26 ENTRY DATE: APR 24, 2020@09:26:17
AUTHOR: JOHNSON,GENEVIEVE T EXP COSIGNER:
URGENCY: STATUS: COMPLETED

Visit took place via:
Telephone
Telephone appointment. Patient consents to this appointment being conducted by telephone.
Hepatitis A Screening:

HEPATITIS A ANTIBODY - NONE FOUND

No data available for HEP A, UNSPECIFIED FORMULATION; HEP A, ADULT; HEP A, LIVE ATTENUATED

Screen patient for Hepatitis A Vaccination:
No

Start and End Times:
Start time: Apr 24,2020@09:00
End Time:Apr 27,2020@09:30

Identified mental health need: Anxiety. patient continues to experience stress at work, especially when possibly being exposed to covid-positive employees. she is experiencing headaches, especially in the evening, and is having a hard time sleeping. She is not taking melatonin, stating that she doesn't want to take too many pills, however is drinking sleepytime tea which seems to be helpful. She is only taking buspirone once in the daytime instead of BID, which may contribute to anxiety later in the day. Reinforced that she whould take twice per day. She is interested in any type of support that might be available about coping with covid. she will be interested in ptsd treatment and other resources once the pandemic is over, she has a history of mst and is in the reserves until 2026, realizes that she needs to address mental health issues.

Is the veteran in crisis (a threat to self or others)?
No,treatment need identified
Comment: Medication review

RISK ASSESSMENT:
Suicidality: None

Homicidally: None

Access to Firearms:
No

Active Substance Use Issues:
Denies

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
MILLER,TARA DARNELL
20159 GALLAGHER ST
DETROIT, MICHIGAN 48234

VISTA Electronic Medical Documentation
Printed at DETROIT, MI VAMC

# Progress Notes



JUDGMENT:
good
FUND OF KNOWLEDGE
Average

Assessment: Patient is 50/African American/female veteran, in Army Reserves, recently returned from assignment in Texas and is volunteering in HR department. She is 70% SC for PTSD, and has a history of MST. Sees therapist at Dearborn vet center. Main concern at this time is stress related to working and possibly being exposed to covid, as well as hearing about other employees who have been infected.

Diagnosis:
Adjustment Disorder with mixed Anxiety and depressed mood (ICD-10-CM F43.23) (Primary)

Intervention:
Psychoeducation was provided on: disease process, risk factors, protective factors. Medication information provided including purpose, compliance, side effect, risks, benefits, and risks of not taking medication.

Plan:
1. Continue Melatonin 3 mg at HS (encouraged her to take it)
2. Continue buspirone 15 mg BID (encouraged her to take second dose)
3. Add hydroxyzine in the evening for anxiety, sleep
4. RTC 1 month
5. Patient will be given information about support for coping with stress related to Covid-19

PCMHI NP will manage psychiatric medications until patient is stable and can be returned to PCP or if it is necessary to establish care in mental health clinic.

The risks, benefits, and alternatives to medication changes including the specific medication changes outlined were discussed. The patient asked appropriate questions, which were answered to the best of my ability and seemingly to their satisfaction.

Computer is the source for the following medication list:

FAMOTIDINE 40MG TAB Sig: TAKE ONE TABLET BY MOUTH TWICE DAILY AS NEEDED

ACETAMINOPHEN 500MG TAB Sig: TAKE ONE TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN RELIEF

SUMAtriptan SUCCINATE 100MG TAB Sig: TAKE ONE TABLET BY MOUTH AS NEEDED TAKE WITH ONSET OF HEADACHE, CAN AGAIN TAKE 2 HRS LATER NO MORE