Ex. 22

DEPARTMENT OF VETERANS AFFAIRS
John D. Dingell Medical Center
4646 John R
Detroit, MI 48201-1916

In Reply Refer To: 553/

June 29,2021

To Whom it May Concern.

I have been treating Ms. Tara D. Miller since 2/2020. Please find following the requested information about her treatment.

MEDICATIONS:
Buspirone: First prescribed 2/21/2020 for anxiety. Initial dose 5 mg BID x 1 week then 10 mg BID. Increased to 15 mg BID on 3/30/2020, until 7/24/2020 after which patient missed an appointment and stopped the med due to not having a refill. Restarted 12/30/2020 at 7.5 mg BID x 1 week then 15 mg BID, continued on that dose through the current time with fair response and no side effects.

Bupropion. First prescribed 2/5/2021. For depression. Started with 150 mg of the SR formulation daily in the morning, continued on that dose through the current time, with fair response and no side effects

Hydroxyzine: First prescribed 4/24/2020. For anxiety and sleep. 25 mg PO in the evening. Continued on that dose through the current time, with fair response and no side effects

Melatonin: First prescribed 3/30/2020. For sleep. Started with 3 mg PO at HS, and increased to 6 mg PO at HS on 7/24/2020. Continued on that dose through the current time with fair results and no side effects.

No monitoring labs needed. If the medication were lost, the patient may experience an increase in anxiety or insomnia, however would still be able to function. Sleep medications do not affect daytime performance and the patient would be able to rouse herself during an emergency.

BEHAVIORAL HEALTH EVALUATIONS:
Initial evaluation was on 2/21/2020 and patient was diagnosed with:

1. Adjustment disorder with mixed anxiety and depressed mood (ICD-10-CM F43.23)
2. Trauma/Stressor-Related D/O,Unspec - Reaction to severe stress. unspecified (ICD-10-CM F43.9)

No disability evaluation was made by this writer. Since the initial visit, medication reviews have been performed but there has been no further psychiatric evaluation.

COURSE OF DIAGNOSIS: Patient has a 70% service-connected disability for PTSD, and a history of MST, however recent symptoms are consistent with adjustment disorder diagnosis. Patient does experience increase in anxiety and depressed mood with stressors, however her symptoms are not and have never been severe. No lethality.

COURSE OF TREATMENT: Patient has been treated on an outpatient basis with medications, seen approx. every 1-2 months by this writer since 2/2020. She had been in therapy with a provider at a local Vet Center, and was referred to a community provider for psychotherapy in 7/2020. She is compliant with meds, has had a partial reduction in anxiety and depressed mood, and a slight improvement in sleep. No medication changes in the last 90 days. During lapse in medications in 2020, patient did experience increase in anxiety, depression, insomnia. Although ongoing treatment is not required, continuation of medications would be helpful.

PROGNOSIS: Patient may experience an increase in anxiety and depressed mood in response to deployment-related stressors however she has been able to function well even while experiencing symptoms. She has no history of suicidality, homicidality, no history of psychiatric hospitalizations. She will not need follow up with this writer until after her deployment.

Patient has no active thoughts of homicide or suicide.

Genevieve Johnson, Nurse Practitioner
PCMHI
313-576-1000 (Main Hospital Number)
313-576-1465 (Direct)
genevieve.johnson3@va.gov
(Please note that email communications are not encrypted, do not send sensitive information over email.)

**Dearborn Vet Center**
**19855 Outer Drive Ste. 105W**
**Dearborn, MI 48124**
**313-277-1428**
**FAX: 313-277-5471**

*"Keeping the Promise"*

November 12, 2021

Re: Miller, T. DOB: 07/08/1969

To Whom it May Concern,

Ms. Tara Miller's episode of care at the Dearborn Vet Center began December 18, 2019. Ms. Miller has completed 21 individual sessions. The focus of the sessions have been management of symptoms congruent with stress, depression, and anxiety.

Respectfully,

Invalid signature

X

Shadae Roberson, LMSW

Signed by: Shadae M. Roberson 1742547

Shadae Roberson, LMSW
Dearborn Vet Center Counselor

**DEPARTMENT OF VETERANS AFFAIRS**
**John D. Dingell Medical Center**
**4646 John R**
**Detroit, MI 48201-1916**

**January 12, 2022**

**To Whom It May Concern:**

This letter serves as certification that Tara Darnell Miller is an individual with a severe physical, intellectual, or psychological disability that qualifies her for consideration under 5CFR 213.3102(u), Schedule A hiring authority, Non-Competitive Appointment for Persons with Disabilities. She is 70% service connected for post traumatic stress disorder. Ms. Miller engages in mental health treatment services for anxiety and depression. She received psychiatric treatment through the John D. Dingell VA on 4/24/20, 5/22/20, 7/24/20, 12/20/20, 2/5/21, 3/5/21. On 4/2/21 Ms. Miller was referred to a community provider for continuation of psychiatric services at the same agency as her psychotherapist. It was noted having all her treatment at the same facility would improve continuity of care.

Sincerely,

Carol Bobak, LMSW
Post 9/11 Military2VA (M2VA) Case Manager
John D. Dingell VAMC
4646 John R. Street
Detroit, MI 48201
Phone: (313)576-3686