UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARA D. MILLER,

    Plaintiff,

v.

Case No. 22-12865

Hon. F. Kay Behm

DENIS MCDONOUGH, Secretary,
Department of Veterans' Affairs,

    Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order issued on this date this action is **DISMISSED WITH PREJUDICE** and judgment is entered in favor of Defendant.

Dated: June 11, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge